AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Harold T. Martin, III<br><br>*Defendant(s)* | Case No. **16-2254 BPG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2016__ in the county of __Anne Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 641<br>Count 2: 18 U.S.C. § 1924 | Count 1: Theft of Government Property;<br><br>Count 2: Unauthorized Removal or Retention of Classified Documents or Materials by Government Employee or Contractor; |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Bucalo, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-29-16__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__   Beth P. Gesner, US Magistrate Judge
*Printed name and title*