IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *       Case No.   16-2254BPG

HAROLD T. MARTIN, III             *

                                  *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __James Wyda, AFPD__, and the Government was represented by Assistant United States Attorney __Zachary Myers__, it is

**ORDERED**, this __29TH__ day of __August__ __2016__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

/s/ Beth P. Gesner
Beth P. Gesner
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement