AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Harold T. Martin, III | ) | Case No. 16-02254-BPG |
| | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I, Harold T. Martin, III, understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

Date: 07/SEP/16

_____
Defendant's signature

_____
Signature of defendant's attorney

James Wyda, 25298
Printed name and bar number of defendant's attorney
Federal Public Defender
Tower II, Suite 900
100 South Charles Street
Baltimore, Maryland 21201
Address of defendant's attorney

jim_wyda@fd.org
E-mail address of defendant's attorney

(410) 962-3962
Telephone number of defendant's attorney

(410) 962-0872
FAX number of defendant's attorney

RECEIVED IN THE OFFICE OF
BETH P. GESNER

SEP - 9 2016

UNITED STATES MAGISTRATE JUDGE