FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 05 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | MISC NO. BPG-16-2254 |
| | * | |
| HAROLD T. MARTIN, III, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

*******

## ORDER

For good cause shown upon motion of the United States of America, it is this 5th day of October, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that the this case, including the criminal complaint and supporting affidavit, BE, and the same hereby are, UNSEALED.

_____
Honorable Beth P. Gesner
United States Magistrate Judge

1