IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LOGGED RECEIVED

OCT 21 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs.

Harold Martin

\*

\*

\*

\*

Case No. 16-2254BPG

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☑ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☐ (2) The defendant is charged under: _18 USC 641 (Theft of Gov't Property), 18 USC 1924 (Unauthorized Removal Classified Documents)_

☑ (3) The maximum term of imprisonment, if convicted, is: _11 yrs_

☑ (4) Based on the government's [proffer] |evidence| there is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ The government is entitled to a presumption under § 3142 (e) [describe in Part II].

  ☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☑ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☑ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure [the defendant's presence at trial or as otherwise required] [community safety]. _both -_

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

1) Defendant has mental health issues - admitted - Initial Suicidal Threats
2) Binge Drinking, Alcohol Abuse -
3) Pretrial Services Recommendation for Detention
4) Firearms Cache - 10 weapons and wife was not aware
5) Defendant is highly intelligent + capable of flight
  Court determined flight risk alone, however if 6 below is considered:
6) Under 3142(g)(4) - if considered, his release presents a serious risk of danger to the public, due to his information, knowledge he possesses

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

October 21, 2016
Date

A. David Copperthite
United States Magistrate Judge