**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

DEBORAH L. BOARDMAN  
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

May 23, 2017

<u>**VIA ECF**</u>

Honorable Judge Marvin J. Garbis
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   <u>United States v. Harold T. Martin III</u>
         Criminal Case No. MJG-17-0069

Dear Judge Garbis,

Please find enclosed the Memorandum of Understanding Regarding Receipt of Classified Information executed by Mr. Martin and his defense team. The original signature pages will be kept on file at the Office of the Federal Public Defender.

Sincerely,

/s/

Deborah L. Boardman #28655
First Assistant Federal Public Defender

cc: Via ECF
    Zachary Myers, AUSA
    David Aaron, AUSA
    Harvey Eisenberg, AUSA
    Nicolas Mitchell, AUSA