IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. MJG-17-0069 |
| | * | |
| HAROLD T. MARTIN, III | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S NOTICE OF FILING

Pursuant to the Court's order of September 7, 2017, (Dkt. 63), the United States hereby gives notice that today it filed a pleading entitled Classified Motion and Memorandum of Law in Support of Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, along with classified and unclassified proposed orders. These filings were made with the Court, *Ex Parte, In Camera,* and Under Seal through the Classified Information Security Officer,

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By:      /s/
Harvey E. Eisenberg
Assistant United States Attorney
Chief, National Security Section

　　　/s/
Zachary A. Myers
Nicolas A. Mitchell
Assistant United States Attorneys

　　　/s/
David C. Aaron
Trial Attorney
National Security Division
U.S. Department of Justice