

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge

January 2, 2018

ALL COUNSEL OF RECORD

Re: United States v. Martin, MJG-17-0069

Dear Counsel:

This is to confirm, as stated at the conference held this date:

1. On January 8, 2018, Defendant shall file a letter including its version of the statement of facts as to Count One of the Indictment.

2. Defendant Martin intends to plead guilty to Count One on January 22, 2018 at 10:00 A.M.

3. Defendant Martin expects to file a CIPA § 4 submission on January 26, 2018.

4. The Government shall make an ex parte presentation regarding its contentions and its pending CIPA § 4 motion in an on-the-record sealed proceeding on February 1, 2018 commencing at 10:00 A.M.

5. Defendant Martin shall make an ex parte presentation regarding its contentions and its forthcoming CIPA § 4 submission in an on-the-record sealed proceeding at a time to be scheduled by further Order.

Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

Yours truly,

/s/
Marvin J. Garbis
United States District Judge