**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DEBORAH L. BOARDMAN
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

SHARI SILVER DERROW
STAFF ATTORNEY

<u>**VIA CM/ECF**</u>

January 8, 2018

The Honorable Marvin J. Garbis
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   <u>United States v. Harold T. Martin, III</u>, MJG-17-069

Dear Judge Garbis:

We write to request a two-day extension of the deadline for filing the defense's plea letter, along with our proposed statement of facts, as to Count One of the Indictment. As the Court is aware, Mr. Martin is scheduled to plead guilty to Count One of the Indictment on January 22, 2018. Pursuant to the Court's January 2, 2018, Order, the defense is to submit a letter including our proposed statement of facts on January 8, 2018. Due to inclement weather, undersigned counsel need additional time to meet with Mr. Martin to review our proposed statement of facts and obtain his consent to our proposed plea letter. Accordingly, we respectfully request that the deadline for filing the defense's plea letter, along with our proposed statement of facts, be extended by two days from January 8, 2018, to January 10, 2018. We thank the Court for its attention to this matter.

Respectfully,

/s/

James Wyda
Deborah L. Boardman
Shari Silver Derrow