## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

January 16, 2018

The Hon. Marvin J. Garbis
United States District Judge
District of Maryland
101 West Lombard Street – Chambers 5C
Baltimore, Maryland  21201

      Re:   *United States v. Harold T. Martin, III*
               Crim. No. MJG-17-0069

Dear Judge Garbis:

      The defense requests a cancellation of the Rule 11 guilty plea hearing currently scheduled for January 22, 2018.  The parties are continuing negotiations with the hope of resolving the entire case.

      The cancellation of the plea hearing scheduled for January 22nd requires no additional change in the Court's current schedule for this case.  We do not need a new date to be scheduled at this time.

                                    Respectfully,

                                    /s/

                                  James Wyda
                                  Federal Defender

cc:  Harvey Eisenberg, Esq.
      Deborah Boardman, Esq.