Case 1:17-cr-00069-RDB   Document 80   Filed 01/19/18   Page 1 of 6

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

JAN 19 2018

UNITED STATES DISTRICT COURT

THE UNITED STATES OF AMERICA *

    v.              * CRIMINAL CASE NO. MJG-17-069

HAROLD T. MARTIN III   *

* * * * * * * * * * * * * * * * *

## MOTION FOR RETURN OF PERSONAL PROPERTY

THE DEFENDANT, HAROLD T. MARTIN III, RESPECTFULLY MOVES FOR RETURN OF PERSONAL PROPERTY, AND IN SUPPORT OF THIS MOTION, MR. MARTIN STATES THE FOLLOWING:

1. ON AUGUST 27, 2016, HAROLD T. MARTIN III'S DOMICILE WAS RAIDED BY THE FEDERAL BUREAU OF INVESTIGATION COUNTER INTELLIGENCE BRANCH (FBI-CI), AND AIDED BY STATE AND LOCAL LAW ENFORCEMENT OFFICERS, PERSUANT TO A SEARCH WARRANT FOR HIS HOME AT 7 HARVARD ROAD, GLEN BURNIE, MD. DURING THAT RAID, PROPERTY WAS REMOVED FROM THAT ADDRESS. PROPERTY WAS ALSO REMOVED FROM MR. MARTIN, POST-RAID, BY FBI-CI AGENTS AT THE FBI FACILITY AT WOODLAWN, MD.

2. ON AUGUST 29, 2016, MR. MARTIN WAS CHARGED BY CRIMINAL COMPLAINT WITH THEFT OF GOVERNMENT PROPERTY IN VIOLATION OF 18 U.S.C § 641 AND UNAUTHORIZED REMOVAL AND RETENTION OF CLASSIFIED DOCUMENTS OR MATERIALS BY A GOV'T EMPLOYEE OR CONTRACTOR IN VIOLATION OF 18 USC § 793(E). HE HAS SUBSEQUENTLY BEEN INDICTED WITH WILLFULL RETENTION OF NATIONAL DEFENSE INFORMATION IN VIOLATION OF

TITLE 18, U.S.C. SECTION 793(E), AND HAS REMAINED IN PRETRIAL DETENTION AT THE HARFORD COUNTY DETENTION CENTER (H.C.D.C.), BEL AIR, MD., SINCE THAT TIME.

3. THE PROPERTY REMOVED THAT IS REQUESTED FOR CONSIDERATION UNDER THIS MOTION WAS REFERENCED IN A LETTER FROM MR. MARTIN'S COUNSEL (MR. JAMES WYDA, FEDERAL DEFENDER), DATED NOVEMBER 9, 2017, AND BY MR. MARTIN, ACTING PRO SE, IN LETTER DATED DECEMBER 6, 2017; BOTH LETTERS WERE ADDRESSED TO JUDGE GARBIS.

4. IN ESSENCE, THE ITEMS OF PERSONAL JEWELRY (WEDDING RING, SIGNET RING, NECKLACE CHAIN) WERE SURRENDERED TO FEDERAL AGENTS AT THE WOODLAWN, MD FACILITY WHEN MR. MARTIN WAS TAKEN THERE POST-RAID, UNDER ARREST, BY F.B.I.-CI AGENTS JEREMY BUCKALOO AND PAUL G. (DEFENDANT DOES NOT RECALL SECOND AGENT'S FULL NAME). THE FIREARMS IN QUESTION WERE REMOVED FROM MR. MARTIN'S RESIDENCE AFTER HIS ARREST, RECEIPTED FOR, AND LISTED ON THE F.B.I. PROPERTY INVENTORY, WHICH IS IN MR. WYDA'S CUSTODY CURRENTLY.

5. THE PROPERTY REMOVED/SEIZED THAT IS REQUESTED FOR RETURN UNDER THIS MOTION INCLUDES THE FOLLOWING:

A. PERSONAL JEWELRY. THREE (3) ITEMS OF PERSONAL JEWELRY; ONE (1), A GOLD MEN'S WEDDING BAND/RING (SIZE 13), TWO (2), A GOLD SIGNET RING W/CREST, AND THREE (3), A GOLD LINKED CHAIN, (18) EIGHTEEN INCHES IN LENGTH.

B. FIREARMS AND AMMUNITION/ACCESSORIES. A TOTAL OF TEN (10) FIREARMS WERE CONFISCATED DURING THE 27 AUGUST, 2016 RAID BY THE FBI-CI DIVISION; THEY ARE LISTED ON THE INVENTORY SHEET IN CUSTODY OF COUNSEL (MR. WYDA). IN ADDITION TO THE ITEMS PRESCRIBED BELOW, ALL RELATED ACCESSORIES (HOLSTERS, CASES, CONTAINERS, ETC.) AND AMMUNITION SEIZED ARE REQUESTED FOR RETURN. ITEMS INCLUDE:

1. THREE (3) SEMI-AUTOMATIC HANDGUNS; MANUFACTURER IS HECKLER + KOCH. ONE (1) MODEL USP (UNIVERSAL SERVICE PISTOL), TWO (2), A USP MODEL TARGET PISTOL, AND THREE (3), A H+K 45 MODEL; ALL ARE IN .45 CALIBER.

