```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

      vs.                         *   CRIMINAL NO. MJG-17-069

HAROLD T. MARKIN III              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER RE: PERSONAL PROPERTY

The Court has before it the Defendant's Motion for Return of Personal Property [ECF No. 80] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The parties have communicated informally regarding Defendant Martin's concern that certain items of his personal property were taken by Government agents and not returned to him and Government counsel's understanding regarding the matter. I find it appropriate to have the matter of Defendant Martin's personal property on the record of proceedings and to have the pending motion resolved.

Accordingly:

1. By March 9, 2018, the Government shall respond to the aforesaid motion.

2. Any reply shall be filed by March 16, 2018.


SO ORDERED, this <u>Friday, February 16, 2018</u>.


                                                        /s/_____
                                            Marvin J. Garbis
                                  United States District Judge