```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

      vs.                    *   CRIMINAL NO. MJG-17-069

HAROLD T. MARTIN III              *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER RE: PERSONAL PROPERTY

The Court has before it Defendant Martin's pro se Motion for Return of Personal Property [ECF No. 80] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

Defendant Martin seeks to have the Government return his personal property, which was allegedly taken by Government agents during his arrest and the execution of a search warrant at his residence on August 27, 2016. The personal property that he alleges was taken includes personal jewelry, firearms and ammunition, and certain laptops and netbooks. Def.'s Mot. at 3-4, ECF No. 80.

The Government denies that the personal jewelry was taken or is in its possession, and states that it has verified this fact multiple times. Gov.'s Resp. at 1, ECF No. 86.

The Government agrees that some of Defendant's firearms and ammunition were taken and is willing to provide this to the Defendant's brother–not a "prohibited person" to receive them by federal statute–when requested by the brother. Gov.'s Mot. at 2, ECF No. 86. The Government states that so far, no request has been made by Defendant Martin's brother. Id.

Finally, the Government states that it has possession of two Dell laptops and a Dell Inspiron which are presently retained for use in the instant litigation and shall be returned when no longer needed for this purpose.  Id.

Defendant Martin has submitted nothing to establish doubt as to the accuracy of the Government counsel's statements so as to warrant an evidentiary hearing.

On the current record, the Court does not find that the Government is in possession of any personal property of Defendant Martin for which it should order to be returned now.

Accordingly, Defendant Martin's pro se Motion for Return of Personal Property [ECF No. 80] is DENIED.

SO ORDERED, this Wednesday, March 28, 2018.

/s/
Marvin J. Garbis
United States District Judge