IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

    vs.   *   CRIMINAL NO. MJG-17-069

HAROLD T. MARTIN III   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ORDER TO DEFENDANT

The Court hereby gives notice that on April 10, 2018, it issued a letter order to the Defendant. The letter order was issued <u>ex parte</u> and under seal through the Classified Information Security Officer. The Defendant shall provide a response to the letter order no later than Friday, April 20, 2018.

SO ORDERED, this <u>Thursday, April 11, 2018</u>.

                                                                 /s/
                                                    Marvin J. Garbis
                                        United States District Judge