

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

May 17, 2018

ALL COUNSEL OF RECORD

    Re: <u>United States v. Martin, MJG-17-0069</u>

Dear Counsel:

    I attach a copy of a letter dated May 11, 2018 that I received directly from Defendant Martin.  Since it was not served on Government counsel and is not filed with the Clerk, I will take no action as to the letter.  However, defense counsel shall review the letter and determine what, if anything, should be done regarding the matters referenced therein.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

    Yours truly,

    _____/s/_____
    Marvin J. Garbis
    United States District Judge

CC: Clerk, Defendant Martin