THE HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE
DISTRICT OF MARYLAND
101 WEST LOMBARD STREET - CHAMBERS 5C
BALTIMORE, MARYLAND 21201

RECEIVED IN THE CHAMBERS OF MARVIN J. GARBIS
MAY 16 2018
UNITED STATES DISTRICT COURT

RE: UNITED STATES V. HAROLD T. MARTIN, III
    CRIM. NO. MJG-17-0069
SUBJ: UNITED STATES RESPONSE TO DEFENDANT PRO SE MOTION FOR RETURN OF PROPERTY.

DEAR JUDGE GARBIS:

THE DEFENDANT SEEKS TO REPLY TO THE GOVERNMENT RESPONSE TO THE PRO SE MOTION FILED FOR RETURN OF THE DEFENDANT'S PROPERTY, WHILE ACKNOWLEDGING THE COURT'S MEMORANDUM AND ORDER REGARDING SAME, DATED THE 28TH OF APRIL, 2018.

THE DELAY IN REPLY BY THE DEFENDANT HAS BEEN DUE TO THE TIME EXPENDED TO GATHER AN ADEQUATELY DETAILED AFFADAVIT FROM A WITNESS TO THE SEIZURE OF PROPERTY, DURING/AFTER THE RAID CONDUCTED ON AUGUST 27TH, 2016 (JEWELRY COVERED UNDER PARAGRAPH 5.A OF THE ORIGINAL MOTION), AND ALSO THE INITIATION OF THE CORRECT PROCEDURE FOR RETURN OF OTHER ITEMS UNDER THE REQUEST (FIREARMS COVERED UNDER PARAGRAPH 5.B). AT THIS TIME, THE PERSONAL COMPUTERS COVERED UNDER PARAGRAPH 5.C ARE NOT IN CONTENTION; RETURN AFTER PROCEEDINGS IS ACCEPTABLE.

THIS LETTER WILL ADDRESS THESE ITEMS IN REVERSE ORDER, DUE TO THE STATE OF AGREEMENT WITH RESPECT TO THE CURRENT DISPOSITION OF EACH SET OF ITEMS (5.A, 5.B, 5.C).

PERSONAL COMPUTERS (5.C). THE THREE DELL LAPTOPS (PRECISION WORKSTATION M6800, XT6 E6400, INSPIRON MINI-10) CAN BE RETURNED AT THE END OF PROCEEDINGS. IT SHOULD BE NOTED THAT ANY COMPETENT FORENSIC LABORATORY WOULD ENSURE THAT RELIANCE ON HARDWARE WAS NOT REQUIRED, I.E., BY CREATION OF VIRTUAL IMAGES OF ALL DISKS AND PRESERVING ALL DATA IMMEDIATELY AFTER SEIZURE, SHOULD THE HARDWARE DEGRADE OR DESTRUCT. IT IS A MOOT POINT, HOWEVER, AND NOT AT ISSUE.

PERSONAL FIREARMS (5.B). THE CORRECT PROCEDURE, INCLUDING AUTHORIZATIONS, WAS BEGUN AFTER PRO SE REQUEST BY DEFENDANT, PLUS LETTER TO THE COURT, DATED 16 DECEMBER, 2017. UPON THE COURT'S INSTRUCTION FOR RESOLUTION, MOVEMENT OCCURRED DURING THE FEBRUARY-MARCH TIMEFRAME, AND FINAL RESOLUTION IS EXPECTED SHORTLY. NOTED AND RECOGNIZED ALSO ARE THE STRAIGHTFORWARD AND FORTHRIGHT ACTIONS OF FBI SA LAURA PINO, REFLECTING EXEMPLARY PROFESSIONALISM AND INTEGRITY IN HANDLING THIS MATTER. SHE IS TO BE COMMENDED.

PERSONAL JEWELRY (5.A) THE DEFENDANT AND THE GOVERNMENT MAY HAVE TO 'AGREE TO DISAGREE' WITH REGARDS TO THESE ITEMS (WEDDING RING, SIGNET RING, NECKLACE). THE EFFUSIVE AND VITUPERATIVE TONE, ALONG WITH THE PATENT INACCURACY OF THE REPLY, CLAIMING IMPORTUNING BY THE DEFENDANT, NECESSITATES A RESPONSE.

DURING THE POST-RAID EXCITEMENT AND REORIENTATION, SOME FUMBLING AND MISSTEPS MAY HAVE OCCURRED; IT WOULD NOT BE HISTORICALLY UNIQUE. THE MEDICATION OF THE DEFENDANT, FOR EXAMPLE, WAS INCORRECTLY DESCRIBED. IT IS INDICATIVE OF PERHAPS UNINTENTIONAL NEGLIGENCE, OVERSIGHT WITH REGARD TO DETAIL, AND IN ANY EVENT, IT IS SIMPLY MISTAKEN (THE GOVERNMENT REPLY TO DEFENDANT'S MOTION).

THE 'BLOOD PRESSURE' MEDICATION REFERRED TO WAS ACTUALLY WARFARIN, A BLOOD THINNER, AS THE DEFENDANT HAD AN OCCURRENCE OF DEEP VEIN THROMBOSES (DVT) BLOOD CLOTTING IN THE LATE FALL OF 2015 AND WAS UNDER CARE OF A MEDICAL DOCTOR, ALONG WITH A TREATMENT CLINIC FOR THIS CONDITION. THE DEFENDANT ALSO HAD A SECOND MEDICATION, CONCERTA, FOR ADULT ATTENTION DEFICIT/HYPERACTIVITY DISORDER (ADHD), THAT WAS ALSO UNDER PRESCRIPTION BY A MEDICAL DOCTOR (PSYCHIATRIST). THE MEDS WERE REFUSED AT INTAKE BY THE MARSHALL'S SERVICE IN BALTIMORE, AS A MATTER OF PROTOCOL, WHICH IS COMPLETELY UNDERSTANDABLE, GIVEN THE INABILITY TO VERIFY THE ORIGIN OF OPEN CONTAINERS OF RESTRICTED PRESCRIPTION-ONLY PHARMACEUTICALS.

IRREGARDLESS, THE SUBJECT OF THE LOCATION AND DISPOSITION OF THE DEFENDANT'S JEWELRY MAY REMAIN AT ISSUE; IT IS STILL MAINTAINED THAT THE DEFENDANT WAS INSTRUCTED TO SURRENDER THESE ITEMS AFTER BEING REMOVED FROM HIS RESIDENCE DURING THE AUGUST 27, 2016 RAID, AND HE HAS A WITNESS TO THAT EFFECT.

THE DEFENDANT THANKS THE COURT FOR ITS TIME AND ATTENTION TO THESE ITEMS, IN LIGHT OF THE OVERALL ISSUES AT HAND.

RESPECTFULLY,

/S/

HAROLD T. MARTIN, III
DEFENDANT

CC: JAMES WYDA, ESQ
 DEBORAH BOARDMAN, ESQ
 ZACHARY MYERS, ESQ
 HARVEY EISENBERG, ESQ