```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

      vs.                        *   CRIMINAL NO. MJG-17-069

HAROLD T. MARTIN III              *

*   *   *   *   *   *   *   *   *

<u>NOTICE OF ORDER TO PARTIES</u>

    The Court hereby gives notice that on May 29, 2018, it issued an Order Re: CIPA Section 4.  The Order was issued to both parties and under seal through the Classified Information Security Officer.

```
                              _____/s/_____
                              Marvin J. Garbis
                         United States District Judge
```