IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | : | |
| v. | : | CRIMINAL NO. RDB 17-0069 |
| Harold Martin III | : | |

## SCHEDULING ORDER

The following schedule is hereby entered to govern the course of further proceedings in this case. This scheduling order shall supersede any prior procedural or scheduling orders.

1. A sealed hearing on the Government's CIPA Section 4 Motion is set for **Friday, August 17, 2018**, commencing at **10:00 AM** in Courtroom 5D. The parties expect the hearing to last approximately three hours.

2. The parties shall file any unclassified motions, including suppression motions, by Friday, September 14, 2018.

    a. Any response to the unclassified motions shall be filed by Friday, October 5, 2018.

    b. Any reply shall be filed by Friday, October 12, 2018.

    c. A motions hearing on the unclassified motions shall be held on **Friday, November 2, 2018**, commencing at **10:00 A.M.** in Courtroom 5D.

3. The Government shall disclose all Rule 26(a)(2) expert information by August 17, 2018, and the Defendant shall disclose all Rule 26(a)(2) expert information by November 16, 2018.

4. By **Friday, January 25, 2019**, Defendant shall file his Notice of intention to disclose classified information pursuant to CIPA Section 5.

   a. The Government shall file any response or objection to the Defendant's Notice by February 15, 2019.

   b. Any reply shall be filed by February 22, 2019.

5. CIPA Section 6(a) and 6(c) hearings shall be held on **Thursday, March 28, 2019**, and **Friday, March 29, 2019**, commencing at **10:00 AM** in Courtroom 5D on both days.

   a. If necessary, the Court shall set additional hearings by further Order.

6. Motions *in limine* shall be filed and briefed after the CIPA Section 6(a) and 6(c) hearings but before the pretrial conference. Specific deadlines will be set by further Order.

7. A pretrial conference will be held **Monday, June 10, 2019 at 10:00 A.M.**, in Chambers 5D. By that date, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pretrial review of exhibits, except those to be used solely for impeachment. The parties' requested *voir dire* and requested jury instructions shall be submitted at the time of the pretrial conference.

   a. Defendant(s) need not submit requested jury instructions that copy the Government's requested instructions and as to which the Defendant(s) agree with the Government.

   b. Defendant(s) shall note any objections to the Government's requested jury instructions.

   c. Requested instructions shall be patterned on L. Sand, et al., Modern Federal Jury Instructions , and submitted in the text of the instruction requested, noting reference to Sand. Requests which simply reference the numbers assigned by Sand are not sufficient, unless the request seeks a non-substantive instruction.

**COUNSEL MUST BE SURE TO NOTE THAT:**

(1) Any request for an instruction based on a printed text shall be submitted in the form of a photocopy of the printed page with the appropriate interlineation.

(2) Any request based upon a precedent or other authority shall attach a copy of the page(s) relied upon.

(3) Objections to a requested jury instruction may be made by submitting a marked copy of the request.

d. Requested *voir dire* and jury instructions shall also be submitted on disk, as well as a copy emailed to: **MDD_RDBChambers@mdd.uscourts.gov.**

4. The 2 week Jury Trial will commence on **Monday, June 17, 2019 at 10:00 a.m.** in Courtroom 5D. Counsel should be in Court at 9:30 a.m. to address miscellaneous matters prior to the commencement of jury selection. Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be by motion and filed with the Clerk. No letters directed to Chambers will be effective to change this schedule, except for an initial letter request made not more than 10 days from the date hereof.

SO ORDERED, this 3rd day of July, 2018.

___/s/_____
Richard D. Bennett
United States District Judge