September 10, 2018

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 14 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

The Clerk of Court
The Honorable Richard D. Bennett
United States District Court
For the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: United States v. Harold T. Martin III
Crim. No. MJG-17-0069

Dear Judge Bennett and Clerk of Court:

The Defendant, Harold T. Martin, Pro Se, respectfully requests consideration of the Court in a matter related to unclassified discovery, for his social media accounts (i.e., Facebook, Google Mail, Twitter, LinkedIn, University of Maryland-Baltimore County web page, etc.), as part of the discovery required under Rule 16(b) of the Federal Rules of Criminal Procedure.

As background, unclassified discovery was made earlier by the Government. Part of that discovery included samples from the Defendant's Gmail and Twitter accounts/feeds. The Defendant had a brief opportunity to review this material

THE HONORABLE RICHARD D. BENNETT
UNITED STATES v. HAROLD T. MARTIN III, MTG-17-0069
SEPTEMBER 10, 2018
PAGE 2

ON ONE OCCASION, AND NOTED THAT ONLY RAW TEXT AND UNRENDERED PAGE COMPUTER CODE (SUCH AS HYPERTEXT MARKUP LANGUAGE - 'HTML') WAS PROVIDED WITHOUT EMBEDDED PICTURES AND PROPER RENDERING (IN A VIEWER, SUCH AS A WEBBROWSER). IT WAS, AND IS, EXTREMELY DIFFICULT TO MAKE SENSE OF THE PRESENTED MATERIAL, DRAW CONTEXT FROM IT, OR SORT THROUGH IT IN ANY USEFUL OR MEANINGFUL MANNER.

THE DEFENDANT HAS MADE REPEATED REQUESTS TO HIS DEFENSE TEAM TO PERUSE ACCESS TO THIS DISCOVERY, FOR OVER THE LAST TWO YEARS (24+ months), BUT TO NO AVAIL. THEREFORE, THE DEFENDANT PLEADS DIRECTLY TO THE COURT FOR RESOLUTION. TWO YEARS IS CERTAINLY SUFFICIENT TIME TO OBTAIN ACCESS, SHOULD IT HAVE BEEN PURSUED. THE PROSECUTION (GOVERNMENT) HAS HAD SUCH ACCESS, AS EVIDENCED BY THE FEW PIECES OF DISCOVERY PROVIDED.

VIRTUALLY EVERY CASE BROUGHT BEFORE THE COURTS IN RECENT MEMORY, SINCE THE DAWN OF SOCIAL MEDIA, HAS ALLOWED ENCLOSED DATA IT TO DETERMINE INTENT, CHARACTER, DISPOSITION, STATE OF MIND, ETC. OF A DEFENDANT IN CRIMINAL CASES, ESPECIALLY WHERE THOSE SUBJECTS, AND OTHERS, HAVE BEEN AT ISSUE.

YOUR HONOR, THIS UNCLASSIFIED DISCOVERY IS VITAL TO THE DEFENDANT'S CASE, AND THERE EXISTS NO VALID REASON HE SHOULD BE DENIED ACCESS TO THIS MATERIAL IN PREPARATION OF HIS DEFENSE.

THIS LETTER IS BEING FILED ALSO THROUGH THE CLERK OF COURT, AND SERVED TO BOTH GOVERNMENT/PROSECUTION AND DEFENSE ATTORNEYS (THROUGH MESSRS. MYERS, AARON, AND EISENBERG FOR THE GOVERNMENT, AND MR. WYDA AND MS. BOARDMAN FOR THE DEFENSE) TO ENSURE THEY ARE PREPARED TO GIVE THE COURT ADEQUATE RESPONSE IF AND OR WHEN QUERIED REGARDING THIS MATTER.

