# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

U.S. Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel: 410-962-3190  
Fax: 410-962-3177

September 24, 2018

## LETTER ORDER

TO: COUNSEL OF RECORD

    RE: *USA v. Harold Martin III*  
          Criminal No. RDB-17-069

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Unclassified Motions Hearing**        November 14, 2018 at 10:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

        Sincerely,

         /s/

        Richard D. Bennett  
        United States District Judge