IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. RDB-17-0069** |
| | * | |
| **HAROLD T. MARTIN, III** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| ****** | | |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that today it filed with the Court and served on the defendant (1) a classified pleading entitled Classified Addendum to Government's Response to Defendant's Motion to Suppress Statements, and (2) a classified draft transcript of the defendant's statements. These filings were made under the supervision of the Classified Information Security Officer.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Harvey E. Eisenberg
Assistant United States Attorney
Chief, National Security Section

_____/s/_____
Zachary A. Myers
Nicolas A. Mitchell
Assistant United States Attorneys

_____/s/_____
David Aaron
Trial Attorney
National Security Division
U.S. Department of Justice