**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DEBORAH L. BOARDMAN
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

SHARI SILVER DERROW
ASSISTANT FEDERAL PUBLIC DEFENDER

**VIA CM/ECF**

October 9, 2018

The Honorable Richard D. Bennett
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: United States v. Harold T. Martin, III, RDB-17-069

Dear Judge Bennett:

We write to request a one-week extension of the deadline for filing the defense's replies in support of our previously filed pretrial motions. The government does not object to this request. As the Court is aware, the hearing on the defense's pretrial motions is scheduled for November 14, 2018, and so an extension of the deadline for the defense's replies will not affect the scheduling order in this case. We thank the Court for its attention to this matter.

Respectfully,

/s/

James Wyda
Deborah L. Boardman
Shari Silver Derrow

Request GRANTED this 10th day of October, 2018.

Richard D. Bennett
United States District Judge