IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. MJG-17-0069 |
| HAROLD T. MARTIN, III | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## PROTECTIVE ORDER – ACKNOWLEDGMENT

The undersigned hereby acknowledges that I have read the Protective Order issued in the above-captioned case at ECF ___, understand the terms of the Protective Order, and agree to comply with the provisions thereof. I understand that the terms of the Protective Order obligate me to treat documents designated "PROTECTED INFORMATION—SUBJECT TO PROTECTIVE ORDER" in accordance with the terms of the Protective Order.

I further acknowledge that violation of the Protective Order may result in sanctions as decided upon by the Court.

Name: _LARRY DANIEL_

Signature: _[signature]_

Date: _10/9/18_