EXHIBIT SPACER

EXHIBIT 1 HAS BEEN FILED UNDER SEAL