EXHIBIT SPACER

EXHIBIT 1A HAS BEEN FILED UNDER SEAL