EXHIBIT SPACER

EXHIBIT 1B HAS BEEN FILED UNDER SEAL