EXHIBIT SPACER

EXHIBIT 3 HAS BEEN FILED UNDER SEAL