IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
2018 NOV 15 PM 12: 20
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Criminal No. RDB-17-0069 |
| HAROLD MARTIN | * |

\*\*\*\*\*

## ORDER SEALING DOCUMENT(S)

For good cause shown, it is, this \_\_\_14th\_\_\_ day of \_\_November\_\_ 20 \_18\_\_,

**ORDERED** that:

The following documents are sealed:

Government Exhibit List; Defendant Exhibit List and Stipulation Regarding Return of Exhibits; and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the filing of sealed documents.

☐ The public docket shall reflect entry of this order and the filing of sealed documents but not the nature of the sealed documents.

☑ The public docket shall reflect entry of this order and the nature of the sealed documents.

_____
Richard D. Bennett
United States District Judge

Sealing Order - Criminal Documents (10/20/2005)