**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. RDB-17-0069** |
| **v.** : | |
| : | **UNDER SEAL** |
| **HAROLD T. MARTIN, III** : | |
| : | |

...oOo...

**MOTION TO SEAL**

The government respectfully moves this Honorable Court to order and direct that the contemporaneously filed response to the Defendant's motion for discovery (Dkt. #162) in the above-captioned case should be **SEALED**, and should not appear on the public docket or otherwise be known to the public at this time pursuant to the protective order in this case. (Dkt. #50). In support of this motion, the government states that the letter and attachment encompass controlled government information regarding the classified discovery proceedings in this case.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
Zachary A. Myers
Assistant United States Attorney

**ORDERED** as prayed, this _____ day of December, 2018

_____
Honorable Richard D. Bennett
United States District Judge