IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIM. NO. RDB-17-0069 |
| | * | |
| HAROLD T. MARTIN, III, | * | UNDER SEAL |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

For the reasons discussed in the foregoing Memorandum, the Defendant's Motion to Suppress Tangible and Derivative Evidence (ECF No. 128) is DENIED, the Defendant's Motion to Suppress Cell-Site Location Information Seized Without a Warrant (ECF No. 129) is DENIED, and the Defendant's Motion to Suppress Statements (ECF No. 130) is GRANTED.

In a discussion with counsel, the Government expressed concerns as to the public disclosure of the contents of the Memorandum. Therefore, the Memorandum is filed under seal and the Government is given ten days to review its contents and request that any portions be redacted or remain under seal. After that time, the Court will determine what portions of the Memorandum should remain sealed.

The same process will govern the disclosure of the transcript of the November 14, 2018 motions hearing. Once the transcript is made available, counsel for the Government

and the Defendant will be given an opportunity to timely review its contents and request that portions of it be redacted or remain under seal. After that time, the remaining portions of the transcript will be made available for public review.

DATED this 3rd day of December, 2018.

BY THE COURT:

_____
Richard D. Bennett
United States District Judge