**<u>Attachment B</u>**

Operating System

        Windows 10 Pro 64-bit

CPU

        Intel Core i9 7960X @ 2.80GHz

        Skylake-X 14nm Technology

RAM

        128GB Unknown

Motherboard

        Gigabyte Technology Co. Ltd. X299 DESIGNARE EX-CF (CPU0)

Graphics

        LG ULTRAWIDE (2560x1080@60Hz)

        3071MB NVIDIA GeForce GTX 1080 Ti (EVGA)

Storage

        931GB Samsung SSD 860 EVO 1TB (SATA (SSD))

        931GB Samsung SSD 860 EVO 1TB (SATA (SSD))

        65536GB Drobo 5D (USB (SATA) (SSD))

        476GB NVMe Samsung SSD 960 (RAID (SSD))

        931GB Samsung SSD 860 EVO 1TB (SATA (SSD))

        476GB Samsung SSD 960 PRO 512GB (Unknown (SSD))

        447GB NVMe INTEL SSDPED1D48 (Unknown (SSD))