IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USA

vs.

HAROLD MARTIN
Defendant

Case No.: RDB-17-069

FILED
2019 JAN -8 PM 4: 46
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |
| All Government's exhibits returned: 1-8-19 | All Defendant's exhibits returned: 1-8-19 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:

Counsel for Defendant(s):

Date: January 8, 2019