USA

U.S DISTRICT COURT
DISTRICT vs. MARYLAND

2019 JAN -8 PM 4:17
HAROLD MARTIN

CLERK'S OFFICE
AT BALTIMORE

Criminal No. RDB-17-069          BY_____ DEPUTY          **Government Motion Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---|
| 1 | 1/8/19 | 1/8/19 | E-Mail from Mr. Daniel dated 1-7-19 |
| 2 | 1/8/19 | 1/8/19 | E-Mail dated 1-7-19 |
| 3 | 1/8/19 | 1/8/19 | E-Mail dated 1-7-19 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |