

USA

**vs,**

**HAROLD MARTIN**

Criminal No. RDB-17-069    **Defendant Motion Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 3 | 1-8-19 | 1-8-19 | **Protacol For defense examination** |
| 4 | 1-8-19 | | **Govt. February unclassified expert report** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)