## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.                           *       **Criminal Case No. RDB-17-0069**

HAROLD T. MARTIN, III       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### DEFENDANT'S EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Government's Oct. 9, 2018 Expert Report (Classified) | | |
| 2 | Declaration of David Loveall | | |
| 3 | Protocol for Defense Examination of Electronic Data | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |