UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**
**101 W. LOMBARD STREET**
**BALTIMORE, MD 21201**
**TEL: 410-962-3190**
**FAX: 410-962-3177**

January 9, 2019

**LETTER ORDER**

To Counsel of Record: *United States v. Harold T. Martin, III*
Criminal Action No. RDB-17-0069

Dear Counsel:

On January 8, 2019 this Court conducted a hearing on the record concerning Defendant's Motion for Discovery Pursuant to Section 4 of the Classified Information Procedures Act (ECF No. 162). For the reasons set forth on the record, this Court issued the following rulings:

1. Defendant's Motion is DENIED IN PART and GRANTED IN PART. Specifically:

    a. Defendant's request is GRANTED to the extent that, should the Government determine through its expert analysis that the eight digital documents underlying the Indictment were opened by the Defendant, then the Government is required to produce to the Defendant "mirror images" of the digital storage devices and computers containing the eight charged documents or any information related to those documents. The Government may excise from those "mirror images" any other classified documents contained on the digital storage devices and computers.

    b. Defendant's request is DENIED to the extent that, should the Government determine that the eight digital documents underlying the Indictment were not opened, then the Government must inform the Defendant of that finding but is not required to provide any further information from the digital storage devices or computers.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

    c. With respect to the other, uncharged documents contained on the digital storage devices and computers seized from the Defendant, the Court awaits further word from the Government regarding the evidence it intends to introduce at trial. Should the Government seek to introduce evidence demonstrating that the Defendant opened any uncharged digital documents, then the Government will be required to produce to the Defendant "mirror images" of the digital storage devices and computers containing those documents or any information related to them.

2. In light of this ruling, the January 25, 2019 deadline for the Defendant to file its Notice of Intention to Disclose Classified Information Pursuant to CIPA Section 5 is postponed until further notice with respect to any digital documents. The deadline remains in effect for all non-digital documents.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge