**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. RDB-17-069** |
| **HAROLD T. MARTIN, III** | * | |

### MOTION TO SEAL

Harold T. Martin, III, by counsel, hereby moves to seal his Notice of Intent to Disclose Classified Information Pursuant to Section 5 of the Classified Information Procedures Act. As grounds therefore, the defense states that the Notice relates to and discusses documents subject to the Court's Protective Order, ECF No. 50, and should not be made publically available.

WHEREFORE, Mr. Martin requests that the foregoing Notice be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

      /s/
Shari Silver Derrow #19181
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org