**UNCLASSIFIED//FOR OFFICIAL USE ONLY**



U.S. Department of Justice

*United States Attorney*
*District of Maryland*

---

*Zachary A. Myers*
*Assistant United States Attorney*
*Zachary.Myers@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4848*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*

January 28, 2019

James Wyda, Esq.
Deborah L. Boardman, Esq.
Shari S. Derrow, Esq.

Office of the Federal Public Defender
100 S Charles St., Ste. 900
Baltimore, MD 21201

     **By Electronic Mail**

                        Re:    Digital discovery in the Case of
                                 <u>United States v. Harold Martin, III</u>
                                 Criminal No. RDB-17-0069

Dear Counsel:

     Pursuant to the Court's Order dated January 9, 2019 (ECF 189), paragraph 1(b), the government herby gives notice that it has not located any evidence on the computers seized from the defendant that any of the eight digital documents underlying the Indictment were opened on those machines. A proposed stipulation relating to this fact is attached.

     The Government believes that, with respect to the eight digital documents underlying the Indictment, this disclosure completes its compliance with its discovery obligations as set forth in paragraphs 1(a) and 1(b) of the Court's January 9, 2018 Order.

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

Digital Discovery in the Case of
<u>United States v. Harold Martin, III</u>
Criminal No. RDB-17-0069
January 28, 2019
Page | 2

    Please feel free to contact us with any questions or concerns.

           Respectfully,

           Robert K. Hur
           United States Attorney

           /s/
           Harvey E. Eisenberg
           Chief, National Security Section

           Zachary A. Myers
           Nicolas A. Mitchell
           Assistant United States Attorneys

           David Aaron
           Trial Attorney
           U.S. Department of Justice
           National Security Division

Attachment

cc: U.S. District Judge Richard D. Bennett, via electronic filing (without attachment)