IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-17-069 |
| HAROLD T. MARTIN, III | * | |

**ORDER** (ECF 143)

The Court, having considered the Defendant's Motion to Seal, and good cause having been shown, it is this 8th day of ~~January~~ February, 2019, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the Defendant's Notice of Intent to Disclose Classified Information Pursuant to Section 5 of the Classified Information Procedures Act under seal.

_____
THE HONORABLE RICHARD D. BENNETT
United States District Court Judge