**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF** | **U.S. COURTHOUSE CHAMBERS 5D** |
| **RICHARD D. BENNETT** | **101 W. LOMBARD STREET** |
| **UNITED STATES DISTRICT JUDGE** | **BALTIMORE, MD 21201** |
| **NORTHERN DIVISION** | **TEL: 410-962-3190** |
| | **FAX: 410-962-3177** |

February 14, 2019

**LETTER ORDER**

To Counsel of Record:   *United States v. Harold T. Martin, III*
                        Criminal Action No. RDB-17-0069

Dear Counsel:

Consistent with the Scheduling Order (ECF No. 111), the Defendant has filed his notice of intention to disclose classified information (ECF No. 194), and the Government is to file its response by this Friday, February 15, 2019. Any reply shall be filed by February 22, 2019. The CIPA Section 6(a) and 6(c) hearings are scheduled for March 28 and March 29, 2019, and counsel should recognize the potential need for those hearings to carry over to the following week.

It appears that the operative Scheduling Order (ECF No. 111) should be supplemented with respect to a joint proposed Jury Questionnaire. This procedure was in fact anticipated in the case of *United States v. Thomas Andrews Drake*, RDB-10-181 (ECF No. 112). In light of the June 17, 2019 trial date in this case, a finalized Jury Questionnaire should be mailed to potential jurors on or before Monday, May 13, 2019, with responses due by Tuesday, May 28, 2019. The Clerk's office could then process the information for dissemination to the Court and counsel that week. The Court would then schedule a hearing for the week of June 3, 2019 to finalize the juror list prior to the pretrial conference scheduled for Monday, June 10, 2019.

Counsel should respond to these suggestions of the Court by Friday, March 1, 2019.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge