**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. RDB-17-0069** |
| | * | |
| **HAROLD T. MARTIN, III** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| ****** | | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S NOTICE OF INTENT TO DISCLOSE CLASSIFIED INFORMATION PURSUANT TO SECTION 5 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

In a previous conference with the Court and counsel for the Defendant regarding the pretrial schedule in this case, the Government requested time to object, on the basis of inadequate specificity, to the Defendant's Notice of Intent to Disclose Classified Information filed pursuant to Section 5 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III.  The Court granted that request and set February 15, 2019 as the deadline for any such objection by the Government.  Dkt. 111 para. 4(a).

The Government has reviewed the Defendant's Notice, which was filed on January 25, 2019.  The Government is satisfied that the Defendant's Notice is sufficiently specific to provide the Government with adequate notice of specifically what classified information the Defendant intends to disclose or cause to be disclosed at trial.

The Government does not concede that the information listed in the Defendant's Notice is admissible, and will contest the admissibility of certain information pursuant to Section 6(a) of CIPA.  The Government will further propose means to protect classified information from public disclosure at trial, including but not limited to redactions, substitutions, and use of the "Silent

Witness Rule." *See, e.g., United States v. Mallory*, No. 1:17-cr-154, doc. 170, at 1 (E.D. Va. June 5, 2018).  The Government further will seek to work with counsel for the Defendant to determine whether the parties can agree to stipulations that will protect classified information and streamline the parties' proof at trial.

The specific means by which the Government will propose to protect classified information at trial will depend upon the Court's rulings on the admissibility of each item of classified information the Defendant has noticed, as well as on the stipulations to which the Government and counsel for the Defendant agree.  Accordingly, the Government respectfully requests that the Court conduct the hearing on admissibility of proposed classified evidence under Section 6(a) of CIPA as scheduled, beginning on March 28, 2019, but that the Court provide additional time for the Government, pursuant to Sections 6(c) and 8 of CIPA, to (a) work with counsel for the Defendant to craft mutually acceptable stipulations and (b) propose specific means to protect from public disclosure each item of classified information that will be admitted pursuant to Section 6(a).  The Government further respectfully requests two weeks from the date of this Court's Order regarding admissibility pursuant to CIPA Section 6(a) to both submit mutually acceptable stipulations and

propose specific protective procedures.  This modification to the Court's Scheduling Order will not affect the trial date, and will conserve resources of both parties and the Court.

                Respectfully submitted,

                Robert K. Hur
                United States Attorney

By:      /s/
                Harvey E. Eisenberg
                Assistant United States Attorney
                Chief, National Security Section

                /s/
                Zachary A. Myers
                Assistant United States Attorney

                /s/
                David Aaron
                Trial Attorney
                National Security Division
                U.S. Department of Justice