UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**
**101 W. LOMBARD STREET**
**BALTIMORE, MD 21201**
**TEL: 410-962-3190**
**FAX: 410-962-3177**

February 25, 2019

**LETTER ORDER**

To Counsel of Record:   *United States v. Harold T. Martin, III*
Criminal Action No. RDB-17-0069

Dear Counsel:

This letter confirms the telephone conference of today with counsel. Consistent with the Letter Order of February 14, 2019 (ECF No. 197), the Government timely filed its response to the Defendant's notice of intention to disclose classified information (ECF No. 198). The Defendant has indicated that he does not intend to file any reply. The CIPA Section 6(a) and 6(c) hearings are rescheduled from March 28-29, 2019, to Thursday, April 18, 2019 and Friday, April 26, 2019. The hearings will begin at 10:00 a.m. on both days.

In all other respects, the Letter Order of February 14, 2019 (ECF No. 197) remains operative. Specifically, a finalized Jury Questionnaire must be mailed to potential jurors by May 13, 2019. The trial in this case remains firmly scheduled for June 17, 2019.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge