**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. RDB-17-069** |
| **HAROLD T. MARTIN, III** | * | |

## MOTION TO SEAL

Harold T. Martin, III, by counsel, hereby respectfully moves to place under seal a Neuropsychological Report from Dr. David Black contained as Exhibit 5 of the Sentencing Letter. As grounds therefore, the defense states that the letter contains confidential mental health information regarding Mr. Martin.

WHEREFORE, the defense requests that the Honorable Court grant its motion for leave to place Exhibit 5 under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

          /s/
Shari Silver Derrow #19181
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: shari_derrow@fd.org