IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2019 JUL 11 PM 2:09

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. RDB-17-069 |
| **HAROLD T. MARTIN, III** | * | |

## ORDER

The Court, having considered the Defendant's Motion to Seal, and good cause having been shown, it is this __10th__ day of July, 2019, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place Exhibit 5 of the Defendant's Sentencing Letter (Neuropsychological Report from Dr. David Black) under seal.

_____
THE HONORABLE RICHARD D. BENNETT
United States District Court Judge