## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **Chambers of**<br>**Richard D. Bennett**<br>**United States District Judge**<br>**Northern Division** | **U.S.Courthouse - Chambers 5D**<br>**101 W. Lombard Street**<br>**Baltimore, MD 21201**<br>**Tel:  410-962-3190**<br>**Fax: 410-962-3177** |

July 15, 2019

TO COUNSEL OF RECORD

    RE:   *USA v. Harold T. Martin, III*
            <u>Criminal No. RDB-17-069</u>

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        July 19, 2019 at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

               Sincerely,

                /s/

               Richard D. Bennett
               United States District Judge

RDB/klf