Clerk of Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

July 4, 2019

RE: United States v. Harold T. Martin, III
Crim. No. RDB-17-0069

FILED ___ ENTERED ___
LODGED ✓ RECEIVED
JUL 22 2019
AT ___
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Dear Clerk of Court:

Please enter this letter into the record for my case, and forward to Judge Richard D. Bennett, the judge of record for my case. Thank you. I am acting pro se for this letter.

Respectfully,

*[signature]*

Harold T. Martin, III
Pro Se for Case RDB-17-0069