

HARFORD COUNTY DETENTION CENTER

HAROLD T. MARTIN, # 134683

P.O. BOX 1245

Bel Air, MD. 21014

Case 1:17-cr-00069-RDB   Document 221-2   Filed 07/22/19   Page 1 of 1

THIS MAIL ORIGINATES FROM A PRISONER AT THE HARFORD COUNTY DETENTION CENTER NEITHER THE CENTER NOR ITS STAFF ARE RESPONSIBLE FOR ITS CONTENTS

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 22 2019

Inspected by Court Security

JUL 19 REC'D

CLERK OF COURT / FEDERAL COURT

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

DISTRICT OF MARYLAND

101 WEST LOMBARD STREET

BALTIMORE, MD. 21201