2. ONE (1) DOUBLE ACTION REVOLVER; MANUFACTURER IS SMITH + WESSON, MODEL 696 IN .44 CALIBER.

3. ONE (1) PUMP ACTION SHOTGUN; MANUFACTURER IS REMINGTON, MODEL IS STANDARD ISSUE 870P IN 12 GUAGE.

4. ONE (1) PUMP ACTION SHOTGUN; MANUFACTURER IS MOSSBERG, MODEL 500 W/MUZZLE BRAKE IN 12 GUAGE.

5. ONE (1) SEMI-AUTOMATIC RIFLE; MANUFACTURER IS PTR INDUSTRIES, MODEL IS PTR-91 IN .308 CALIBER.

6. ONE (1) BOLT-ACTION RIFLE; MANUFACTURER IS REMINGTON, MODEL IS STANDARD ISSUE 700P IN .338 LAPUA CALIBER.

C. COMPUTERS AND MISCELLANEOUS. THE GOV'T HAS OFFERED DURING EARLIER NEGOTIATIONS TO RETURN MR. MARTIN'S COMPUTERS, MINUS/LESS HARDDISK/FLASH DRIVES AND WITHOUT RANDOM ACCESS MEMORY (RAM) CHIPS. DEFENDANT REQUESTS THE FOLLOWING ITEMS BE RETURNED:

1. ONE (1) DELL PRECISION WORKSTATION LAPTOP, MODEL 6800, WITH STICKERS ATTACHED TO MONITOR/LID OF 'GOT ROOT?', 'TRY HARDER', 'BLACK HAT', OUTLINE OF ACTOR BRUCE CAMPBELL, VARIOUS NATIONAL FLAGS, ETC.

2. ONE (1) DELL LATITUDE ARMORED LAPTOP, WITH VARIOUS HACKER ORIENTED STICKERS ON MONITOR/LID OF ACTOR BRUCE CAMPBELL, NSA SPOOF, ETC.

3. ONE (1) DELL MINI-9 NETBOOK (W/10 INCH SCREEN), WITH STICKERS 'HACKER', 'BAD HABIT', AND A NUN ON COVER/LID.

6. MR. MARTIN RESPECTFULLY REQUESTS THE COURT TO ISSUE THE APPROPRIATE INSTRUCTIONS TO THE GOV'T FOR THE RETURN OF THE PROPERTY DESCRIBED ABOVE, ALONG WITH ANY MATERIAL NOT RELEVANT TO THEIR INVESTIGATION OF THE CASE.

WHEREFORE THE DEFENDANT PRAYS:
A. THAT RELIEF IN THE FORM OF AN ISSUANCE OF A WRIT OF REPLEVIN (OR APPROPRIATE INSTRUCTION) BY THE COURT TO COVER THE ITEMS LISTED IN 5.A, 5.B, AND 5.C, AND ANY

4

MATERIAL NOT RELEVANT TO THIS CASE CURRENTLY IN GOV'T POSSESSION BE RETURNED.

B. THAT THE DEFENDANT'S MOTION FOR RETURN OF PERSONAL PROPERTY BE SCHEDULED FOR HEARING UNLESS THE REQUESTED RELIEF IS NOT GRANTED.

C. AND FOR SUCH OTHER AND FURTHER RELIEF AS THE NATURE OF HIS CAUSE MAY REQUIRE.

*Harold T. Martin III*
DEFENDANT
HAROLD T. MARTIN III

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __17th__ day of __JANUARY__, 20__18__, a copy
                                      [month]          [year]

of the foregoing __MOTION FOR RETURN OF PERSONAL PROPERTY__
                 [name of document]

was served by (check one)

- ☐ 1. hand;
- ☐ 2. first-class mail, postage prepaid;
- ☒ 3. certified mail; or
- ☐ 4. other _____
         [specify]

on the following: [give name(s) and complete addresses of all parties in the case, or their attorneys if represented by counsel, upon whom the document was served]

(1) MARVIN J. GARBIS, DISTRICT JUDGE (VIA CLERK OF COURT)
101 WEST LOMBARD STREET
CHAMBERS 5C, BALTIMORE, MD 21201

(2) HARVEY ELLIS EISENBERG, ASSISTANT UNITED STATES ATTORNEY
36 S. CHARLES STREET, SUITE 400, BALTIMORE, MD 21201-3119

(3) JAMES WYDA AND DEBORAH L. BOARDMAN, AS FEDERAL PUBLIC DEFENDERS
OFFICE OF THE FEDERAL PUBLIC DEFENDER
100 S. CHARLES STREET, SUITE 900, BALTIMORE, MD 21201

_____
[your signature]
HARFORD COUNTY DETENTION CENTER
HAROLD MARTIN, # 139683
[your address] P.O. BOX 1245
             BEL AIR, MD 21014

Md. Rules 1-321 & 1-323