IN CLOSING, MR. MARTIN RESPECTFULLY REQUESTS THAT THE COURT INSTRUCT COUNSEL FOR BOTH PROSECUTION/GOVERNMENT AND DEFENSE TO PROVIDE THE DEFENDANT AND DEFENDANT'S COUNSEL WITH FULLY RENDERED ACCESS TO HIS ACCOUNTS ON SOCIAL MEDIA FOR THE PURPOSES OF PREPARING THE DEFENDANT'S CASE. THIS INCLUDES (BUT IS NOT LIMITING THE DEFINITION OF) SOCIAL MEDIA ACCOUNTS TO BE HIS FACEBOOK, TWITTER, LINKED-IN, UNIVERSITY OF MARYLAND BALTIMORE COUNTY (UMBC) WEB PAGE AND RELATED GOOGLE MAIL ACCOUNTS. THE DEFENDANT ALSO REQUESTS THAT THE COURT DIRECT DEFENSE COUNSEL

TO SUBMIT A MOTION FOR THE SAME IN A TIMELY MANNER, IF DEEMED NECESSARY BY THE COURT.

THE DEFENDANT THANKS THE COURT FOR ITS TIME AND ATTENTION TO THESE ITEMS, IN LIGHT OF THE OVERALL ISSUES AT HAND.

RESPECTFULLY,

/S/

HAROLD T. MARTIN, III
DEFENDANT

CC: CLERK OF COURT
JAMES WYDA, ESQ.
DEBORAH BOARDMAN, ESQ.
ZACHARY A. MYERS, ESQ.
HARVEY E. EISENBERG, ESQ.
DAVID C. ARSON, ESQ.



# DISTRICT COURT OF MARYLAND FOR BALTIMORE City/County

Located at 101 WEST LOMBARD STREET, BALTIMORE, MD 21201 (Court Address)

STATE OF MARYLAND OR UNITED STATES, Plaintiff

vs. HAROLD T. MARTIN, III, Defendant

Case No. MJG-17-0069

Trial Date 17/JUNE/2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **LETTER FOR SOCIAL MEDIA ACCESS REQUEST** (Name of Document Mailed) was mailed first-class mail, postage prepaid, on **SEPTEMBER 11, 2018** to:

Name: MR. ZACHARY A. MYERS, ESQ.
Address: OFFICE OF THE UNITED STATES ATTORNEY, 36 S. CHARLES ST. STE. 400, BALTIMORE, MD. 21201

Name: MR. HARVEY E. EISENBERG, ESQ
Address: OFFICE OF THE UNITED STATES ATTORNEY, 36 S. CHARLES ST. STE. 400, BALTIMORE, MD. 21201

Name: MR. DAVID AARON, ESQ
Address: U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE., NW, WASHINGTON, D.C. 20530

Date: SEPTEMBER 11, 2018

Signature of Party Serving: /s/

Print Name: HAROLD T. MARTIN, III
Address: HARFORD COUNTY DETENTION CENTER
City, State, Zip: P.O. BOX 1245, BEL AIR, MD. 21014
Telephone Number: No ~~Phone~~ Number (410) 638-3140

DC 67 (Rev. 9/2011)



**DISTRICT COURT OF MARYLAND FOR** BALTIMORE City/County

Located at 101 WEST LOMBARD STREET BALTIMORE, MD. 21201 Court Address

Case No. MJG-17-0069

STATE OF MARYLAND

OR

UNITED STATES Plaintiff

vs.

HAROLD T. MARTIN, III Defendant

Trial Date

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the LETTER FOR SOCIAL MEDIA ACCESS REQUEST (Name of Document Mailed) was mailed first-class mail, postage prepaid, on SEPTEMBER 11, 2018 to:

CLERK OF COURT — UNITED STATES DISTRICT COURT, 101 W. LOMBARD ST., BALTIMORE, MD. 21201-2691

MR. JAMES WYDA, ESQ. — OFFICE OF THE PUBLIC DEFENDER, TOWER II, SUITE 900, 100 SOUTH CHARLES ST. BALTIMORE, MD. 21201-2705

MS. DEBORAH BOARDMAN, ESQ. — OFFICE OF THE PUBLIC DEFENDER, TOWER II, SUITE 900, 100 SOUTH CHARLES ST. BALTIMORE, MD. 21201-2705

Date: SEPTEMBER 11, 2018

Signature of Party Serving: /s/ Harold T. Martin III

Print Name: HAROLD T. MARTIN, III
Address: HARFORD COUNTY DETENTION CENTER, P.O. BOX 1245
City, State, Zip: BEL AIR, MD. 21014
Telephone Number: (410) 638-3140

DC 67 (Rev. 9/2011)