```
 1                IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF MARYLAND
 2

 3   UNITED STATES OF AMERICA,      )
                                    )
 4           Plaintiff,             )
          vs.                       )
 5                                  ) CRIMINAL NO.: RDB-17-0069
     HAROLD T. MARTIN, III,         )
 6                                  )
             Defendant.             )
 7                                  )
     _____)
 8

 9                   Transcript of Proceedings
               Before the Honorable Richard D. Bennett
10                   Friday, July 19th, 2019
                      Baltimore, Maryland
11

12   For the Plaintiff:

13        Zachary A. Myers, AUSA

14        David Aaron, Trial Attorney

15        Harvey E. Eisenberg, AUSA

16   For the Defendant:

17        James Wyda, Federal Public Defender

18        Deborah L. Boardman, Assistant Public Defender

19
     Also Present:  Special Agent Laura Pino, FBI
20

21

22
     _____
23
                      Christine T. Asif, RPR, FCRR
24                   Federal Official Court Reporter
                    101 W. Lombard Street, 4th Floor
25                     Baltimore, Maryland 21201
```

P R O C E E D I N G S

1

2          THE COURT:  Good morning, everyone.  This is calling

3     the case of United States versus Harold T. Martin, III,

4     criminal number RDB-17-069.  We're here for -- all in the back

5     may be seated -- we're here for sentencing today.  If counsel

6     will identify themselves for the record, please.

7          MR. EISENBERG:  Good morning, Your Honor, may it

8     please the Court.  Harvey Eisenberg, Assistant United States

9     Attorney for the District of Maryland.

10          THE COURT:  Yes, Mr. Eisenberg, nice to see you.

11          MR. MYERS:  Your Honor, Assistant U.S. Attorney

12     Zachary Myers here on behalf of the United States.

13          THE COURT:  Yes, Mr. Myers, nice to see you.

14     Apparently, my changing the day from Wednesday to Friday

15     inconvenienced you a little bit and I apologize.

16          MR. MYERS:  Not a problem, Your Honor.

17          THE COURT:  I was in Washington all day and I

18     couldn't do anything about it.

19          MR. AARON:  Good morning, Your Honor.  David Aaron

20     from the Department of Justice.

21          THE COURT:  Yes, Mr. Aaron, nice to see you.

22          SPECIAL AGENT PINO:  Good morning, Your Honor.

23     Laura Pino, FBI special agent.

24          THE COURT:  Yes, you're the case agent in this case.

25     It's nice to see you and thank you for all your hard work in

1    the case. You all may be seated.

2              And on behalf of the defendant.

3              MR. WYDA:  Good morning, Your Honor.  Jim Wyda from

4    the Federal Public Defender's Office on behalf of

5    Mr. Martin.

6              THE COURT:  Yes, Mr. Wyda, nice to see you.

7              MS. BOARDMAN:  Good morning, Your Honor.  Deborah

8    Boardman from the Federal Public Defender's Office.

9              THE COURT:  Ms. Boardman, nice to see you as well.

10   You would have been interested in my day in Washington

11   Wednesday, so it's nice to see you.

12             MS. BOARDMAN:  I look forward to hearing about it.

13             THE COURT:  Good morning to you, Mr. Martin.

14             THE DEFENDANT:  Good morning, sir.

15             THE COURT:  First of all, let me just note here, in

16   terms of the process here in this court, I think goes without

17   saying.  Just so everyone understands, I just want to note in

18   light of the public interest in this case that pursuant to

19   local Rule 506 and standing order 2016-05 of this Court, this

20   Court has adopted the following policy concerning the use of

21   electronic devices in the courtroom.  And, specifically,

22   unless authorized by the presiding judge, court proceedings

23   may not be recorded, photographed, broadcast, or transmitted

24   outside of the courtroom.  Counsel of record in the case may

25   use electronic devices for appropriate or approved purposes.

1    For example, to check e-mail or calendars, and perform

2    case-related legal research, or otherwise as approved by the

3    presiding judge.  And that can be done during court

4    proceedings while sitting at counsel table.

5              Otherwise, unless permitted by the Court, electronic

6    devices may not be used in the courtroom and must be turned

7    off in the courtroom.  And use of electronic devices in

8    violation of this policy may subject the device to

9    confiscation/inspection to determine whether court proceedings

10   have been recorded, photographed, or broadcast, or transmitted

11   outside of the courtroom.  By entering the courtroom with

12   electronic devices, visitors and counsel will be deemed to

13   have consented to the confiscation and inspection of any

14   device to determine whether there has been a violation of this

15   policy. And that's not to suggest that I believe there will

16   be, but I think in light of the interest in this case, it's

17   important to make sure everyone understands the rules here

18   with respect to electronic devices.

19             And, again, I want to thank everyone before agreeing

20   to switch the date from Wednesday this week to Friday.  And I

21   hope it didn't inconvenience anyone, Mr. Martin, including any

22   of the family members you have coming here.  I apologize to

23   you.  We had to move the date from Wednesday until this

24   Friday.

25             Also, we have with us here the U.S. probation

1   officer who prepared the presentence report in this case,

2   Ms. Gina Swillo.  Ms. Swillo, thank you very much for your

3   very thorough report and good morning to you.

4           And with that I think we're ready to proceed.  I

5   want to verify, Mr. Martin, that you had an opportunity to

6   review the presentence investigation report in this case,

7   which was prepared by Ms. Swillo.  Have you had an opportunity

8   to review it?

9               THE DEFENDANT:  Yes, Your Honor.  I have.

10              THE COURT:  Approximately how many times have you

11  reviewed it with your attorneys?

12              THE DEFENDANT:  Three.

13              THE COURT:  All right.  And are you satisfied you've

14  had a sufficient amount of time to go over it with them.

15              THE DEFENDANT:  Yes, to the extent that I still need

16  to get my medical records from Harford County Detention

17  Center, but that's in progress, sir.

18              THE COURT:  All right.  That's fine.  There are no

19  existing and current objections by the government to the

20  report or by the defense.  Any objections have been noted or

21  there have been some changes.  But there are no objections, to

22  my knowledge, by the government to the presentence report.  Is

23  that correct, Mr. Myers?

24              MR. MYERS:  Yes, Your Honor.  That is correct.

25              THE COURT:  And from your point of view, Ms.

1    Boardman or Mr. Wyda, are there any corrections or

2    objections.

3         MR. WYDA:  Your Honor, I guess we would like a right

4    to make an addition to the presentence report when we're able

5    to obtain his medical records from Harford County.  In

6    Paragraph 77 it mentions that Ms. Swillo wasn't able to get

7    them.  We're in the process of getting them.  We want to make

8    sure that the proper prescriptions go with Mr. Martin into the

9    BOP.

10         THE COURT:  That's fine.  We'll make sure that that

11   occurs.  In terms of the content of anything else, including

12   his physical conditions and mental health and emotional

13   health, what have you, there are no changes?

14         MR. WYDA:  No changes, Your Honor.

15         THE COURT:  All right.  So with that, and I noted

16   the paper No. 214, the defendant's very thorough sentencing

17   memorandum did not list any continuing objections.

18         Mr. Martin, you pled guilty before me on March the

19   28th of this year pursuant to a specific rule of the Federal

20   Rules of Criminal Procedure, which provides that a criminal

21   defendant may agree upon a specific sentence or a range of

22   sentence.  And specifically, the plea agreement in this case

23   provided that you agree with the government that the

24   appropriate sentence here is nine years incarceration, 108

25   months, with a period of three years of supervised release.

1              I accepted your guilty plea on March 28th.  And I

2     explained to you at that time that if I were inclined to

3     sentence you to one day more than nine years in prison, or 108

4     months, you would be permitted to withdraw you plea of guilty,

5     do you recall that?

6              THE DEFENDANT:  Yes, I do, Your Honor.

7              THE COURT:  By the same token I indicated that if I

8     were inclined to sentence you to one day less than nine years

9     incarceration, the government would be free to withdraw from

10    the agreement, do you understand that?

11             THE DEFENDANT:  Yes, Your Honor.  I do.

12             THE COURT:  And I told you at the time that if I

13    were to conduct an early analysis of the facts of this case

14    and the presentence investigation report prepared by Ms.

15    Swillo, and if I were inclined to vary from that I would let

16    the parties know.  And I obviously have not so notified

17    counsel, because that will be the sentence here.  There won't

18    be any surprises here today.  But we have a lot of

19    housekeeping to do.  And I know that you have -- I read all

20    the letters that have been submitted and took those into

21    consideration.  And I understand that you, yourself, would

22    like to read your statement here in court that you provided,

23    if I'm not mistaken.

24             Is that correct, Ms. Boardman?

25             MS. BOARDMAN:  That's correct.

1              THE COURT:  That's fine.  You have every right to do

2      that.  That is fine.  I have considered, in doing that, as

3      I'll note later, I think it was the case in front of, I

4      believe, Judge Xinis, Mr. Pho, P-h-o, who received a 66-month

5      or five-and-a-half year sentence, I think, previously from

6      this Court.  And I've considered all those factors when I

7      decided that a nine-year sentence was the appropriate sentence

8      in this case.  So there won't be any surprises.

9              Just to go again, for the record, in terms of that

10     process, there are two key opinions of the United States

11     Supreme Court that outline the process for sentencing in

12     federal court over the last 14 and a half years.  First of all

13     in the case of *United States v. Booker*, in January of 2005,

14     the Supreme Court upheld the constitutionality of the Federal

15     Sentencing Guidelines, which were referenced in paragraph 5 of

16     your plea agreement letter, and/or referenced in the

17     presentence investigation report.  But the Supreme Court in

18     upholding the constitutionality of the Federal Sentencing

19     Guidelines did so with the deletion of two particular sections

20     of the guidelines, which had previously rendered the

21     guidelines mandatory.

22             And since January of 2005, it has been well

23     established in federal courts throughout the United States

24     that federal judges, while not bound to apply the guidelines,

25     still must consult them and take them into account.  But with

1    the deletion of those mandatory provisions the guidelines were

2    rendered effectively advisory and were not mandatory.   And

3    you, obviously, understand the distinction between mandatory

4    and advisory?

5              THE DEFENDANT:   (No verbal response.)

6              THE COURT:   You understand that distinction?

7              THE DEFENDANT:   Yes, Your Honor.

8              THE COURT:   All right.   And the advisory guideline

9    range in this case that we'll be noting in a moment, were in

10   the range of 87 to 108 months or some seven years in prison to

11   nine years in prison.   And the agreement here provides that a

12   sentence at the high end of that guideline range is

13   appropriate.   And I find that it is appropriate, based on the

14   facts here.   But I've also considered other factors under

15   Title 18 of the United States Code, in terms of the nature and

16   circumstances of this offense and your personal history and

17   characteristics.

18             And just for the record, I mentioned that there were

19   two key opinions of the United States Supreme Court.   In the

20   second of the two key opinions, the case of *Gall versus the*

21   *United States* that was decided three years after the *Booker*

22   *case*, the Supreme Court specifically noted that federal judges

23   should not presume that the guideline range is reasonable, but

24   it is a starting point in a multi-step process to first

25   consider the guideline range and then consider other factors

1    apart from the guidelines.  And I have done that.  And, again,

2    because it was an agreed sentence, much of that is done well

3    in advance of the Court proceeding here today.  And conducting

4    all of that analysis, as I've said, I've determined that the

5    nine-year agreed sentence is appropriate.

6              And now with respect to some certain housekeeping

7    matters, the presentence investigation report reflects that

8    you are on two medications; is that correct?

9              THE DEFENDANT:  Yes, Your Honor, it is.

10             THE COURT:  And you're on clonodine for ADHD?

11             THE DEFENDANT:  Yes, Your Honor.

12             THE COURT:  Hyperactive disorder.  And you're on

13   Lexapro for depression; is that correct?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Did you take that medication today?

16             THE DEFENDANT:  I did.

17             THE COURT:  You take it every morning?

18             THE DEFENDANT:  Lexapro in the evening and clonodine

19   in the morning.

20             THE COURT:  Okay.  And you did that again today, so

21   far this morning?

22             THE DEFENDANT:  Yes, Your Honor.

23             THE COURT:  And is that having any negative effect

24   upon you here today?

25             THE DEFENDANT:  No it is not.

1          THE COURT:  And are you under the influence of any

2     other narcotics or drugs or any medication of any kind, apart

3     from those two medications.

4          THE DEFENDANT:  No, I am not.

5          THE COURT:  And Mr. Wyda and Ms. Boardman, you are

6     satisfied your client is competent to proceed with sentencing

7     here today?

8          MR. WYDA:  Yes, Your Honor.

9          THE COURT:  So the other housekeeping matters to go

10    over are the procedures required by the Protect Act of 2003,

11    which is a law that was passed by the U.S. Congress in that

12    year.  And among the many provisions of the Protect Act there

13    are provisions incumbent upon federal courts when imposing

14    sentences in federal criminal cases.  Specifically, the

15    Protect Act of 2003 requires that the chief judge of each

16    federal court in the United States ensure that upon the

17    imposition of sentence that certain documents go over to the

18    U.S. Sentencing Commission in Washington.

19         Those documents include the Judgment and Commitment

20    order, which I'll be preparing immediately after these

21    proceedings with the assistance of Ms. Smith, the deputy clerk

22    of court; the statement of reasons for the sentence imposed;

23    any plea agreement in the case; the indictment; the

24    presentence report; and any other information the Sentencing

25    Commission finds appropriate.

1          And the chief judge of this court, back in 2003,

2     issued an administrative order requiring Ms. Swillo's office,

3     the U.S. probation office, to forward these documents to the

4     U.S. Sentencing Commission in Washington upon the imposition

5     of sentence.

6          That means, Mr. Martin, some of these documents are

7     sometimes subject to review by other public officials over in

8     Washington or even members of the public.  And for a long

9     period of time there has been a section in presentence

10    investigation reports in this district marked "defendant

11    characteristics," containing confidential family information.

12    That's basically marked as Part C of all presentence reports

13    as to all criminal defendants in this Court.

14         In your case Part C begins in paragraph 57 on page

15    10, and goes over to paragraph 97 on page 15, consistent with

16    the normal administrative process here, that portion of the

17    presentence investigation report, containing confidential

18    family information -- the names of prior wives, for example,

19    health situations -- is sealed.  I've reviewed it.  Another

20    judge of this Court could review it if he or she so desired,

21    although none have.  And members of the U.S. Sentencing

22    Commission could review it, but no one else is permitted to

23    see it absent further order of this Court.  Do you understand

24    that?

25              THE DEFENDANT:  I do, sir.

1              THE COURT:  To all other extent the requirements of

2    the Protect Act are still mandated and to be complied with.

3              Now, I said that the first step is always to

4    calculate the advisory guideline range, and then consider

5    factors apart from the guidelines.  Your guideline range is

6    set forth on page 8 of the presentence investigation report.

7    And it reflects a base offense level of 29 for the offense of

8    willful retention of national defense information in violation

9    of 18, United States Code, Section 793(e) as to which you pled

10   guilty as to which you're being sentenced here today.

11             There's a two-level upward adjustment because of

12   your abuse of a position of trust and use of a special skill,

13   in terms of your classification clearance and your access to

14   highly classified government information.  That results in an

15   adjusted offense level of 31.

16             You're being given a two-level downward adjustment

17   for your acceptance of responsibility.  Although, you're not

18   being accorded a third level.  So it comes to a total offense

19   level of 29.  And that is exactly as was anticipated in the

20   plea agreement letter of March 11th, which was introduced as

21   Government's Exhibit No. 1 at the time you pled guilty on

22   March the 28th.

23             With respect to any criminal history, you have one

24   driving offense that's set forth on pages 9 and 10 of the

25   presentence investigation report.  You have one driving

offense, a DWI in 2006, in the District Court of Maryland for

Anne Arundel County, as to which you were given probation

before judgment.  You have no other criminal record of any

kind, so you have the lowest criminal history of I, which with

a total offense level of 29, as I previously mentioned,

results in an advisory guideline range of 87 to 108 months.

The agreed sentence in this case is that high end of 108

months.

There are no disputed matters for me to address that

have been raised by counsel.  And so with that you may be

seated for a moment, Mr. Martin.  And I'll first give the

government an opportunity to speak.  And then I'll recognize

Ms. Boardman for remarks -- or Mr. Wyda -- for remarks on your

behalf, and then I'll give you an opportunity to speak on your

own behalf.  And I'll be going over this in a minute, but I'll

assure you I've read all the letters that were submitted.  So

we're ready to proceed.

Mr. Myers, I'd be glad to hear from you, sir.

MR. MYERS:  Thank you, Your Honor.  And I appreciate

the Court has carefully reviewed all the sentencing memoranda

in this case.  The government would like to briefly address

the factors under 3553(a)

THE COURT:  If you could, just initially -- if you

want to, but just initially, consistent with the plea

agreement, the government is now moving to dismiss Counts 2

1       through 20 of the indictment.

2               MR. MYERS:  That's correct, Your Honor.  Pursuant to

3       the plea agreement the government moves to dismiss --

4               THE COURT:  -- consistent with the plea agreement

5       Counts 2 through 20, the remaining 19 counts, Ms. Smith, will

6       be dismissed on government motion.  And with that, I'll be

7       glad to hear from you Mr. Myers.

8               MR. MYERS:  Thank you, Your Honor.  The nine-year

9       sentence that the Court has indicated it will impose is

10      justified by careful consideration of all of the sentencing

11      factors under Section 3553(a).  Specifically, the seriousness

12      of the offense in this case certainly justifies the agreed

13      sentence.  The defendant here has engaged in a persistent

14      pattern of felonious conduct.  He repeatedly made the decision

15      to steal national defense information for nearly 20 years and

16      decided to illegally retain these sensitive materials outside

17      of sensitive spaces in his home and in his car.

18              The stolen information included many documents

19      classified at the highest levels of top secret and sensitive

20      compartmented information.  And for nearly two decades he

21      stole this information related to many subject matter areas,

22      including information from many government agencies, such as

23      the four agencies indicated in the stipulated facts.  These

24      materials concerned subjects ranging from the methods the NSA

25      used to protect the United States, to extremely serious --

1    excuse me, extremely sensitive planning and operations

2    information regarding global terrorists.

3         The government would proffer to the Court that much

4    of this material was far outside of the subject matter of the

5    defendant's work assignments.  And even if the stolen

6    materials had been limited to the subjects the defendant

7    worked on, everyone who holds a national security clearance

8    knows that taking highly classified work materials home is a

9    crime and endangers national security.

10        Over this time the defendant stole approximately six

11   banker's boxes worth of paper documents bearing classification

12   markings, as well as many terabytes of highly classified

13   material.  The defendant has admitted that he knew what he was

14   doing was wrong and illegal.  And his partner even testified

15   at a prior hearing that the defendant stated he had done the

16   wrong thing for what he considered to be the right reason.

17        The stipulated facts in this case make it crystal

18   clear, this is not a case of hoarding, this is stealing.  The

19   defendant did not amass a large quantity of newspapers or

20   junk, stray cats, or anything else indicating a hoarding

21   disorder.  The only material he retained in this manner was

22   stolen classified information.  This speaks to a continued

23   decision to break the law.  Regardless, you can't horde

24   something you don't have.  And the defendant was only able to

25   retain this information because he stole it from his

1    workplaces.  He knew doing this was wrong, dangerous, and

2    illegal.  He did it any way.  And now he's facing the

3    consequences of his actions.

4           I'm not going to address every point in the defense

5    filing, given the agreed sentence that the Court has indicated

6    it will impose.  But I do think it's important to note again

7    by way of proffer, that the digital information stolen by the

8    defendant was not in a disorganized mess.  The analysis

9    demonstrated it was organized in a logical, if repetitive and

10   recursive manner.  And that the folder naming structure on the

11   devices seized from the defendant indicated that whoever named

12   the folders and put the files within them, knew what exactly

13   the data was.  Several of the stolen digital files were, in

14   fact, classified e-mails from the defendant's classified

15   e-mail account, and other classified documents that had been

16   created, accessed, or modified using his electronic

17   credentials.

18           This is an extremely serious offense.  And although

19   there's no evidence that the defendant transmitted any of the

20   classified materials he stole, he was well aware of why the

21   government has strict rules for the secure storage and

22   handling of classified information.

23           THE COURT:  Mr. Myers, can I just interrupt you one

24   second on that.  I did note in my opinion back in December

25   with respect to pending motions, that I did note that the

1    affidavit which had been submitted to a magistrate judge of

2    this Court in support of the application for issuance of a

3    search warrant had noted a Twitter message, which was just

4    hours before there was stolen government property that was

5    posted on a multiple online sites.  Is that not correct in

6    terms of the background of this case?

7            MR. MYERS:  That is correct in terms of the

8    background of this case, Your Honor.

9            THE COURT:  And that remains to be just a question

10    that's out there, but that is something I've already made

11    reference to as matter of record in this case.

12            MR. MYERS:  That's the record in this case, Your

13    Honor.  Of course, the government wouldn't comment on any

14    other matters.

15            THE COURT:  I understand.

16            MR. MYERS:  Your Honor, the defendant was aware that

17    first unlawfully removing national defense information from

18    secure spaces risks the unauthorized disclosure of those

19    materials.  And unauthorized disclosure of the sort of

20    materials the defendant stole would reasonably be expected to

21    cause exceptionally grave damage to the national security of

22    this country.  And second, as former NSA Director Admiral

23    Rogers has previously written, once the government loses

24    positive control of classified material, the government must

25    often treat that material as compromised and take remedial

actions as dictated by the circumstances.  Depending on the

type, volume -- the type and volume of classified material,

such reactions can be costly, time consuming and cause the

shift in or abandonment of programs.

          The defendant's history and characteristics also

justify the sentence to be imposed by the Court.  His

employment in the military, and as a clear government

contractor, required him to regularly participate in training

on the importance of properly securing classified materials,

the risks of violating the law.  And he repeatedly signed

nondisclosure agreements agreeing to abide by those laws.  The

defendant hasn't been convicted of any crimes in the past

other than the DWI noted in the presentence investigation

report, but his lack of substantial criminal record is what

enabled him to maintain a security clearance and continuously

violate the law undetected. His government affiliation is not

a mitigating circumstance here, it's the manner and means of

his offense.  And his abuse of the public trust was an

essential element of his crimes and his advisory guidelines

rightly reflect this.

          The defendant has never been examined by an

impartial court or governmental health professional.  So it's

not to the government to speculate as to his mental health.

But I would note that the defendant, if he was facing mental

health struggles, could have sought treatment.  I know he

1    sought treatment to a degree, but he could have sought more.

2    And he could have decided to stop working in national security

3    roles with access to classified information.  Instead, he

4    chose to work in the military and intelligence agencies, with

5    access to these materials, and to continue the steal them.

6    The documents he was trusted to protect.

7          Specific deterrence is important in this sentence,

8    Your Honor, the defendant will never again have access to

9    classified information as a result of his crimes.  And the

10   sentence imposed, including the three-year term of supervised

11   release agreed to by the parties, will deter him from ever

12   again violating the public trust.  He knows he will be closely

13   monitored on release and that the government will take swift

14   action shall he violate in terms of his release or to again

15   violate the law.

16          This sentence is also justified by the need for

17   general deterrence.  This nine-year sentence in prison will

18   send a strong message to the public and specifically those of

19   us who are entrusted with national security clearances and

20   access to classified information.  There's no excuse for

21   unlawfully stealing and retaining national defense information

22   and classified materials.  You'll be investigated.  You'll be

23   prosecuted.  And upon conviction, you will face serious prison

24   time.

25          This sentence is also justified by the need for just

1    punishment and the need to promote respect for the law.  Nine

2    years in prison, which as the Court has noted, is the high end

3    of the advisory guideline range here, is a just sentence that

4    will promote respect for the law, and will make clear to the

5    defendant and the public at large that this conduct was not

6    the result of mistake or accident.  The defendant is going to

7    jail because he repeatedly made the decision to violate the

8    government's trust and the law.  The defendant knew what he

9    was doing was wrong, that it was illegal and highly dangerous.

10   He chose to break the law any way.  And for all of these

11   reasons, taking into account all the 3553(a) factors, the

12   government recommends the Court accept the sentence of nine

13   years in prison.

14            THE COURT:  Thank you very much, Mr. Myers.  And I

15   would just note that the government is not suggesting any fine

16   be imposed in this case; correct?

17            MR. MYERS:  That's correct, Your Honor.

18            THE COURT:  He's really not capable of paying any

19   fine.

20            MR. MYERS:  The presentence investigation report

21   does indicate that.  That's correct, Your Honor.

22            THE COURT:  And among the documents to which you

23   made reference, some of which were clearly reflected in the

24   statement of facts, at the time of the guilty plea on March

25   the 28th, they include, as I understand it, a 2008 CIA

```
 1    document containing information relating to foreign

 2    intelligence collection sources; is that right?

 3              MR. MYERS:  That's correct, Your Honor.  I believe

 4    that is Document S, I would have to look.

 5              THE COURT:  I think it might be Document T.

 6              MR. MYERS:  Document T.  Yes, Your Honor.

 7              THE COURT:  Thank you very much, Mr. Myers.  And

 8    that's consistent with the plea agreement in this case in

 9    terms of the recommendation.

10              With that I now recognize the defense counsel for

11    remarks on behalf of Mr. Martin.  And then I'll give

12    Mr. Martin an opportunity to speak on his own behalf.

13              MR. WYDA:  Thank you, Your Honor.

14              THE COURT:  Mr. Wyda.

15              THE COURT:  I've read all these -- the letters that

16    all part of your sentencing memorandum, paper No. 214, as well

17    as the supplement that was submitted on Wednesday, including a

18    letter from the defendant's brother, Michael Martin.  I don't

19    know if he's here or not today, but I read the letter from

20    Michael Martin.  I read the letter from the defendant's

21    sister, Elizabeth Martin.  As well as from his aunt, Jean

22    Martin.  I've read all of those letters that have been

23    submitted.  And I read his letter apparently to which he wants

24    to make reference here today.  And I've also reviewed in your

25    materials, the report under seal, but the report of the --
```

1    Dr. Black, who conducted the analysis of Mr. Martin.  So I've

2    read all those materials, Mr. Wyda.

3              MR. WYDA:  Thank you, Your Honor.  I know you

4    thoroughly prepared for this hearing.  The only letter you

5    didn't mention is the letter by Deb Shaw, who is here.

6              THE COURT:  No, I did I read her letter.  I'm sorry.

7    Yes.

8              MR. WYDA:  She's in the second row as well.

9              THE COURT:  Yes.  Ms. Shaw, I read your letter as

10   well.  And I understand that you've actually been -- although

11   you are estranged from Mr. Martin, you've been visiting very

12   regularly during his period of incarceration.  And I

13   understand that as well.

14             MR. WYDA:  Okay.  Your Honor, I'll try to be brief.

15   A nine-year sentence for Mr. Martin punishes him for his

16   misconduct, but tempers that punishment in recognition of

17   Mr. Martin's nearly 30 years of service to his country and the

18   role that mental illness, not treason or greed, played in this

19   misconduct.

20             I'd like to frame my remarks by contrasting Hal

21   Martin before his arrest and Hal Martin after his arrest.  Hal

22   Martin is very intelligent, but due to untreated mental

23   illness, struggles with socially and professionally to

24   function, Mr. Martin suffers from autism spectrum disorder, as

25   Dr. Black has stated, has reported in the submission that you

1    just mentioned, Your Honor.  This has been a life long

2    challenge for Mr. Martin.  We shared with the Court school

3    records from Mr. Martin's youth when he was in kindergarten,

4    which it was recognized that Mr. Martin struggled in social

5    settings and was already socially isolated at the age of 5.

6    Your Honor --

7              THE COURT:  That isolation continued in terms of,

8    apparently, the numerous moves he made with his family, not

9    only in different states here, but actually a period of time

10   of education in Iran, his father was stationed in Iran; is

11   that correct?

12             MR. WYDA:  That's correct, Your Honor.  Instability

13   and isolation were constants throughout Mr. Martin's childhood

14   and adult life.  He struggled to maintain relationships and

15   employment.  He began to abuse alcohol.  Mr. Martin

16   desperately trying to fill the voids in his life, threw

17   himself into his work.  He convinced himself that bringing

18   work home would allow him to perform better, would allow him

19   to serve his country better.  And, again, I want to make brief

20   reference to Dr. Black's report.  Dr. Black describes that

21   Mr. Martin as growing increasingly obsessive about the

22   collecting and hoarding.  Dr. Black says the sensitive

23   material became a, quote, tangible representation of

24   Mr. Martin -- Mr. Martin's worth, end quote.  A part of his

25   identity.

1              Your Honor, I'm going to make brief reference to the

2     tweet you referred to as part of the background of this

3     case --

4              THE COURT:  Because I've made reference to it in my

5     opinion, it's a matter of public record.

6              MR. WYDA:  Sure, Your Honor.  There's a tweet in

7     this case and it's in the background of this case.  But I

8     don't want to have there be any confusion, especially with the

9     audience that's here.  The government's made it clear that

10    they're not charging --

11             THE COURT:  I understand.

12             MR. WYDA:  -- Mr. Martin with transmission.  It's

13    not part of this sentencing.

14             THE COURT:  Right.

15             MR. WYDA:  It's not part of the government's

16    sentencing submission and there's no suggestion that

17    Mr. Martin intended, you know, any active transmission even by

18    that tweet.

19             Now, at the time that Mr. Martin's arrest, almost

20    three years ago, he was morbidly obese, drinking heavily,

21    depressed, isolated, and lacking the insight to make his life

22    better.  It's hard to underestimate what a dark place

23    Mr. Martin was in at the time of his arrest.  When the door

24    shut behind him after his arrest, he was in a cell alone,

25    wearing the degrading costume he wears today.  Mr. Martin was

1    facing years if not decades in prison.  He was financially

2    ruined.  He would lose his marriage.  He lost his job.  More

3    importantly for a man obsessed with being part of the team, he

4    lost the mission that meant too much to him.

5            As Dr. Black has helped us understand, when

6    Mr. Martin lost his job, that mission, that calling, he lost

7    himself.  All too often in our court we see people at their

8    worst moments.  It's hard to imagine what it was like for

9    Mr. Martin in that cell all alone, his identity, his life

10   seemingly gone.  For security reasons, he was held in

11   isolation for 23 hours a day in the cell for nearly a year.

12   He was allowed out of his cell for a hour of rec in the common

13   area outside of his cell, again, alone.

14           Your Honor, research shows that strong people break

15   under circumstances such as that.  There's an old saying that

16   people show their real character when no one else was looking.

17   When Mr. Martin arrived in that detention center, no one was

18   looking.  Mr. Martin showed extraordinary strength and

19   courage.  He chose not to break.  And to try to live better.

20   He focused on what was important to him.  First of all, Deb,

21   through counsel he tried to make sure she was okay and do what

22   little he could do to help her.  He then focused on his

23   spiritual well-being.  He immersed himself in the Bible and

24   attended religious services when permitted to do so.

25           He then focused on his physical well-being.  He

1    started an exercise regimen borrowed from his days in the

2    Navy.  He tried to eat as healthy as he could on prison food,

3    not very easy.  He has lost well over 100 pounds and

4    transformed himself both physically and mentally from the man

5    that arrived in that detention center.  Mr. Martin also

6    focused on making amends.  He has pled guilty and accepted

7    responsibility for his wrongdoing in this case.  It is

8    important to him to apologize today to everyone he has hurt or

9    let down by his criminal conduct.

10            Mr. Martin is a different person today.  He is not

11   suddenly cured.  He will always have challenges, especially in

12   social settings like today's.  But he has insight and a

13   determination to live a better life.  I want to end by

14   referencing one of the letters Your Honor alluded to, the one

15   from Mr. Martin's aunt Audrey.  Mr. Martin's aunt is a proud,

16   dignified woman, who is a successful artist.  In her letters

17   she placed Mr. Martin in the Martin family's long history of

18   service to this country.  She also used an old-fashioned

19   phrase to describe Mr. Martin, when she described Mr. Martin

20   as having a true heart.  That seems right to me.  For all his

21   challenges, Mr. Martin's heart is true and strong and has been

22   that way throughout his life; faith, family, and country, have

23   been Mr. Martin's guiding principles.

24            Today Mr. Martin accepts his punishment.  And when

25   he completes his sentence, he is determined to lead the best

1    life he can.  The best life available to him.  I think it will

2    be a good life.  Thank you, Your Honor.

3              THE COURT:  Thank you, Mr. Wyda.  Thank you very

4    much.  And I want you to know that I have -- I've read these

5    letters.  I thought his aunt's name was Jean Martin, but it's

6    Audrey Martin, I'm sorry.

7              MR. WYDA:  It's Audrey, I believe.

8              THE COURT:  Okay.  I'm not sure if I saw that

9    letter.  I'm looking at paper No. 214 and I'm looking at the

10   letters I received.

11             MR. WYDA:  So, Your Honor, again, Mr. Martin's

12   helping me clarify her name was Jean Martin is a member of the

13   Martin family, when she married she changed her name to

14   Audrey --

15             THE COURT:  That's fine.

16             MR. WYDA:  Sorry for the confusion.  I read all of

17   them.  So I did read that letter, but I wasn't sure if it was

18   the same person.

19             Just one comment, question of you before we give

20   Mr. Martin an opportunity to speak on his own behalf.  I have

21   read through Dr. Black's report.  And I -- I've read many such

22   reports, Mr. Wyda, and your office is always very thorough.

23   This court has not only great pride in the quality of the U.S.

24   Attorney's Office and the federal prosecutors that appear

25   before us routinely, but also we believe the Federal Public

1    Defender's Office is one of the best in the country.  And you

2    all many times submit very thorough reports from mental health

3    professionals with respect to clients.

4            The one thing I did not see here from Dr. Black was

5    I saw his reference to the matter of hoarding Mr. Myers has

6    aptly noted that for someone that is alleged to have a

7    hoarding disorder, he seemed very well organized with his

8    keeping of these documents.  But I didn't see anywhere here

9    the word "grandiosity" in this report.  And I will tell you in

10   all candor that one of the factors that I have noted here is,

11   I think the closest it came to was Dr. Black noted that he

12   tended to want to aggrandize his contributions to national

13   security.  But there's no reference to grandiosity here.

14           And this case is very troubling because I really did

15   grapple with this before I decided that the nine years was

16   appropriate.  And one of the things to grapple with here is

17   there was some very sensitive material, Mr. Wyda, that was

18   taken home.  A lot of it was computerese and things people

19   wouldn't understand.  But it's not hard to understand when

20   some of the documents include foreign intelligence sources.

21   And I will tell you that I have grappled with the fact that

22   these people's lives were potentially endangered.  And that's

23   pretty serious.

24           Now I'm not saying that resulted -- it clearly did

25   not necessarily result.  But that's very serious.  And a lot

1    of that has to do with a certain amount of grandiosity of

2    one's access to this kind of information.  And I just want you

3    to know that I was troubled by it.  It doesn't effect my

4    accepting this nine-year sentence, but I've been troubled by

5    it because I think there were lives that were endangered

6    here.

7                MR. WYDA:  Can I --

8                THE COURT:  And I'm saying that because you know how

9    I am --

10                MR. WYDA:  Sure.

11                THE COURT:  -- I want counsel to always know what

12    I'm thinking up here, so I give you an opportunity to respond

13    to me and lives were endangered here.

14                MR. WYDA:  So again, I think what I thought -- what

15    I thought Dr. Black did well for us was something that we were

16    struggling to articulate for a while.  But, again, I think, I

17    believe this started with Mr. Martin bringing materials home

18    in order to try to make himself better.  In order to try to

19    make himself more successful.  Again, the government's been

20    through his documents --

21                THE COURT:  I understand.

22                MR. WYDA:  With a fine tooth comb.  And there's no

23    suggestion that he intended -- that he had any malice towards

24    his country or he did anything but love the mission of the

25    intelligence agencies and love and support his country.

```
 1    What -- that became too important a part of his identity when

 2    he was struggling with the autism that that just became, you

 3    know, all of us -- I think everybody in this room probably is

 4    passionate about their work and it's a huge part of our

 5    identity.  But for Mr. Martin, it went too far and was having

 6    some mental illness and became, I think the word Dr. Black

 7    uses, an obsession.  And not only was he obsessed with his

 8    work, the line I quoted in the sentencing memo and in our

 9    report, is that -- I just want to find it quickly Your

10    Honor.

11              THE COURT:  Take your time.

12              MR. WYDA:  -- is that the documents themselves

13    become sort of treasured by Mr. Martin.  They became part of

14    who he is.  And it was -- he couldn't let them go.  Again,

15    Dr. Black says -- reports that he tried to give them back.  He

16    tried to get rid of them.  But he couldn't, because they

17    became part of him.

18              I will also sort of in support of Dr. Black, Your

19    Honor, again, in the early stages of the case when we saw

20    Mr. Martin's reaction to seeing the documents, there was an

21    emotional reaction.  I think there's two things going on, it's

22    what Dr. Black was referring to, those documents were part of

23    who he is.  They were profoundly important to him when he was

24    in the throws of his mental health situation.  There was also

25    I think an emotional reaction that he knew that was never
```

1    going to be his world again.  That, despite his kind of

2    desperate efforts to be successful in that world, it was over.

3    And it was -- in fact, it was like a drug withdrawal that he

4    was never going to be able to be part of that world that meant

5    so much to him.

6            And, frankly, you know, there was a long history of

7    serving the country in his family.  And so, again, I believe

8    that the taking of the documents, we're not saying it was

9    unintentional.  We pled guilty to this.  We're not saying it

10   was by mistake.  We're saying that his decision making was

11   impaired by this mental illness.  And that, you know, we're

12   asking you, we're hoping you take that into account.

13           THE COURT:  I have.  And I understand that.  I just

14   think what has to be said here, though, is in terms of Mr.

15   Myers talking about deterrence.  We all know here that the

16   issue of deterrence in these cases isn't so much deterring the

17   person who's before the Court, that person's life is ruined,

18   it's a matter of deterrence to others.  And I think the public

19   increasingly, in these rather turbulent times, is starting to

20   recognize the dark side of the internet, the dark side of this

21   constant flow of information.  And each person that can sort

22   of ratchet themselves up to a level of great importance to

23   have access.  And I understand his obsession with this, but

24   it's very dangerous.

25           And it can't go without commenting that there are

1    people buried deep in the process of government who have

2    access to extraordinary -- extraordinarily sensitive

3    information.  And that information can endanger the lives of

4    other people.  And it's important to understand the deterrence

5    that goes here is that many people may have many issues of

6    different levels, but it can't go ignored, the severity of

7    this here, is I guess the point I want to make sure you

8    understand.  Because I did grapple with this when I decided

9    that I think nine years is appropriate.  And that will be the

10   sentence.  But I just think the record should reflect we're

11   dealing with some pretty -- without getting into the matter of

12   hoarding documents, there was some very sensitive material

13   that went out of there, that were sitting in his garage.  That

14   it's a little frightening to think it was out there, quite

15   frankly.

16         MR. WYDA:  Your Honor, one, I think, I totally agree

17   with you.  And I think Mr. Martin agrees with you.  One is he

18   knew when he was looking through those documents the harm that

19   he did to these institutions that he cared for.  So I mean,

20   we're accepting a severe sentence because we understand that.

21   We also understand the need for general deterrence.

22         Again, when we're talking about messages and, again,

23   I don't mean any disrespect to the agencies involved,

24   certainly not to the folks on that side of the room, Agent

25   Pino in particular, but I would also hope one of the takeaways

from this case is about mental illness.  And about, you know,

if we're going to keep our nation's secrets secure, you have

to be able to monitor when someone is struggling like Mr.  --

you can't spend too long with Mr. Martin and not understand

that he's struggling.  It was really hard to be Hal Martin for

a long time.

          And it's, again, I'm not casting aspersions, but I

think probably our entire society, including institutions like

NSA and CIA, et cetera, need to be more attuned to the impact

of mental health issues.  Again, I'm trying not to make this

antagonistic.  But I would hope one good thing that would come

from this is you improve the security at your agencies about

being able to walk out of those places with terabytes of

information is what happened here.  And secondly, that you be

attuned to people who are breaking in front of you.

          THE COURT:  I understand.  And, obviously, the

extraordinary mental and emotional stress on some of these

jobs.  The very matter I'm noting reflects the pressure that

people are under.  But Mr. Myers, I think, aptly noted the

great cost to the government to undertake security-based

responses.  As I prepared for this sentencing I looked at some

of the information out there.  There are clearly -- I have no

doubt there are clearly CIA operatives and other intelligence

operatives, that had to be completely removed and put in other

places.  They could no longer continue to function.  I have

absolute confidence in the American government in that regard
and the precautions that were taken.  And the ripple effect of
this is extraordinary.

          And I think your point's well taken, because these
people in these jobs are under enormous mental stress and
strain.  And there has to be a way to monitor it and deal with
it.  And, obviously, it gave rise to a very, very unfortunate
situation here to say the least.

          MR. WYDA:  If you indulge for one more thing.  We'd
like Hal's wife to be able to speak briefly.

          THE COURT:  Yes, Ms. Deb Shaw.

          MR. WYDA:  Yeah, she's -- is it possible for her to
come up and speak?

          THE COURT:  Certainly.  Come forward.  I've read her
letter.  That's fine.

          Ms. Shaw, just stand right there at the microphone.
You don't need to be placed under oath.  I'd be glad to hear
from you.

          MS. SHAW:  Good morning, Your Honor.

          THE COURT:  Good morning.

          MS. SHAW:  Thank you for this opportunity.  As you
know, my name is Deb Shaw and I was at one time Hal Martin's
wife.  I met Hal in 2010.  And it was towards the end of a
very difficult time in my life.  And Hal came in as a breath
of fresh air.  He treated me with a great deal of respect,

1    which is incredibly important to me.  We were together for

2    just over six years at the time of his arrest.

3           The most important part -- there's actually two most

4    important parts -- that I hope the Court recognizes and I've

5    heard so far, positive acknowledgment to this, but I wish you

6    could know the man that I know.  And the best way I can

7    describe that is by asking questions.

8           Have you ever encountered -- had an encounter with

9    another person where you were given a chance to see a glimpse

10   of who God created?  Doesn't happen often, but there are

11   moments in our lives, and I'm sure that all of us can look

12   back and reflect on one of those moments where you see the

13   goodness in someone.  Not the persona that people wear like a

14   button down shirt, but the authentic person that God intended

15   you to be.

16          The person who feels so deeply, but because of life

17   experiences the capacity to emotionally relate to another

18   human being almost doesn't exist.  It's so damaged.  That they

19   have a physical, emotional, and mental inability to interact

20   with other people because of fear of nonacceptance, because of

21   fear of rejection, because of fear that they're not smart

22   enough, they're not good enough.

23          A person who wants to love with his whole heart, but

24   he can't because he's been hurt and emotionally abused since

25   he was a child.  And so repeatedly through his adult life.

And is so guarded that the fear of being that person, to relax and be that person, to be that glimpse that I saw, makes him physically sick to his stomach.

A person who's so dedicated and overly focused, but so dedicated to doing the right thing that they can lose his way, because he's dealt with mental health issues undiagnosed, untreated, and with no help for most of his life.  When I heard and -- that he had been dealing or there was recognition of this from time he was 5, Hal's 54 years old.  He's been doing this on his own his whole life.  It's not to excuse the decision that he made.  It's to incorporate who he is and why.  This man would lay his life down for his family, for his brothers, and for his country, but because of his mental illness, his inability to interact on even sometimes the most basic level, made it so profoundly difficult for him.

I remember he would come home from work and he would say, you know, everybody talks about their life and talks about their kids and talks about the things they're going to do over the weekend, he couldn't relate.  And he didn't understand why no one wanted to interact with him outside of the office.  Because he was a pain in the ass.  Sorry, he was a pain in the butt.  He tried so hard to figure out how to fit in.  That the only way he could figure out to make it work was to become as knowledgeable and as important as he felt the job he was doing was.

1     I'm not condoning his behavior.  I'm not condoning

2     his decisions.  And to be quite honest with you, Your Honor, I

3     don't even understand a lot of it.  But I know the man.  My

4     life has moved on in a lot of aspects.  And I choose to keep

5     Hal a part of it because he's worth it.  And, unfortunately,

6     many people in his life, related and otherwise, do not feel

7     the same.  And that makes me sad.  The way he has been

8     characterized by people and the press makes me cry.  Because

9     they don't know, they're ignorant to what mental health issues

10    are.

11          To say that he did not have a hoarding issue, no one

12    lived in that house, no one walked in that house when I did,

13    when we first met.  No one went to Home Depot with us to get

14    the supplies we needed to clean that house.  And to say that

15    it was organized and deliberate, I understand where you're

16    coming from, but this man and this behavior cried out for help

17    for years and no one listened.  No one.  They kept giving him

18    whatever it is that they gave him; clearances and ability to

19    work.  No one saw the train coming.  And then finally hit and

20    everything this man holds dear is gone.  And they want to make

21    him out to be some kind of horrible, bad man.  He's not a bad

22    man.  He made some really crappy decisions, notwithstanding,

23    but he's not a bad man.  He needs help.

24          I have spent the better part of 25 years working

25    with the homeless between New York, where I'm originally from,

1    and here.  And Hal hated -- hated that work that I did.  He

2    couldn't understand my empathy towards those who had so

3    little.  And I would come home and I would try to tell him

4    stories about my day, and different prisons I was in, and

5    different confrontations -- not confrontations but different

6    interactions with people.

7           And this one guy Mike, God bless him, he was a drug

8    addict, he was homeless, he was living in a tent underneath an

9    overpass in Glen Burnie.  And he was trying to get back on his

10   feet.  And I was telling this to Hal and Hal can be a little

11   gruff and he'd say, well, you know, it's his choice.  Well,

12   some people can look at it that way.  And then I was telling

13   him he was trying to get side work doing anything and

14   everything.  And he was having trouble getting job interviews

15   and he was having trouble getting to these side jobs that he

16   would get.  And Hal's initial reaction was, well, he's got

17   feet, don't he?  And it reminds me of my grandfather and my

18   great grandfather when they would, no bones about it, you got

19   feet you can get to where you need to be.

20          But then, I'm at work one day, and this is when I

21   worked at the church.  And I'm at work one day and he comes up

22   with a bicycle, a helmet, gloves, and tire repair kit for this

23   man he never met.  Because he thought maybe, maybe there was

24   some worth there.  And I'm asking you to maybe, maybe think

25   that there is some worth there.

1          I understand you have a job to do.  And I understand

2     you all have a position to take.  But the end of the night, I

3     ask you to look at yourself.  We all make mistakes.  We all do

4     things that we sometimes think back and go, oh, crap, maybe I

5     shouldn't have done that.  Or phew, glad that didn't come back

6     to bite me in the butt.  But this happened.  And my whole

7     world changed.  And so did his.

8          For the last three years I have gone to see him

9     behind Plexiglas.  And we've argued.  And I've wanted to Gibbs

10    slap him a hundred times, so thank God for Plexiglas.  We've

11    cried together.  We've prayed together.  We've argued.  We've

12    laughed.  And I've watched him transform.

13         My concern for Hal has always been his obsessive

14    nature.  He gets fixated and that's where he stays.  And now

15    his fixation is on other people, which is a breath of fresh

16    air for me, I have to tell you.  And he takes -- he tries,

17    because it's not natural for him to be empathetic, to take

18    other people's feelings into consideration.  It's not his

19    make-up because of his mental illness.  And when he tries to

20    understand other people he gets frustrated, because it doesn't

21    come natural.

22         The work that he does -- or did -- that was

23    tangible, that he could hold on to, that made sense to him.  I

24    turned him upside down because I made no sense to him

25    whatsoever.  I am the emotional, empathetic, I don't know if

1    there's anything typical about it, but that's who I am.  I'm

2    emotionally empathetic to those who struggle and I have my

3    whole life.  And from someone who sees things from a very,

4    very different point of view, and I understand I'm in the

5    minority, Hal's worth the effort.  So my hope is that wherever

6    he goes, for the time that he's in and serving his sentence,

7    that he gets the guidance and the help that he needs, because

8    if he doesn't that's a monstrosity.  Because he's not just

9    another number or a pain in the butt that's doing time for a

10   mistake that he made, he's a human being who is trying to

11   right his wrongs.  And I still love him.  Thank you for your

12   time, Your Honor.

13          THE COURT:  Thank you very much, Ms. Shaw.  And I

14   also had read your letter, which is part of this submission,

15   paper No. 214 in the file.  Thank you very much, Ms. Shaw.

16   Thank you.

17          MS. SHAW:  Thank you.

18          THE COURT:  With that, anything further, Mr. Wyda,

19   before I give Mr. Martin an opportunity to speak on his own

20   behalf?

21          MR. WYDA:  No, Your Honor.  Thank you.

22          THE COURT:  All right.  Thank you.

23          Mr. Martin, if you'll please stand.  I now

24   personally address you and determine if you wish to make a

25   statement and give you the opportunity to speak on your own

1    behalf.  I have read all the letters and the reports and I, in

2    fact, read your letter, which is Exhibit 6 to the submission

3    by defense counsel and I had already read the letter from

4    Ms. Shaw, one of your wives, and I'm certainly glad to hear

5    from you.

6                THE DEFENDANT:  All right.  Yes, Your Honor.  Thank

7    you.  There's significant changes I guess to the letter that

8    was submitted.  I've made spelling corrections so on and so

9    forth.

10               THE COURT:  That's fine.

11               THE DEFENDANT:  All right.  Dear Judge Bennett,

12   First a disclaimer.  Nothing in this statement is classified,

13   no last names of private persons, nor technical talk, just my

14   personal opinions.  I thank the Court in advance for its

15   patience.  It has been said that one's name should appear in

16   print only three times; announcement of birth, notice of

17   marriage, and obituary.  We may have to consider adding this

18   proceeding to that list in order to provide others with

19   explanation, accounting, and apology, as they seek closure.

20   Today's my day for that.  So here I am, Harold Thomas Martin,

21   III, an individual who was perhaps an intellectually curious

22   adventurer, looking for an unparalleled, high-impact

23   international opportunity, to take part in that severe

24   contest, between intelligence, which presses forward, and

25   unworthy, timid ignorance, obstructing our progress.  Or maybe

1   more Antonius Block, searching for knowledge, and playing

2   chess for the rightest of reasons, or perhaps Major Pugachev

3   in his last battle, fighting to be free.  Or just the new

4   number 6, episode 17 noted.  Regardless, what I have been

5   called is a walking encyclopedia, and that's fair enough, but

6   what I'd like people to know is I'm not an encyclopedia

7   salesman.  I'm crystallizing, not commoditizing, not

8   commercializing.  I'm also not Captain America, nor any kind

9   of Superman, either, not in the comic book sense, nor

10  Nietzcchean dialectic.  Not some crash override, nor Gibson's

11  Henry case; no one special.  Just an average Joe.  Just a Joe.

12  What I can tell you for certain, though, is that I am

13  Christian in action, Catholic in application, doer of deeds,

14  and that has truly been, where eagles dare. Now, for family,

15  friends, and others that I would try to make amends, and

16  provide the aforementioned relief, in addition to

17  encouragement, comfort and at least a small measure of solace,

18  it will be the only time I intend to speak on the matter with

19  most of you, for most of you, the last time I speak in

20  general.

21          Mom and Dad, I'd like you to know I will be fine.  I

22  want to apologize for failing to listen and hear, at times,

23  and for taking so long to heal wounds.  You gave me the best

24  training possible, professionally, with knowledge of who we

25  are, through the ages.  Time is relative, and we will always

be in each other's hearts.  See you soon, your first born,

Chip.  P.S. You named me.  What did you expect to have happen?

          Mike, Beth, and Victoria; Thank you for your support

in my time of troubles.  I know I haven't been the best

brother, but I am learning how much family matters.  Between

faith and flag, I'm sorry I got the order mixed up, I intend

to make up for it, going forward.  Much love.  Your crazy

brother, Chip.

          Audrey, thank you for the gifts of fine art, music

and language; the Hallmarks and fruits of civilization.  I'm

sorry I didn't spend more time with you and Guy.  Let's remedy

that.  We'll always remain connected through the universals of

the cosmos.  No matter what.  All my love, Chip.

          David and Chris, I'm sorry we drifted apart.  Maybe

you can find a bit of forgiveness now that you know more.

Hope you both are well.  Love, Chip.

          Grandma and Grandpa:  Well, things are wrapping up

here; it's time for you both to go home now.  Grandma, Uncle

Anthony says hello, and he wants you to know that he sends his

very best.  He asks that you bake some cookies and says he'll

see you both very soon.  All right, enjoy and watch out for

that door. Thomas and Richard; Tom, Dick, and Harry.  That was

us.  Remember what we talked about?  Harry Palmer here did it,

and it all begins with a very expensive funeral.  I'm sorry I

didn't keep up over the years, I'll try to remedy that soon.

1        Dr. Croan:  You were my Professor Kingsfield, Ulma

2   and Arendt, plus a hundred others.  Thank you for the lessons

3   of history and the actual governing dynamic expansion and

4   coexistence.  See you in lecture.  Best, Chip.

5        Devon:  Definitely, my phair one, with voice husky,

6   sweet and eyes so mysterious at times; Venus on a half shell;

7   I, your David.  I'm sorry for what came between us, and my

8   insensitivity about the issue.  It is all my fault.  That

9   matter is something I will forever regret, please forgive me.

10  And I'm glad you found a full life in the MEO.  You know, with

11  the other ones, on a holiday, distant lanes are not so far

12  away.  So Dev, Rome, if you want to, roam around the world.

13  Ciao Bella, Chip.

14        (Speaking a foreign language.) I will always

15  remember Newport, a certain black Spyder, and Commander

16  Mullen's good advice, (speaking a foreign language.)  I'm

17  sorry it didn't work out.  I hope you and James are well.

18  James, stay on the square and level.  I seek the great

19  architect as well.  (Speaking foreign language.)  All right,

20  Marina.  (Speaking foreign language.)  Best Hal.

21        Sigrid:  My perfect Prussian, absolutely wonderful

22  woman, and complete atomic blonde.  Those were the days, my

23  friend.  We thought they would never end.  The bloody and

24  baroness, rolling up their store, and I had your six, partner,

25  as you were wingman.  I'm sorry I couldn't share more of our

hearts, because it felt like, in your eyes, we both wanted to.
I think it was just hard to say.  Thanks for teaching me how
to use your ulfberht; thanks for explaining Goethe to me, the
soul of your land.  It's in mine, too, you blue moon beam.  Be
careful, my bundes babe, they do play on our sense of duty.  I
miss you, Sigs, I really do.  So (Speaking foreign language.)
Hal.

          Liz:  Black and blue, a hundred shades of you.  I
hope you've found a way to tame that beautiful gypsy spirit of
yours.  I'm sorry we didn't work out, but it was very special,
and I'm sorry I screwed it up with my issues.  There was love,
and the boss said it best, it was a tunnel of love.  Is that
you, baby, or just a brilliant disguise?  So, be gentle with
Martin.  Everyone desires a good love.

          Martin:  Well they claim I've pulled a bit of a
swifty, thus we may have to leave it at this.  Good on you
both.  Good luck and enjoy the land of wonder.  You're on the
front lines, mate.  Take care, guys, best, Hal.

          Now to the hardest one of all, Deborah.  Deb, the
skies parted when we met.  All nature approved.  It was crazy
you and crazy me, searching for Infiniti, Oliver and Jenny, a
love story.  Fred said I was definitely dippy about the way
you walked.  It sounds like madness, because it must be love,
every day, every night.  It turned into something much, much
more.  I said something about being a Ninja, you heard Ninjo,

1    thought I wanted to talk about our feelings.  And thank

2    goodness you did.  You saved me, and by extension, quite

3    possibly a few other people, places, and entire institutions

4    as well.  The power of love.  The Deb effect.  It's the real

5    thing.

6         You awakened my soul, Mumford style, and I wanted to

7    sing you a song for a cold winter's night, and dance you till

8    the end of love.  But, instead, it looks like it's going to be

9    if you could read my mind, love.  So, Deborah, you helped me

10   up, for I had fallen.  You helped me find my way out of that

11   glimmering wilderness, out of the darkness.  I think, though,

12   that we were granted that severe mercy, the one C.S. Lewis

13   spoke of.  More than anything, thank you for helping me find

14   what's right again.

15        Deb, water bears no scars, and I am a new creation.

16   Now a man walking a penitent path.  That is why it's so hard

17   to say, and I am so sorry to have that Rick and Ilse Airport

18   Talk, the one about not today or tomorrow, but soon and

19   forever.  Well, here's looking at you, kid.  We'll always have

20   Burlington, and the memory of trees.  So, as you wish, to

21   blave.  Better to have loved and lost, than never to have

22   loved at all.  (Speaking foreign language.)  My love.

23        Onward, and to the more aggrieved parties.  For

24   those gentle folk, living in a savage land, off Savage Road, I

25   offer a flag of truce for a cessation of hostilities.  I know

you've been talking about me.  No doubt amidst a torrent of
obscenities.  Now you know me and I know you.  Inside and out.
We have spent a lot of time together, and we have talked, ad
nauseam.  I am very sorry for what has happened.  I want to
apologize, and to share with you that anger is like drinking
poison and expecting the other person to die.

Now, heart to heart my issue is pride, vanity.  1st
Corinthians, chapter 13.  I was not a charitable man with you.
One of the hardest lessons to learn is how to face up to
exactly who is that man in the mirror.  So, in a sense, I
think I was trying to protect you from myself, as well.  Try
that paradox on for size.  In seeking ideals, we can turn into
idealists and perfectionists.  In our zeal, we can turn into
zealots.  It was my untempered belief, in that unbreached
rationality, the result of unchecked volitional consciousness.
Good in moderate doses, but excess can lead to extremes.

Oh, and that sign, it's not the only one to seek.
Tempus Fugit, so let us begin to use safe words with each
other.  I'm sorry for being a bit harsh, a disciplinarian,
applying a little too much OTK.  Well, I wanted you better,
not broken.  So I'm sorry for pushing you and giving you a
tune-up.  Encouragement and best thoughts are these:  Your
worst enemy, after the usual suspects, is some of our own.
Beware the tyranny of the mediocre.  That mind-numbing
serocracy that stifles imagination and innovation, setting

1    idly by, sipping a large glass of tall poppy syndrome, with a

2    chaser of schadenfreude.  So, when you need to find the speed

3    of heat, have a really solid understanding of what you can

4    skip and what you must do.  Because, without the middle

5    initial, the other two just indicate something else.

6           Last thoughts, I know that the lack of open

7    acknowledgment of technological acumen and achievement is

8    hard, but please don't boast or brag.  Loose lips sink ships,

9    then as now.  Also, please remember my words to you regarding

10   Hubris and Time.  Oh, by the way, I've found that frequency.

11   The one in the picture.  It's the road to Shambhala, and it's

12   nice.  So I won't be coming back.  Best, Hal.  P.S. Got root?

13   Try harder, get wired.  That's my 21 input.  So long.

14          For J.D.:  No old man.  I thought I was having

15   trouble with my adding.  But it's all right now.  Via condios,

16   Amigo, Hal.

17          For Rob:  I'm sorry for playing apex predator with

18   you.  But I am an extremely apt pupil.  Some guys drive a

19   Charger, others drive a Prius.  It is what it is.  You're a

20   good man, Rob, best, Hal.

21          For the Admiral, and cc: to Shawn, Mike, Swoo to

22   Swo, I'm sorry to have played the pirate and given emergency

23   orders to Helm and Lee-Helm.  The enterprise was in extremes

24   and elevation, at risk.  You needed to know, and have an op

25   for ex by a real badger.  No honey included.  Just straight up

Bucky, with a red flag.  Jack Rackham, revisited.  Thank you

for treating me with dignity and decorum.  As I deserved

neither.  It meant a lot, and I meant every word in my letter

to you.  I am regaining my bearing, and intend to act

appropriately from here on out.  Fair winds, following seas,

full speed ahead.  Ride, captain, ride.  All my best, V/R

Hal.

          Dr. R.:  You are the greatest.  I'm sorry I couldn't

give you better ideas to get you through the storm.  Much

success in the days ahead.  My complete admiration and

respect.  Best, Hal. P.S. Remember simplicity is the ultimate

sophistication.  Also, attendance and activity does not always

equal accomplishment.

          For brothers and sisters:  Oh, what would you think

if I sang out of tune?  Make no mistake, the manner and method

of my approach was unorthodox, unconventional, uncanny.  But

also unauthorized, illegal and just plain wrong.  One step

beyond black.  Please do not copy this, it is not the easy or

correct path.  I took short cuts, went backwards, sideways and

around things, crossing major borders and boundaries.  It is

not good, it's very, very bad.  Please don't.  No boldly

pressing enter where angels fear to tread.  Creativity and

imagination can be a curse, especially if to the manner

Bourne.  So I hope you will accept this explanation and

apology.

1           Having said that, I would offer words of

2     encouragement:  As a child of divorce myself, I'm glad I could

3     help you with yours.  Remember, we work to create a world in

4     which our services are no longer required.  For now, though,

5     it's close action, and sharp.  Our nation is under attack like

6     never before, and it's new lies for old, but the eyes are the

7     same.  The eyes are the same.  Don't be afraid to look, you're

8     stronger. They're right, truth is the first victim, so it's

9     John 8:32, and more importantly, John 10, verses 10 through

10    15, inclusive.  Do beware of the long-term effects of that

11    professional schizophrenia, a bipolar lifestyle, and rampant

12    paranoia.

13          As for me, ex umbra lux.  So I'm moving on.  The

14    Benediction and Blackstone appeal, with a bit of Buddha and a

15    lot of Luther.  I'm clean and sober, but still only 50 percent

16    and can barely sing daisy.  Like Father Merrin, though, I have

17    talked a leap of faith and begun to face my demons.  I have

18    not ceased to care, especially where you are all concerned,

19    because after at least four times it has started to take on

20    that special flavor, and I am fighting for it.  Thus, I repeat

21    of the ancient oath:  We move in shadow.  We work in secret.

22    We serve in silence.

23          Now, please take this to heart, look out for each

24    other.  Look out for one another.  Care for each other.  Be

25    kind to one another.  Because, I can tell you to a certainty,

that out here in the deepest dark, running solo, it is very,
very cold.  So pump up the volume.  Check out your gear.  And
find that quiet smile.  Stay elite, stay alert, and you'll
stay alive.  All right, it's folks forever.  Set cruise
control to run at 5/4 time.  As you move intelligently
forward, Excelsior, Hal.  P.S. to strive, to find, to seek and
not to yield.  Remain, as I do, guided by that 16-pointed
star, a compass for our lives.  Heads in the boat.  You'll
find swain.

          Sheryl and Bob:  Well, Sheryl, it looks like you
have your reset and rebalancing.  Enjoy.  Know that it does
come at a price and a cost.  I'm sorry if there was blow back.
Bob, sorry about all the destroyed dinnerware.  Perhaps,
dinner out is in order.  All the best, Hal.

          For Oleg and Mischa:  I'm sorry we didn't get to
talk more.  Your insights and observations were spot-on.  Your
ideas invaluable.  Full marks, top of the class.  Thank you
for playing the great game.  One night in Bangkok makes a hard
man humble.  Best, Hal.

          For Gina:  Go you.  Congratulations on breaking
barriers.  I'm sorry if I showed up on your list of issues.
And, I apologize for copying the staff and copying the rod.
In my humble opinion, Gina, if we are truly to be avengers,
standing side by side as equals, 50-50, then we must
celebrate, investigate, and appreciate each other's diversity,

1    differences and abilities in order to win the day.  All my

2    very best and highest regards, Hal.

3           For Robert/Joe/Ed and Ingo:  Thanks for the training

4    and the tools.  It made the difference when the Chip was down.

5    A real run lilo run moment.  Sorry I couldn't have been a

6    better artist.  See you on the other side, Hal.  P.S. I did

7    learn to push, though, just fine.  And the beat goes on.

8           For Steve, John, Erica, Nicole and the rest:  Steve,

9    you were my Colonel Trautman.  You were right about

10   everything.  You helped me believe again.  Believe in the

11   mission.  And I thank you for that.  I'm sorry I was very

12   broken and damaged by then.  I wish I could have been better

13   for you.  I wore a black hat for a savage land, but for you, I

14   put on that black and rode back there as a paladin.

15   Your mil-spec monkey on patrol doing long-range recon.  I

16   flipped the switch to battle override, turned and burned,

17   accelerated, expended the last round, and burned out the rest

18   of the circuits.  You all are very much worth it.  But I have

19   to tell you, General, staff duty is actually a bit rough.  So

20   Steve, remember all we talked about, the governing dynamics.

21   I have seen 5,000 years of battle, and it's getting late.

22   (Speaking foreign language.) V/R, best, Hal.

23          For Ash and Frank and the D-Mag:  Sirs, it was the

24   only way I could see to solve all the equations.  Desperate

25   man, desperate times.  So I want to sincerely apologize and

say mea culpa, mea culpa, mea maxima culpa.  Please forgive a

mind made febrile by the facts presented and my unbecoming

conduct.  Jason Bourne, Scary Version, best job I ever had.

Travel well and may the good lord bless and keep you.  V/R

Hal.  P.S. the Heilmefer questions:  It is a conundrum, sirs.

Works just fine.  Sometimes to save the box we have to think

outside of it.

        For J-folks:  To paraphrase, some good men.  Your

progress is marked, but it is not completed.  Clarity of

intent and thoughts can serve to strengthen all of us for the

tasks that still lie ahead.  I'm sorry I did it the way I did,

for I truly loved the work.  All my good thoughts and prayers.

Hal.

        For that curiously interesting and curiously

exciting crowd:  I'm very sorry for yanking your chain and

pulling you into this, but you had serious issues with your

management.  Best thoughts for you are these.  Read closely

the following:  Gordievsky, Reibbling, Kalugen, Masterman,

Reinhard Gehlen, William R. Johnson, and Colonel John Hughes

Wilson.

        Also, remember the words of the great Ray Rocca

regarding friendly services.  Be careful while building out

that panopticon of Orwell and Zamyatin, remember, it is not a

total solution.  You still have to think critically.

Perfection of the instrument is important, but your model and

theory must be shown by the data.  Good data.  Blindness to
bias can be a very tricky thing to account for.  You may find
yourself subjected to it, as well as instrumentarian power, an
unwelcoming side effect of free ice cream.  Happy hunting.
P.S.  So, I'm sorry, but I don't drink vodka and I'm immune to
Smirnoff.  They tend to cloud the mind; the mist releases
monsters from the id.

          For Uncle Bob and Bill:  Sirs, I'm very sorry to
drag you back in the meat grinder.  The kids aren't getting it
and a good number of the adults are, frankly, AWOL.  Jim
Angleton is spinning in a box.  The purple dragon is weeping.
And Markus Wolf?  Well, he's just laughing at us from the
great beyond.  So you're needed.  Bob, thank you for such
fancy work, of that part there can be no doubt.  I couldn't
find the words myself so I jumped the problem queue.  The
thing is, I don't believe in the no-win scenario.  Bill, you
take the high road, because I guess I took the low road, sir.
Wisdom, Chapters 6, 7, and 8.  I pray 9 daily.  I'm sorry I
couldn't have done it better or cleaner.  I had to call Arty
on my own POS, Bob, had to lean into it.  You both have my
complete admiration, respect, and highest regard.  Best, Hal.

          To that cool dude, in a loose mood.  I'm sorry.
What I wanted to say is just this:  Knock it off, Sport.  To
be fair, though, those people, they, them, the people of
Pushkin, they have been through quite a lot.  They've asked us

to understand their collective experience, and come and see
what happened to them the last time the world went insane.
Perhaps straight forward diplomacy, can engender a watchful
trust.  Because this relationship matters.  And it dies not
from love or hate, but neglect and indifference.  It requires
both a constant gardener and night manager.

        Which brings me to Jeremy.  Yes, you're right.  If
it's about your kids, it's about everybody's kids and
everybody.  And Cusack would get this, it's about no one ever,
ever having to say, "hey what happened to Major Kong?"  The
nominal positive operation of functional security controls,
Jeremy, that's what it's about.  Good luck.  Best, Hal.

        Now, last to you.  Your Honor.  I must apologize.
When we started this, back in 2016, you said that this matter
gave you great pause.  I've been thinking about that a lot
since then, and it does, doesn't it?  You, as much as others,
can imagine what all of this implies.  And I'm extremely sorry
for that, to bring that reality to you.  All of you should be
able to expect that your taxes are being spent efficiently,
wisely, and to good effect.  The skies over America have grown
a bit dark, but I can offer you this hope:  I have met a lot
of good people too, and they continue to engage.  They are
worthy of your faith.

        So I will end with this, Your Honor:  My methods
were wrong, illegal, and highly questionable.  I will continue

to seek wisdom, and pray for it daily, because I do know the
difference.  I know the difference between fighting for
something and dying for nothing.  I made my stand.  Any way,
that's my view.  It happens to be a matter of interpretation.
I thank the Court for its time.  Thank you, Your Honor.

(Conference at the bench.  It is the policy of this
court that every guilty plea and sentencing proceeding include
a bench conference concerning whether the defendant is or is
not cooperating.)

THE COURT:  Thank you very much, Mr. Martin.  And
the record will reflect that the defendant has essentially
read from Exhibit 6 to paper No. 214 in the file that was
filed on July 10.  Just some nine days ago.

I've conducted the analysis as called for in the
*Booker* and *Gall* cases, as I've said, with respect to
determining the propriety of a nine-year sentence in this
case, conducting the analysis that called for by both of those
cases.  The goal being to impose a sentence which not only
punishes the defendant but deters the defendant and others
from criminal conduct, and incapacitates the defendant, and
protects the public, and also rehabilitates the defendant.

And to achieve these purposes this Court always
looks to the factors under 18, United States Code, Section
3553(a).  Including the defendant's personal history and
characteristics, and the nature and circumstances of the

offense, and the need to protect the public, as well as
looking at sentences imposed upon similarly situated
individuals.  All of those factors were taken into account to
determine whether or not a sentence within the advisory
guideline range, in this case the high end of the guideline
range, was appropriate.  And I determined that it was.

I will note that this case has given me great pause,
as I mentioned many years ago, and has only reinforced by the
evidence in this case, it's been reinforced today.  And that
is that the statement from which the defendant read just now
included, and I don't purport for a minute, Mr. Martin, to
understand all of that, and obviously there are many different
people in your lives to whom you're paying reference, so no
one can really understand all of that.

But I do understand the phrase crossing major
borders and boundaries that's contained in your statement.
And also loose lips sink ships, which actually comes from an
old phrase from World War II.  To put it bluntly there are too
many loose lips endangering too many ships in this society.
And that's the message that has to go out here.  I don't care
what the personal history is of any individual when it's
involved with national security, when it's involved with this
kind of information, when it's involved with national defense
information.

In this job, believe me, everybody's got issues.

1    You would be amazed what I learn in this courtroom, in terms

2    of what goes on in the lives of people.  But we're living in

3    very precarious times here.  And the -- what I call at times

4    the dark side of the internet is always out there, access to

5    information.  Everybody becomes an expert.  Everybody asserts

6    themselves as to how they can be on the stage and they effect

7    a lot of people.

8           And I cannot -- have not and cannot get out of the

9    fact that -- and I look carefully when the guilty plea was

10   entered on March 28th with the statement of facts, and the

11   stipulation of facts.  And I've already made reference here

12   earlier this morning to some of these documents included

13   intelligence sources.  And there were people whose lives --

14   and I see you nodding in agreement -- there are people whose

15   lives are endangered, endangered by this kind of breach.

16          And those people don't get their names in the New

17   York Times.  Those people live to make sure their names aren't

18   in the New York Times.  And they're at risk now around this

19   world, seeking to protect this country and seeking to

20   enforce -- no matter how much it is troubled, still the best

21   country on the face of the earth.  And those people are out

22   there and they were endangered.  And all of the analysis, all

23   of the explanation does not change that for one minute, one

24   iota.

25          And, indeed, you recognize that.  And those phrases

caught my attention previously when I read your statement and when you just read it now, crossing major boundaries and borders, and you have.  The first time that information went out from NSA, and you took that information home, you crossed a major boundary and major border, and entered into very dangerous territory.  And it's very tragic what's occurred here.

        For all those reasons I determine that the nine year sentence was appropriate.  And I don't mind telling you that I grapple with it.  Because I read very thorough, several times, probably more than I normally do, the report of Dr. Black. Not that I don't read them, I read them all the time, but this one caught my attention.  I read it over and over.  I mentioned to Mr. Wyda a few minutes ago, I didn't see any reference to grandiosity there.

        And that's what's involved here.  When all is said and done -- when all is said and done, people putting themselves on a platform so the world can hear them.  And they may need to be heard for different reasons, it's fine.  They may have had issues in childhood.  But this notion that we live in a culture where people find a way that they get the platform so the world hears them, we need to hear less of them not more.  We need to hear less of people shouting how they view the world, when we need to take bigger precautions for those people who really put their lives on the line out in the

1      field.  And that is the simple fact of this matter.

2              So I've given this a lot of thought when I

3      determined that a nine-year sentence was appropriate.  And

4      that will be the sentence here.

5              It is ordered that you are to be remanded to the

6      custody of the Bureau of Prisons for a period of 108 months on

7      Count 1, with credit for time served in federal custody, since

8      the date of your arrest on August 27, 2016.  I'm going to

9      recommend that you receive psychological counseling and mental

10     health treatment.  I'm also going to recommend that you

11     participate in a substance abuse program for which you're

12     deemed eligible.  There's been some notion of alcoholism.  I'm

13     not a professional in that regard, I don't know.  But I'll

14     certainly see that you get substance abuse treatment as well.

15             With respect to your assignment, the Bureau of

16     Prisons is not bound by any recommendation that I make, but

17     I'll make a specific recommendation.  And I need to hear from

18     counsel on this.  I understand that the defendant, upon his

19     release from prison -- he basically is looking at

20     essentially -- he's got three years down and another six years

21     to go -- he's going to be living with his sister in New

22     Hampshire.  So I don't know whether to recommend the minimum

23     male camp in Allenwood or Fort Dix or Otisville, New Jersey.

24     And then it occurs to me that there may be psychology

25     counseling and mental health treatment facilities available at

1    FMC Devens in Massachusetts.  I really don't know what you

2    would like.

3              If you'd like to talk to your client for a moment,

4    I'm prepared to recommend FMC Devens in Massachusetts, because

5    what I think all the mental health issues he's got to deal

6    with.  And then when the Bureau of Prisons -- and I have great

7    faith in the Bureau of Prisons when it comes to this, they can

8    rotate him where they think he should best serve.  But I need

9    some education on this from your point of view, Mr. Wyda.

10             MR. WYDA:  Your Honor, I think the language we would

11   like from the Court, if you agree, would be to recommend FMC

12   Devens.

13             THE COURT:  That's fine.  FMC Devens.

14             MR. WYDA:  Or an appropriate facility as close as

15   possible to Berlin, New Hampshire.

16             THE COURT:  To Berlin New Hampshire.  All right.

17   Well I will do that.  And I think according to my -- I think

18   the closest facility in the northeast area is -- I didn't get

19   the Mapquest out, but I think the Otisville, New Jersey -- I

20   mean, Otisville, New York.  I don't know.

21             MR. WYDA:  I think we agree with you, Your Honor.

22             THE COURT:  I'm going to recommend FMC Devens in

23   Boston, Massachusetts.  And alternatively the minimum male

24   camp at Otisville, New York.  They are closest to New

25   Hampshire.

1          MR. WYDA:  That would be perfect, Your Honor.

2          THE COURT:  You want to talk for a minute, Ms.

3    Boardman, any other thoughts with Mr. Wyda you have.

4          MR. WYDA:  Your Honor, kind of, this is a consistent

5    theme that I agree with everything you've said, if you could

6    also put as like a catch-all, as close as possible to Berlin,

7    New Hampshire.

8          THE COURT:  That's fine.  Put that in there.

9          MR. WYDA:  After the Otisville and the Devens --

10         THE COURT:  Mrs. Smith is always very good with

11   these things.

12         MR. WYDA:  As you can imagine with this team it's

13   going to be a lengthy process.

14         THE COURT:  She crosses t's and dots i's with me all

15   the time.

16         MR. WYDA:  Thank you, Your Honor.

17         THE COURT:  I'm going to order that the defendant be

18   placed on supervised release for a period of three years

19   pursuant to the plea agreement in this case, with the

20   mandatory and standard conditions of supervision adopted by

21   the Court and the following additional conditions:  That he

22   shall participate in a mental health treatment program as

23   deemed necessary by the probation officer.  And that he shall

24   take any mental health medications that are prescribed by a

25   treating physician.  That he shall submit to any substance

1    abuse testing and shall participate in the substance abuse

2    program for which he is eligible.

3         There was some suggestion in Ms. Swillo's report

4    that he must not use alcohol.  I'm not prepared to say that.

5    I'll leave it up to a professional to determine whether or not

6    that has to be a condition.

7         The one thing I do note is paragraphs 14 through 18

8    of the plea agreement listed certain other conditions here

9    that I don't know, perhaps, need to be stated in the

10   conditions of supervised release.  Specifically, it had to do

11   with assignment -- and the plea agreement in this case is a

12   matter of record in this case -- but it had to do with, first

13   of all, assignment of compensation for certain publications,

14   seeking authorization for communications, no contact with

15   foreign agents, return of discovery and documents to the U.S.

16   Government.  I think all of those are conditions that need to

17   be listed in the Judgment and Commitment order in some

18   fashion, because they're woven into the plea agreement.

19        Mr. Myers, what is your position on that?  For

20   example, paragraph 14 of the plea agreement letter

21   specifically noted assignment of any compensation for certain

22   publications.  It seems to me if that's the case, that that

23   has to be woven in as a condition of supervised release.  He's

24   not permitted to do that.  What is the wording that you want

25   in that regard?

1              MR. MYERS:  Well, Your Honor, the government doesn't

2     have any specific objection to including those paragraphs as

3     conditions of supervised release, but the fact of the matter

4     these are ongoing obligations beyond the three that --

5              THE COURT:  I understand.

6              MR. MYERS:  -- supervised release.  And, of course,

7     the government would pursue its remedies through any manner

8     available to it, you know, not necessarily limited to moving

9     for revocation of his release.

10             THE COURT:  Well, the reason I do it that way is for

11    supervised release, Mr. Myers, it allows immediate response,

12    quite frankly, apart from any decisions down the road, if

13    there's conditions of supervised release, the government need

14    only prove by a preponderance of the evidence it want's

15    violated conditions of supervised release, doesn't have to be

16    a criminal charge, that's what I'm trying to clarify.

17             MR. MYERS:  Your Honor, since the plea agreement is

18    a matter of record, should the Court determine that it wants

19    to incorporate these conditions, it might be easier, for the

20    sake of the Judgment and Commitment order, just to

21    specifically incorporate by reference.

22             THE COURT:  Well, what I'll do, Mr. Wyda, what I'm

23    going to do -- thank you, Mr. Myers -- is just to note that

24    another special condition is that the defendant shall abide by

25    the conditions set forth in paragraphs 14 through 18 of the

plea agreement letter that was introduced as Government's

Exhibit No. 1 on March 28, 2019.  And those four paragraphs or

five paragraphs listed certain obligations that he is to

recognize.  And if that was to come up, that would be a matter

that the Court would have to deal with in terms of any

potential violation of supervised release.  Does that sound

workable to you?

    MR. WYDA:  That sounds fine, Your Honor.

    THE COURT:  All right.  Ms. Smith, now your task is

to remind me that ordered that and we'll do it when we prepare

the report.

    They will be the additional conditions, the special

conditions of supervised release.

    I'm not going to impose a fine in this case the

defendant is not able to pay a fine.  There's no assets to do

so.  There is a special assessment of $100 that's mandated by

statute, and that will just be listed as being paid

immediately and be deducted from his prison wages.  He is not

a candidate for voluntary surrender, but he's getting credit

for all time served in federal custody for over almost the

last three years, since his arrest on August 27, 2016.

    I want to advise you of your appeal rights,

Mr. Martin, because this is an agreed sentence both sides

waived any appeal of sentence, but if you did want to note --

in paragraph 19 of the plea agreement, there was specifically

1    a waiver of any right of appeal by both sides, but if you did

2    want to note an appeal, you would have to do so within 14 days

3    of the entry of the judgement and commitment order in this

4    case, pursuant to Rule 4(b) of the Federal Rules of Appellate

5    Procedure.  If you could not afford an attorney to represent

6    you, an attorney could be appointed to represent you.

7          Mr. Wyda and Ms. Boardman, you do not need to notify

8    the Court, but if you would just make sure your own file

9    reflects that you put a note in your file, presumably that

10   reflects that he does not desire to file an appeal from the

11   sentence that was agreed upon.

12         Is there anything further from the point of view of

13   the government on this matter, Mr. Myers?

14         MR. MYERS:  No, Your Honor.  Thank you.

15         THE COURT:  Anything further, Mr. Wyda, from your

16   point of view.

17         MR. WYDA:  No, Your Honor.

18         THE COURT:  I just would like to note, to commend

19   the lawyers from the government and from the Federal Public

20   Defender's Office for the high level of professionalism in

21   this case.  This is not the first national security case I've

22   had.  And with respect to the Classified Information

23   Procedures Act and all the different requirements and all the

24   steps that are taken, the level of performance of the lawyers

25   in this case have been among the highest.  So I commend all

1     the lawyers in this case for how they've handled this case.

2     And also the work of the government investigators, both from

3     the FBI and NSA.  And, Ms. Pino, I salute you in terms of your

4     work in this case and all those people who work with you on

5     it.

6              And I think it's safe to say that the institutions

7     of this country are still strong.  We're still able to deal

8     with these kind of very serious matters in a civilized, fair,

9     calm way.  Don't for a minute, Mr. Martin, forget the serious

10    implications of this case.

11             With that this court stands adjourned.  Thank you

12    all very much.

13             (The proceedings were concluded.)

14

15             I, Christine Asif, RPR, FCRR, do hereby certify that
      the foregoing is a correct transcript from the stenographic
16    record of proceedings in the above-entitled matter.

17             _____/s/_____
                    Christine T. Asif
                 Official Court Reporter

18

19

20

21

22

23

24

25

```
< Dates >.                  21201 1:49.                  8. 55:18.
August 27, 2016             214 6:16, 22:16,             87 9:10, 14:6.
   61:4, 66:17.                28:9, 41:15,              8:32 51:9.
July 10 57:9.                  57:8.                     .
March 28, 2019              23 26:11.                    .
   65:23.                   25 38:24.                    < 9 >.
March 28th 7:1,            28th 6:19, 13:22,             9 13:24, 55:18.
   59:6.                       21:25.                    97 12:15.
$100 66:12.                29 13:7, 14:5.              _____/s/_____
.                          29. 13:19.                    _____ 68:15.
< 1 >.                     .                             .
1 13:21, 61:3,            < 3 >.                        < A >.
   65:23.                 30 23:17.                      Aaron 1:27, 2:19,
10 12:15, 13:24,          31. 13:15.                       2:21.
   51:9.                  3553(a 14:22, 15:11,          abandonment 19:4.
100 27:3.                    21:11, 57:20.              abide 19:11,
101 1:48.                 .                                65:20.
108 6:24, 7:3, 9:10,      < 4 >.                        abilities 53:1.
   14:6, 14:7,            4(b 66:25.                    ability 38:18.
   61:2.                  4th 1:48.                     able 6:4, 6:6,
11th 13:20.               .                                16:24, 32:4, 34:3,
13. 48:8.                 .                                34:13, 35:10,
14 8:12, 64:3,           < 5 >.                            56:19, 66:11,
   64:16, 65:21,          5 8:15, 37:9.                    68:3.
   66:23.                 5,000 53:21.                  above-entitled
15 12:15, 51:10.          5. 24:5.                         68:13.
16-pointed 52:7.          5/4 52:5.                     absent 12:23.
17 43:4.                  50 51:15.                     absolute 35:1.
18 9:15, 13:9,            50-50 52:24.                  absolutely 45:21.
   57:19, 64:3,           506 3:19.                     abuse 13:12, 19:18,
   65:21.                 54 37:9.                         24:15, 61:7,
19 15:5, 66:21.           57 12:14.                        61:10, 63:22.
1st 48:7.                 .                             abused 36:24.
.                         .                             accelerated 53:17.
.                        < 6 >.                         accept 21:12,
< 2 >.                    6 42:2, 43:4, 55:18,             50:24.
2 14:25, 15:5.              57:8.                       acceptance 13:17.
20 15:1, 15:5,            66-month 8:4.                 accepted 7:1,
   15:15.                 .                                27:6.
2003 11:10, 11:15,        .                             accepting 30:4,
   12:1.                 < 7 >.                            33:20.
2005 8:13, 8:22.          7 55:18.                      accepts 27:24.
2006 14:1.                77 6:6.                       access 13:13, 20:3,
2008 21:25.               793(e 13:9.                      20:5, 20:8, 20:20,
2010. 35:23.              .                                30:2, 32:23, 33:2,
2016 56:14.               .                                58:25.
2016-05 3:19.            < 8 >.                         accessed 17:16.
2019 1:19.                8 13:6.                       accident 21:6.
21 49:13.                                               accomplishment
```

50:13.
accorded 13:18.
according 62:13.
account 8:25, 17:15,
   21:11, 32:12,
   55:2, 57:24.
accounting 42:19.
achieve 57:18.
achievement 49:7.
acknowledgment 36:5,
   49:7.
Act 11:10, 11:12,
   11:15, 13:2, 50:4,
   67:19.
action 20:14, 43:13,
   51:5.
actions 17:3,
   19:1.
active 25:17.
activity 50:12.
actual 45:3.
actually 23:10,
   24:9, 36:3, 53:19,
   58:13.
acumen 49:7.
ad 48:3.
addict 39:8.
adding 42:17,
   49:15.
addition 6:4,
   43:16.
additional 63:17,
   66:8.
address 14:9, 14:21,
   17:4, 41:24.
ADHD 10:10.
adjourned 68:7.
adjusted 13:15.
adjustment 13:11,
   13:16.
administrative 12:2,
   12:16.
Admiral 18:22,
   49:21.
admiration 50:10,
   55:21.
admitted 16:13.
adopted 3:20,
   63:16.
adult 24:14,

36:25.
adults 55:10.
advance 10:3,
   42:14.
adventurer 42:22.
advice 45:16.
advise 66:18.
advisory 9:2, 9:4,
   9:8, 13:4, 14:6,
   19:19, 21:3,
   57:25.
affidavit 18:1.
affiliation 19:16.
afford 67:1.
aforementioned
   43:16.
afraid 51:7.
age 24:5.
agencies 15:22,
   15:23, 20:4,
   30:25, 33:23,
   34:12.
Agent 1:38, 2:23,
   2:24, 33:24.
agents 64:11.
ages 43:25.
aggrandize 29:12.
aggrieved 47:23.
ago 25:20, 57:9,
   58:4, 60:10.
agree 6:21, 6:23,
   33:16, 62:7,
   62:17, 63:1.
agreed 10:2, 10:5,
   14:7, 15:12, 17:5,
   20:11, 66:19,
   67:7.
agreeing 4:19,
   19:11.
agreement 6:22,
   7:10, 8:16, 9:11,
   11:23, 13:20,
   14:25, 15:3, 15:4,
   22:8, 59:10,
   63:15, 64:4, 64:7,
   64:14, 64:16,
   65:13, 65:22,
   66:21.
agreements 19:11.
agrees 33:17.

ahead 50:6, 50:10,
   54:11.
air 35:25, 40:16.
Airport 47:17.
alcohol 24:15,
   63:25.
alcoholism 61:8.
alert 52:3.
alive 52:4.
alleged 29:6.
Allenwood 61:19.
allow 24:18.
allowed 26:12.
allows 65:7.
alluded 27:14.
almost 25:19, 36:18,
   66:16.
alone 25:24, 26:9,
   26:13.
already 18:10, 24:5,
   42:3, 59:7.
alternatively
   62:19.
Although 12:21,
   13:17, 17:18,
   23:10.
amass 16:19.
amazed 58:22.
amends 27:6,
   43:15.
America 1:5, 43:8,
   56:20.
American 35:1.
amidst 48:1.
Amigo 49:16.
among 11:12, 21:22,
   67:21.
amount 5:14, 30:1.
analysis 7:13, 10:4,
   17:8, 23:1, 57:10,
   57:13, 59:18.
ancient 51:21.
and/or 8:16.
angels 50:22.
anger 48:5.
Angleton 55:11.
Anne 14:2.
announcement
   42:16.
antagonistic

34:11.
Anthony 44:19.
anticipated 13:19.
Antonius 43:1.
apart 10:1, 11:2,
  13:5, 44:14,
  65:8.
apex 49:17.
apologize 2:15,
  4:22, 27:8, 43:22,
  48:5, 52:22,
  53:25, 56:13.
apology 42:19,
  50:25.
Apparently 2:14,
  22:23, 24:8.
appeal 51:14, 66:18,
  66:20, 66:22,
  66:23, 67:6.
appear 28:24,
  42:15.
Appellate 66:25.
application 18:2,
  43:13.
apply 8:24.
applying 48:20.
appointed 67:2.
appreciate 14:19,
  52:25.
approach 50:16.
appropriate 3:25,
  6:24, 8:7, 9:13,
  10:5, 11:25,
  29:16, 33:9, 58:2,
  60:5, 60:24,
  62:10.
appropriately
  50:5.
approved 3:25, 4:2,
  46:20.
Approximately 5:10,
  16:10.
apt 49:18.
aptly 29:6, 34:19.
architect 45:19.
area 26:13, 62:14.
areas 15:21.
Arendt 45:2.
argued 40:9,
  40:11.

around 45:12, 50:20,
  59:14.
arrest 23:21, 25:19,
  25:23, 25:24,
  36:2, 61:4,
  66:17.
arrived 26:17,
  27:5.
art 44:9.
articulate 30:16.
artist 27:16,
  53:6.
Arty 55:19.
Arundel 14:2.
Ash 53:23.
Asif 1:46, 68:11,
  68:16.
asks 44:20.
aspects 38:4.
aspersions 34:7.
ass 37:21.
asserts 59:1.
assessment 66:12.
assets 66:11.
assignment 61:11,
  64:7, 64:9,
  64:17.
assignments 16:5.
assistance 11:21.
Assistant 1:35, 2:8,
  2:11.
assure 14:16.
atomic 45:22.
attack 51:5.
attendance 50:12.
attended 26:24.
attention 59:22,
  60:9.
Attorney 1:27, 2:9,
  2:11, 28:24, 67:1,
  67:2.
attorneys 5:11.
attuned 34:9,
  34:15.
audience 25:9.
Audrey 27:15, 28:6,
  28:7, 28:14,
  44:9.
aunt 22:21, 27:15,
  28:5.

AUSA 1:25, 1:29.
authentic 36:14.
authorization
  64:10.
authorized 3:22.
autism 23:24,
  31:2.
available 28:1,
  61:21, 65:4.
avengers 52:23.
average 43:11.
awakened 47:6.
aware 17:20,
  18:16.
away 45:12.
AWOL 55:10.
.
.
< B >.
babe 46:5.
baby 46:13.
back 2:4, 12:1,
  17:24, 31:15,
  36:2, 39:9, 40:4,
  40:5, 49:12,
  52:12, 53:14,
  55:9, 56:14.
background 18:6,
  18:8, 25:2,
  25:7.
backwards 50:19.
bad 38:21, 38:23,
  50:21.
badger 49:25.
bake 44:20.
Baltimore 1:20,
  1:49.
Bangkok 52:18.
banker 16:11.
barely 51:16.
baroness 45:24.
barriers 52:21.
base 13:7.
based 9:13.
basic 37:15.
basically 12:12,
  61:15.
battle 43:3, 53:16,
  53:21.
beam 46:4.

bearing 16:11, 50:4.
bears 47:15.
beat 53:7.
beautiful 46:9.
became 24:23, 31:1, 31:2, 31:6, 31:13, 31:17.
become 31:13, 37:24.
becomes 59:1.
began 24:15.
begin 48:18.
begins 12:14, 44:24.
begun 51:17.
behalf 2:12, 3:2, 3:4, 14:14, 14:15, 22:11, 22:12, 28:20, 41:20, 42:1.
behavior 38:1, 38:16.
behind 25:24, 40:9.
belief 48:14.
Believe 4:15, 8:4, 22:3, 28:7, 28:25, 30:17, 32:7, 53:10, 55:16, 58:21.
Bella 45:13.
Benediction 51:14.
Bennett 42:11.
Berlin 62:11, 62:12, 63:2.
Best 27:25, 28:1, 29:1, 36:6, 43:23, 44:4, 44:20, 45:4, 45:20, 46:12, 46:18, 48:22, 49:12, 49:20, 50:6, 50:11, 52:14, 52:19, 53:2, 53:22, 54:3, 54:17, 55:21, 56:12, 59:16, 62:4.
Beth 44:3.
Better 24:18, 24:19,

25:22, 26:19, 27:13, 30:18, 38:24, 47:21, 48:20, 50:9, 53:6, 53:12, 55:19.
Beware 48:24, 51:10.
beyond 50:18, 55:13, 64:25.
bias 55:2.
Bible 26:23.
bicycle 39:22.
bigger 60:20.
Bill 55:8, 55:16.
bipolar 51:11.
birth 42:16.
bit 2:15, 44:15, 46:15, 48:19, 51:14, 53:19, 56:21.
bite 40:6.
Black 23:1, 23:25, 24:20, 24:22, 26:5, 28:21, 29:4, 29:11, 30:15, 31:6, 31:15, 31:18, 31:22, 45:15, 46:8, 50:18, 53:13, 53:14, 60:7.
Blackstone 51:14.
blave 47:21.
bless 39:7, 54:4.
Blindness 55:1.
Block 43:1.
blonde 45:22.
bloody 45:23.
blow 52:12.
blue 46:4, 46:8.
bluntly 58:14.
Boardman 1:35, 3:8, 3:9, 6:1, 7:24, 11:5, 14:13, 62:24, 67:3.
boast 49:8.
boat 52:8.
Bob 52:10, 52:13, 55:8, 55:13, 55:20.
boldly 50:21.

bones 39:18.
book 43:9.
Booker 8:13, 9:21, 57:11.
BOP 6:9.
border 60:1.
borders 50:20, 58:12, 59:24.
born 44:1.
borrowed 27:1.
boss 46:12.
Boston 62:19.
bound 8:24, 61:12.
boundaries 50:20, 58:12, 59:23.
boundary 60:1.
Bourne 50:24, 54:3.
box 54:6, 55:11.
boxes 16:11.
brag 49:8.
breach 59:11.
break 16:23, 21:10, 26:14, 26:19.
breaking 34:15, 52:20.
breath 35:24, 40:15.
brief 23:14, 24:19, 25:1.
briefly 14:21, 35:10.
brilliant 46:13.
bring 56:18.
bringing 24:17, 30:17.
brings 56:7.
broadcast 3:23, 4:10.
broken 48:21, 53:12.
brother 22:18, 44:5, 44:8.
brothers 37:13, 50:14.
Bucky 50:1.
Buddha 51:14.
building 54:22.
bundes 46:5.
Bureau 61:2, 61:11,

```
 1     62:2, 62:3.
     buried 33:1.
 2   Burlington 47:20.
     burned 53:16,
 3     53:17.
     Burnie 39:9.
 4   butt 37:22, 40:6,
       41:9.
 5   button 36:14.
     .
 6   .
     .
 7   < C >.
     calculate 13:4.
 8   calendars 4:1.
     call 55:19, 58:24.
 9   called 43:5, 57:10,
       57:13.
10   calling 2:2, 26:6.
     calm 68:5.
11   camp 61:19, 62:20.
     candidate 66:15.
12   candor 29:10.
     capable 21:18.
13   capacity 36:17.
     Captain 43:8,
14     50:6.
     car 15:17.
15   Care 46:18, 51:18,
       51:24, 58:16.
16   cared 33:19.
     careful 15:10, 46:5,
17     54:22.
     carefully 14:20,
18     59:5.
     case-related 4:2.
19   cases 11:14, 32:16,
       57:11, 57:14.
20   casting 34:7.
     catch-all 63:2.
21   Catholic 43:13.
     cats 16:20.
22   caught 59:22,
       60:9.
23   cause 18:21, 19:3.
     cc 49:21.
24   ceased 51:18.
     celebrate 52:25.
25   cell 25:24, 26:9,
       26:11, 26:12,
       26:13.
```

```
Center 5:17, 26:17,
  27:5.
certain 10:6, 11:17,
  30:1, 43:12,
  45:15, 64:4, 64:9,
  64:17, 65:24.
Certainly 15:12,
  33:24, 35:14,
  42:4, 61:10.
certainty 51:25.
certify 68:11.
cessation 47:25.
cetera 34:9.
chain 54:15.
challenge 24:2.
challenges 27:11,
  27:21.
chance 36:9.
change 59:19.
changed 28:13,
  40:7.
changes 5:21, 6:13,
  6:14, 42:7.
changing 2:14.
chapter 48:8.
Chapters 55:18.
character 26:16.
characteristics
  9:17, 12:11, 19:5,
  57:21.
characterized
  38:8.
charge 65:12.
Charger 49:19.
charging 25:10.
charitable 48:8.
chaser 49:2.
Check 4:1, 52:2.
chess 43:2.
chief 11:15, 12:1.
child 36:25, 51:2.
childhood 24:13,
  60:16.
Chip 44:2, 44:8,
  44:13, 44:16,
  45:4, 45:13,
  53:4.
choice 39:11.
choose 38:4.
chose 20:4, 21:10,
```

```
  26:19.
Chris 44:14.
Christian 43:13.
Christine 1:46,
  68:11, 68:16.
church 39:21.
CIA 21:25, 34:9,
  34:23.
Ciao 45:13.
circuits 53:18.
circumstance
  19:17.
circumstances 9:16,
  19:1, 26:15,
  57:21.
civilization
  44:10.
civilized 68:4.
claim 46:15.
clarify 28:12,
  65:12.
Clarity 54:9.
class 52:17.
classification
  13:13, 16:11.
Classified 13:14,
  15:19, 16:8,
  16:12, 16:22,
  17:14, 17:15,
  17:20, 17:22,
  18:24, 19:2, 19:9,
  20:3, 20:9, 20:20,
  20:22, 42:12,
  67:18.
clean 38:14,
  51:15.
cleaner 55:19.
clear 16:18, 19:7,
  21:4, 25:9.
clearance 13:13,
  16:7, 19:15.
clearances 20:19,
  38:18.
clearly 21:23,
  29:24, 34:22,
  34:23.
clerk 11:21.
client 11:6,
  61:24.
clients 29:3.
```

clonidine 10:10,
  10:18.
close 51:5, 62:10,
  63:2.
closely 20:12,
  54:17.
closest 29:11,
  62:14, 62:20.
closure 42:19.
cloud 55:6.
Code 9:15, 13:9,
  57:19.
coexistence 45:4.
cold 47:7, 52:2.
collecting 24:22.
collection 22:2.
collective 56:1.
Colonel 53:9,
  54:19.
comb 30:22.
comes 13:18, 39:21,
  58:13, 62:3.
comfort 43:17.
comic 43:9.
coming 4:22, 38:16,
  38:19, 49:12.
Commander 45:15.
commend 67:14,
  67:21.
comment 18:13,
  28:19.
commenting 32:25.
commercializing
  43:8.
Commission 11:18,
  11:25, 12:4,
  12:22.
Commitment 11:19,
  64:13, 65:16,
  66:24.
commoditizing
  43:7.
common 26:12.
communications
  64:10.
compartmented
  15:20.
compass 52:8.
compensation 64:9,
  64:17.

competent 11:6.
complete 45:22,
  50:10, 55:21.
completed 54:9.
completely 34:24.
completes 27:25.
complied 13:2.
compromised 18:25.
computerese 29:18.
concern 40:13.
concerned 15:24,
  51:18.
concerning 3:20.
concluded. 68:9.
condios 49:15.
condition 64:2,
  64:19, 65:20.
conditions 6:12,
  63:16, 63:17,
  64:4, 64:6, 64:12,
  64:24, 65:9,
  65:11, 65:15,
  65:21, 66:8,
  66:9.
condoning 38:1.
conduct 7:13, 15:14,
  21:5, 27:9, 54:3,
  57:16.
conducted 23:1,
  57:10.
conducting 10:3,
  57:13.
confidence 35:1.
confidential 12:11,
  12:17.
confiscation 4:13.
confiscation/inspect
  ion 4:9.
confrontations
  39:5.
confusion 25:8,
  28:16.
Congratulations
  52:20.
Congress 11:11.
connected 44:12.
consciousness
  48:15.
consented 4:13.
consequences 17:3.

consider 9:25, 13:4,
  42:17.
consideration 7:21,
  15:10, 40:18.
considered 8:2, 8:6,
  9:14, 16:16.
consistent 12:15,
  14:24, 15:4, 22:8,
  62:25.
constant 32:21,
  56:6.
constants 24:13.
constitutionality
  8:14, 8:18.
consult 8:25.
consuming 19:3.
contact 64:10.
contained 58:12.
containing 12:11,
  12:17, 22:1.
content 6:11.
contest 42:24.
continue 20:5,
  34:25, 56:22,
  56:25.
continued 16:22,
  24:7.
continuing 6:17.
continuously
  19:15.
contractor 19:8.
contrasting 23:20.
contributions
  29:12.
control 18:24,
  52:5.
controls 56:11.
conundrum 54:5.
convicted 19:12.
conviction 20:23.
convinced 24:17.
cookies 44:20.
cool 55:22.
copy 50:18.
copying 52:22.
Corinthians 48:8.
correct 5:23, 5:24,
  7:24, 7:25, 10:8,
  10:13, 15:2, 18:5,
  18:7, 21:16,

1   21:17, 21:21,
    22:3, 24:11,
2   24:12, 50:19,
    68:12.
3   corrections 6:1,
    42:8.
4   cosmos 44:13.
    cost 34:20, 52:12.
5   costly 19:3.
    costume 25:25.
6   Counsel 2:5, 3:24,
    4:4, 4:12, 7:17,
7   14:10, 22:10,
    26:21, 30:11,
8   42:3, 61:14.
    counseling 61:5,
9   61:21.
    Count 61:3.
10  country 18:22,
    23:17, 24:19,
11  27:18, 27:22,
    29:1, 30:24,
12  30:25, 32:7,
    37:13, 59:15,
13  59:17, 68:3.
    Counts 14:25,
14  15:5.
    County 5:16, 6:5,
15  14:2.
    courage 26:19.
16  course 18:13,
    65:2.
17  courtroom 3:21,
    3:24, 4:6, 4:7,
18  4:11, 58:22.
    courts 8:23,
19  11:13.
    crap 40:4.
20  crappy 38:22.
    crash 43:10.
21  crazy 44:7, 46:20,
    46:21.
22  cream 55:4.
    create 51:3.
23  created 17:16,
    36:10.
24  creation 47:15.
    Creativity 50:22.
25  credentials 17:17.
    credit 61:3,

66:15.
cried 38:16,
  40:11.
crime 16:9.
crimes 19:12, 19:19,
  20:9.
Criminal 1:9, 2:4,
  6:20, 11:14,
  12:13, 13:23,
  14:3, 14:4, 19:14,
  27:9, 57:16,
  65:12.
critically 54:24.
Croan 45:1.
crossed 59:25.
crosses 63:10.
crossing 50:20,
  58:11, 59:23.
crowd 54:15.
cruise 52:4.
cry 38:8.
crystal 16:17.
crystallizing
  43:7.
culpa 54:1.
culture 60:17.
cured 27:11.
curious 42:21.
curiously 54:14.
current 5:19.
curse 50:23.
Cusack 56:9.
custody 61:2, 61:3,
  66:16.
cuts 50:19.
.
.
< D >.
D-mag 53:23.
Dad 43:21.
daily 55:18, 57:1.
daisy 51:16.
damage 18:21.
damaged 36:18,
  53:12.
dance 47:7.
dangerous 17:1,
  21:9, 32:24,
  60:2.
dare 43:14.

dark 25:22, 32:20,
  52:1, 56:21,
  58:25.
darkness 47:11.
data 17:13, 55:1.
date 4:20, 4:23,
  61:4.
David 1:27, 2:19,
  44:14, 45:7.
day 2:14, 2:17,
  3:10, 7:3, 7:8,
  26:11, 39:4,
  39:20, 39:21,
  42:20, 46:24,
  53:1.
days 27:1, 45:22,
  50:10, 57:9,
  66:23.
deal 35:6, 35:25,
  62:1, 66:1,
  68:3.
dealing 33:11,
  37:8.
dealt 37:6.
Dear 38:20, 42:11.
Deb 23:5, 26:20,
  35:11, 35:22,
  46:19, 47:4,
  47:15.
Deborah 1:35, 3:7,
  46:19, 47:9.
decades 15:20,
  26:1.
December 17:24.
decided 8:7, 9:21,
  15:16, 20:2,
  29:15, 33:8.
decision 15:14,
  16:23, 21:7,
  32:10, 37:11.
decisions 38:2,
  38:22, 65:8.
decorum 50:2.
dedicated 37:4,
  37:5.
deducted 66:14.
deeds 43:13.
deemed 4:12, 61:8,
  63:19.
deep 33:1.

```
 1   deepest 52:1.
     deeply 36:16.
 2   defendants 12:13.
     Defender 1:33, 1:35,
 3     3:4, 3:8, 29:1,
       67:16.
 4   defense 5:20, 13:8,
       15:15, 17:4,
 5     18:17, 20:21,
       22:10, 42:3,
 6     58:19.
     Definitely 45:5,
 7     46:22.
     degrading 25:25.
 8   degree 20:1.
     deletion 8:19,
 9     9:1.
     deliberate 38:15.
10   demons 51:17.
     demonstrated 17:9.
11   Department 2:20.
     Depending 19:1.
12   Depot 38:13.
     depressed 25:21.
13   depression 10:13.
     deputy 11:21.
14   describe 27:19,
       36:7.
15   described 27:19.
     describes 24:20.
16   deserved 50:2.
     desire 67:6.
17   desired 12:20.
     desires 46:14.
18   Desperate 32:2,
       53:24, 53:25.
19   desperately 24:16.
     despite 32:1.
20   destroyed 52:13.
     Detention 5:16,
21     26:17, 27:5.
     deter 20:11.
22   determination
       27:13.
23   determine 4:9, 4:14,
       41:24, 57:25,
24     60:4, 64:1,
       65:14.
25   determined 10:4,
       27:25, 58:2,
```

```
       60:24.
     determining 57:12.
     deterrence 20:7,
       20:17, 32:15,
       32:16, 32:18,
       33:4, 33:21.
     deterring 32:16.
     deters 57:15.
     Dev 45:12.
     Devens 61:22, 61:25,
       62:8, 62:9, 62:18,
       63:5.
     device 4:8, 4:14.
     devices 3:21, 3:25,
       4:6, 4:7, 4:12,
       4:18, 17:11.
     Devon 45:5.
     dialectic 43:10.
     Dick 44:22.
     dictated 19:1.
     die 48:6.
     dies 56:4.
     difference 53:4,
       57:2.
     differences 53:1.
     different 24:9,
       27:10, 33:6, 39:4,
       39:5, 41:4, 58:8,
       60:15, 67:19.
     difficult 35:24,
       37:15.
     digital 17:7,
       17:13.
     dignified 27:16.
     dignity 50:2.
     dinner 52:14.
     dinnerware 52:13.
     diplomacy 56:3.
     dippy 46:22.
     Director 18:22.
     disciplinarian
       48:19.
     disclaimer 42:12.
     disclosure 18:18,
       18:19.
     discovery 64:11.
     disguise 46:13.
     dismiss 14:25,
       15:3.
     dismissed 15:6.
```

```
     disorder 10:12,
       16:21, 23:24,
       29:7.
     disorganized 17:8.
     disputed 14:9.
     disrespect 33:23.
     distant 45:11.
     distinction 9:3,
       9:6.
     District 1:1, 1:2,
       2:9, 12:10,
       14:1.
     diversity 52:25.
     divorce 51:2.
     Dix 61:19.
     Document 22:1, 22:4,
       22:5, 22:6.
     documents 11:17,
       11:19, 12:3, 12:6,
       15:18, 16:11,
       17:15, 20:6,
       21:22, 29:8,
       29:20, 30:20,
       31:12, 31:20,
       31:22, 32:8,
       33:12, 33:18,
       59:8, 64:11.
     doer 43:13.
     doing 8:2, 16:14,
       17:1, 21:9, 37:5,
       37:10, 37:25,
       39:13, 41:9,
       53:15.
     done 4:3, 10:1,
       10:2, 16:15, 40:5,
       55:19, 60:13.
     door 25:23, 44:22.
     doses 48:16.
     dots 63:10.
     doubt 34:23, 48:1,
       55:14.
     down 27:9, 36:14,
       37:12, 40:24,
       53:4, 61:16,
       65:8.
     downward 13:16.
     drag 55:9.
     dragon 55:11.
     drifted 44:14.
     drink 55:5.
```

drinking 25:20, 48:5.
drive 49:18, 49:19.
driving 13:24, 13:25.
drug 32:3, 39:7.
drugs 11:2.
dude 55:22.
due 23:22.
during 4:3, 23:12.
duty 46:5, 53:19.
DWI 14:1, 19:13.
dying 57:3.
dynamic 45:3.
dynamics 53:20.
.
.
< E >.
e-mail 4:1, 17:15.
e-mails 17:14.
E. 1:29.
eagles 43:14.
earlier 59:8.
early 7:13, 31:19.
earth 59:17.
easier 65:15.
easy 27:3, 50:18.
eat 27:2.
education 24:10, 62:5.
effect 10:23, 30:3, 35:2, 47:4, 55:4, 56:20, 59:2.
effectively 9:2.
effects 51:10.
efficiently 56:19.
effort 41:5.
efforts 32:2.
Eisenberg 1:29, 2:8, 2:10.
either 43:9.
electronic 3:21, 3:25, 4:5, 4:7, 4:12, 4:18, 17:16.
element 19:19.
elevation 49:24.
eligible 61:8, 63:23.

elite 52:3.
Elizabeth 22:21.
emergency 49:22.
emotional 6:12, 31:21, 31:25, 34:17, 36:19, 40:25.
emotionally 36:17, 36:24, 41:2.
empathetic 40:17, 40:25, 41:2.
empathy 39:2.
employment 19:7, 24:15.
enabled 19:15.
encounter 36:8.
encountered 36:8.
Encouragement 43:17, 48:22, 51:2.
encyclopedia 43:5, 43:6.
end 9:12, 14:7, 21:2, 24:24, 27:13, 35:23, 40:2, 45:23, 47:8, 56:24, 58:1.
endanger 33:3.
endangered 29:22, 30:5, 30:13, 59:11, 59:18.
endangering 58:15.
endangers 16:9.
enemy 48:23.
enforce 59:16.
engage 56:22.
engaged 15:13.
engender 56:3.
Enjoy 44:21, 46:17, 52:11.
enormous 35:5.
enough 36:22, 43:5.
ensure 11:16.
enter 50:22.
entered 59:6, 60:1.
entering 4:11.
enterprise 49:23.
entire 34:8, 47:3.
entrusted 20:19.

entry 66:24.
episode 43:4.
equal 50:13.
equals 52:24.
equations 53:24.
Erica 53:8.
especially 25:8, 27:11, 50:23, 51:18.
essential 19:19.
essentially 57:7, 61:16.
established 8:23.
estranged 23:11.
et 34:9.
evening 10:18.
Everybody 31:3, 37:17, 56:8, 56:9, 58:21, 59:1.
Everyone 2:2, 3:17, 4:17, 4:19, 16:7, 27:8, 46:14.
everything 38:20, 39:14, 53:10, 63:1.
evidence 17:19, 58:5, 65:10.
ex 49:25, 51:13.
exactly 13:19, 17:12, 48:10.
examined 19:21.
example 4:1, 12:18, 64:16.
Excelsior 52:6.
exceptionally 18:21.
excess 48:16.
exciting 54:15.
excuse 16:1, 20:20, 37:10.
exercise 27:1.
Exhibit 13:21, 42:2, 57:8, 65:23.
exist 36:18.
existing 5:19.
expansion 45:3.
expect 44:2, 56:19.
expected 18:20.
expecting 48:6.

expended 53:17.
expensive 44:24.
experience 56:1.
experiences 36:17.
expert 59:1.
explained 7:2.
explaining 46:3.
explanation 42:19,
    50:24, 59:19.
extension 47:2.
extent 5:15, 13:1.
extraordinarily
    33:2.
extraordinary 26:18,
    33:2, 34:17,
    35:3.
extremely 15:25,
    16:1, 17:18,
    49:18, 56:17.
extremes 48:16,
    49:23.
eyes 45:6, 46:1,
    51:6, 51:7.
.
.
< F >.
face 20:23, 48:9,
    51:17, 59:17.
facilities 61:21.
facility 62:10,
    62:14.
facing 17:2, 19:24,
    26:1.
fact 17:14, 29:21,
    32:3, 42:2, 59:5,
    60:22, 64:24.
factors 8:6, 9:14,
    9:25, 13:5, 14:22,
    15:11, 21:11,
    29:10, 57:19,
    57:24.
facts 7:13, 9:14,
    15:23, 16:17,
    21:24, 54:2, 59:6,
    59:7.
failing 43:22.
Fair 43:5, 50:5,
    55:24, 68:4.
faith 27:22, 44:6,
    51:17, 56:23,

62:3.
fallen 47:10.
family 4:22, 12:11,
    12:18, 24:8,
    27:17, 27:22,
    28:13, 32:7,
    37:12, 43:14,
    44:5.
fancy 55:14.
far 10:21, 16:4,
    31:5, 36:5,
    45:11.
fashion 64:14.
Father 24:10,
    51:16.
fault 45:8.
FBI 1:38, 2:23,
    67:24.
FCRR 1:46, 68:11.
fear 36:20, 36:21,
    37:1, 50:22.
febrile 54:2.
Federal 1:33, 1:47,
    3:4, 3:8, 6:19,
    8:12, 8:14, 8:18,
    8:23, 8:24, 9:22,
    11:13, 11:14,
    11:16, 28:24,
    28:25, 61:3,
    66:16, 66:25,
    67:15.
feel 38:6.
feelings 40:18,
    47:1.
feels 36:16.
feet 39:10, 39:17,
    39:19.
felonious 15:14.
felt 37:24, 46:1.
few 47:3, 60:10.
field 60:22.
fighting 43:3,
    51:20, 57:2.
figure 37:22,
    37:23.
file 41:15, 57:8,
    67:4, 67:5,
    67:6.
filed 57:9.
files 17:12,

17:13.
filing 17:5.
fill 24:16.
finally 38:19.
financially 26:1.
find 9:13, 31:9,
    44:15, 47:10,
    47:13, 49:2, 52:3,
    52:6, 52:9, 55:2,
    55:15, 60:17.
finds 11:25.
fine 5:18, 6:10,
    8:1, 8:2, 21:15,
    21:19, 28:15,
    30:22, 35:15,
    42:10, 43:21,
    44:9, 53:7, 54:6,
    60:15, 62:9, 63:4,
    66:4, 66:10,
    66:11.
First 3:15, 8:12,
    9:24, 13:3, 14:11,
    18:17, 26:20,
    38:13, 42:12,
    44:1, 51:8, 59:24,
    64:8, 67:17.
fit 37:22.
five 65:24.
five-and-a-half
    8:5.
fixated 40:14.
fixation 40:15.
flag 44:6, 47:25,
    50:1.
flavor 51:20.
flipped 53:16.
Floor 1:48.
flow 32:21.
FMC 61:22, 61:25,
    62:7, 62:9,
    62:18.
focused 26:20,
    26:22, 26:25,
    27:6, 37:4.
folder 17:10.
folders 17:12.
folk 47:24.
folks 33:24, 52:4.
following 3:20,
    50:5, 54:18,

```
1    63:17.
     food 27:2.
2    foregoing 68:12.
     foreign 22:1, 29:20,
3      45:14, 45:16,
       45:19, 45:20,
4      46:6, 47:22,
       53:22, 64:11.
5    forever 45:9, 47:19,
       52:4.
6    forget 68:5.
     forgive 45:9,
7      54:1.
     forgiveness 44:15.
8    former 18:22.
     Fort 61:19.
9    forth 13:6, 13:24,
       42:9, 65:21.
10   forward 3:12, 12:3,
       35:14, 42:24,
11     44:7, 52:6,
       56:3.
12   found 45:10, 46:9,
       49:10.
13   four 15:23, 51:19,
       65:23.
14   frame 23:20.
     Frank 53:23.
15   frankly 32:6, 33:15,
       55:10, 65:8.
16   Fred 46:22.
     free 7:9, 43:3,
17     55:4.
     frequency 49:10.
18   fresh 35:25,
       40:15.
19   Friday 2:14, 4:20,
       4:24.
20   Friday 1:19.
     friend 45:23.
21   friendly 54:22.
     friends 43:15.
22   frightening 33:14.
     front 8:3, 34:15,
23     46:18.
     fruits 44:10.
24   frustrated 40:20.
     Fugit 48:18.
25   Full 45:10, 50:6,
       52:17.
```

```
function 23:24,
  34:25.
functional 56:11.
funeral 44:24.
.
.
< G >.
Gall 9:20, 57:11.
game 52:18.
garage 33:13.
gardener 56:6.
gave 35:7, 38:18,
  43:23, 56:15.
gear 52:2.
Gehlen 54:19.
General 20:17,
  33:21, 43:20,
  53:19.
gentle 46:13,
  47:24.
gets 40:14, 40:20,
  41:7.
getting 6:7, 33:11,
  39:14, 39:15,
  53:21, 55:9,
  66:15.
Gibbs 40:9.
Gibson 43:10.
gifts 44:9.
Gina 5:2, 52:20,
  52:23.
give 14:11, 14:14,
  22:11, 28:19,
  30:12, 31:15,
  41:19, 41:25,
  50:9.
given 13:16, 14:2,
  17:5, 36:9, 49:22,
  58:3, 60:23.
giving 38:17,
  48:21.
glad 14:18, 15:7,
  35:17, 40:5, 42:4,
  45:10, 51:2.
glass 49:1.
Glen 39:9.
glimmering 47:11.
glimpse 36:9,
  37:2.
global 16:2.
```

```
gloves 39:22.
goal 57:14.
God 36:10, 36:14,
  39:7, 40:10.
Goethe 46:3.
goodness 36:13,
  47:2.
Gordievsky 54:18.
governing 45:3,
  53:20.
governmental
  19:22.
grandfather 39:17,
  39:18.
grandiosity 29:9,
  29:13, 30:1,
  60:11.
Grandma 44:17,
  44:18.
Grandpa 44:17.
granted 47:12.
grapple 29:15,
  29:16, 33:8,
  60:6.
grappled 29:21.
grave 18:21.
great 28:23, 32:22,
  34:20, 35:25,
  39:18, 45:18,
  52:18, 54:21,
  55:13, 56:15,
  58:3, 62:2.
greatest 50:8.
greed 23:18.
grinder 55:9.
growing 24:21.
grown 56:20.
gruff 39:11.
guarded 37:1.
guess 6:3, 33:7,
  42:7, 55:17.
guidance 41:7.
guided 52:7.
guideline 9:8, 9:12,
  9:23, 9:25, 13:4,
  13:5, 14:6, 21:3,
  58:1.
Guidelines 8:15,
  8:19, 8:20, 8:21,
  8:24, 9:1, 10:1,
```

```
 1        13:5, 19:19.              12:19, 19:22,            hit 38:19.
       guiding 27:23.              19:23, 19:25,          hoarding 16:18,
 2     guilty 6:18, 7:1,           29:2, 31:24,             16:20, 24:22,
         7:4, 13:10, 13:21,        34:10, 37:6, 38:9,       29:5, 29:7, 33:12,
 3       21:24, 27:6, 32:9,        61:6, 61:21, 62:1,       38:11.
         59:5.                     63:18, 63:20.          hold 40:23.
 4     Guy 39:7, 44:11.          healthy 27:2.            holds 16:7, 38:20.
       guys 46:18, 49:18.        hear 14:18, 15:7,        holiday 45:11.
 5     gypsy 46:9.                 35:17, 42:4,           Home 15:17, 16:8,
       .                           43:22, 60:14,            24:18, 29:18,
 6     .                           60:18, 60:19,            30:17, 37:16,
       < H >.                      61:13.                   38:13, 39:3,
 7     half 8:12, 45:6.          heard 36:5, 37:8,          44:18, 59:25.
       Hallmarks 44:10.            46:25, 60:15.          homeless 38:25,
 8     Hampshire 61:18,          hearing 3:12, 16:15,       39:8.
         62:11, 62:12,             23:4.                  honest 38:2.
 9       62:21, 63:3.            hears 60:18.             honey 49:25.
       handled 67:22.           heart 27:20, 27:21,      Honorable 1:18.
10     handling 17:22.             36:23, 48:7,           Hope 4:21, 33:25,
       happen 36:10,               51:23.                  34:11, 36:4, 41:5,
11       44:2.                   hearts 44:1, 46:1.         44:16, 45:17,
       happened 34:14,          heat 49:3.                 46:9, 50:24,
12       40:6, 48:4, 56:2,      heavily 25:20.             56:21.
         56:10.                 Heilmefer 54:5.          hoping 32:12.
13     happens 57:4.            held 26:10.              horde 16:23.
       Happy 55:4.              hello 44:19.             horrible 38:21.
14     hard 2:25, 25:22,        Helm 49:23.              hostilities 47:25.
         26:8, 29:19, 34:5,     helmet 39:22.            hour 26:12.
15       37:22, 46:2,           help 26:22, 37:7,        hours 18:4, 26:11.
         47:16, 49:8,             38:16, 38:23,          house 38:12,
16       52:18.                   41:7, 51:3.              38:14.
       harder 49:13.            helped 26:5, 47:9,       housekeeping 7:19,
17     hardest 46:19,             47:10, 53:10.            10:6, 11:9.
         48:9.                  helping 28:12,           Hubris 49:10.
18     Harford 5:16, 6:5.         47:13.                 huge 31:4.
       harm 33:18.              Henry 43:11.             Hughes 54:19.
19     Harold 2:3, 42:20.       hereby 68:11.            human 36:18,
       Harold Martin, III       high 9:12, 14:7,          41:10.
20       1:10.                    21:2, 55:17, 58:1,     humble 52:19,
       Harry 44:22,               67:16.                   52:23.
21       44:23.                 high-impact 42:22.       hundred 40:10, 45:2,
       harsh 48:19.             highest 15:19, 53:2,       46:8.
22     Harvey 1:29, 2:8.          55:21, 67:21.         hunting 55:4.
       hat 53:13.               highly 13:14, 16:8,      hurt 27:8, 36:24.
23     hate 56:5.                 16:12, 21:9,           husky 45:5.
       hated 39:1.                56:25.                 Hyperactive 10:12.
24     he'll 44:20.             history 9:16, 13:23,     .
       Heads 52:8.                14:4, 19:5, 27:17,     .
25     heal 43:23.                32:6, 45:3, 57:20,     < I >.
       health 6:12, 6:13,         58:17.                 ice 55:4.
```

id 55:7.
idealists 48:13.
ideals 48:12.
ideas 50:9, 52:17.
identify 2:6.
identity 24:25,
  26:9, 31:1,
  31:5.
idly 49:1.
ignorance 42:25.
ignorant 38:9.
ignored 33:6.
II 58:14.
III 2:3, 42:21.
illegal 16:14, 17:2,
  21:9, 50:17,
  56:25.
illegally 15:16.
illness 23:18,
  23:23, 31:6,
  32:11, 34:1,
  37:14, 40:19.
Ilse 47:17.
imagination 48:25,
  50:23.
imagine 26:8, 56:17,
  63:8.
immediate 65:7.
immediately 11:20,
  66:14.
immersed 26:23.
immune 55:5.
impact 34:9.
impaired 32:11.
impartial 19:22.
implications 68:6.
implies 56:17.
importance 19:9,
  32:22.
important 4:17,
  17:6, 20:7, 26:20,
  27:8, 31:1, 31:23,
  33:4, 36:1, 36:3,
  36:4, 37:24,
  54:25.
importantly 26:3,
  51:9.
impose 15:9, 17:6,
  57:14, 66:10.
imposed 11:22, 19:6,

20:10, 21:16,
  57:23.
imposing 11:13.
imposition 11:17,
  12:4.
improve 34:12.
in. 37:23.
inability 36:19,
  37:14.
incapacitates
  57:16.
incarceration 6:24,
  7:9, 23:12.
inclined 7:2, 7:8,
  7:15.
include 11:19,
  21:25, 29:20.
included 15:18,
  49:25, 58:7,
  59:8.
Including 4:21,
  6:11, 15:22,
  20:10, 22:17,
  34:8, 57:20,
  64:23.
inclusive 51:10.
inconvenience
  4:21.
inconvenienced
  2:15.
incorporate 37:11,
  65:15, 65:17.
increasingly 24:21,
  32:19.
incredibly 36:1.
incumbent 11:13.
indicate 21:21,
  49:5.
indicated 7:7, 15:9,
  15:23, 17:5,
  17:11.
indicating 16:20.
indictment 11:23,
  15:1.
indifference 56:5.
individual 42:21,
  58:17.
individuals 57:24.
indulge 35:9.
Infiniti 46:21.

influence 11:1.
Ingo 53:3.
initial 39:16,
  49:5.
initially 14:23,
  14:24.
innovation 48:25.
input 49:13.
insane 56:2.
insensitivity
  45:8.
Inside 48:2.
insight 25:21,
  27:12.
insights 52:16.
inspection 4:13.
Instability 24:12.
Instead 20:3,
  47:8.
institutions 33:19,
  34:8, 47:3,
  68:2.
instrument 54:25.
instrumentarian
  55:3.
intellectually
  42:21.
intelligence 20:4,
  22:2, 29:20,
  30:25, 34:23,
  42:24, 59:9.
intelligent 23:22.
intelligently
  52:5.
intend 43:18, 44:6,
  50:4.
intended 25:17,
  30:23, 36:14.
intent 54:10.
interact 36:19,
  37:14, 37:20.
interactions 39:6.
interest 3:18,
  4:16.
interested 3:10.
interesting 54:14.
international
  42:23.
internet 32:20,
  58:25.

```
 1   interpretation        Jeremy 56:7,          kindergarten 24:3.
        57:4.                 56:12.              Kingsfield 45:1.
 2   interrupt 17:23.      Jersey 61:19,         kit 39:22.
     interviews 39:14.        62:15.             Knock 55:23.
 3   introduced 13:20,     Jim 3:3, 55:10.       knowledge 5:22,
        65:22.             job 26:2, 26:6,          43:1, 43:24.
 4   invaluable 52:17.        37:24, 39:14,      knowledgeable
     investigate 52:25.       40:1, 54:3,           37:24.
 5   investigated            58:21.              knows 16:8, 20:12.
        20:22.             jobs 34:18, 35:5,     Kong 56:10.
 6   investigation 5:6,       39:15.             .
        7:14, 8:17, 10:7,  Joe 43:11.            .
 7   12:10, 12:17,         John 51:9, 53:8,      < L >.
        13:6, 13:25,          54:19.             L. 1:35.
 8   19:13, 21:20.         Johnson 54:19.        lack 19:14, 49:6.
     investigators         Judge 3:22, 4:3,      lacking 25:21.
 9   67:23.                   8:4, 11:15, 12:1,  land 46:4, 46:17,
     involved 33:23,          12:20, 18:1,          47:24, 53:13.
10   58:18, 58:19,            42:11.             lanes 45:11.
     60:12.                judgement 66:24.      language 44:10,
11   iota 59:20.           judges 8:24, 9:22.       62:6.
     Iran 24:10.           Judgment 11:19,       language. 45:14,
12   isolated 24:5,           14:3, 64:13,          45:16, 45:19,
        25:21.                65:16.                45:20, 46:6,
13   isolation 24:7,       July 19th 1:19.          47:22, 53:22.
        24:13, 26:11.      jumped 55:15.         large 16:19, 21:5,
14   issuance 18:2.        junk 16:20.              49:1.
     issue 32:16, 38:11,   Justice 2:20.         Last 8:12, 40:8,
15   45:8, 48:7.           justified 15:10,         42:13, 43:3,
     issued 12:2.             20:16, 20:25.         43:19, 49:6,
16   issues 33:5, 34:10,   justifies 15:12.         53:17, 56:2,
        37:6, 38:9, 46:11, justify 19:6.            56:13, 66:17.
17   52:21, 54:16,         .                     late 53:21.
        58:21, 60:16,      .                     later 8:3.
18   62:1.                 < K >.                laughed 40:12.
     .                     Kalugen 54:18.        laughing 55:12.
19   .                     keep 34:2, 38:4,      Laura 1:38, 2:23.
     < J >.                   44:25, 54:4.       law 11:11, 16:23,
20   J-folks 54:8.         keeping 29:8.            19:10, 19:16,
     Jack 50:1.            kept 38:17.              20:15, 21:1, 21:4,
21   jail 21:7.            key 8:10, 9:19,           21:8, 21:10.
     James 45:17,             9:20.              laws 19:11.
22   45:18.                kid 47:19.            lawyers 67:15,
     James Wyda 1:33.      kids 37:18, 55:9,        67:20, 67:22.
23   January 8:13,            56:8.              lay 37:12.
        8:22.              kind 11:2, 14:4,      lead 27:25, 48:16.
24   Jason 54:3.              30:2, 32:1, 38:21, lean 55:20.
     Jean 22:21, 28:5,        43:8, 51:25,      leap 51:17.
25   28:12.                   58:19, 59:11,      learn 48:9, 53:7,
     Jenny 46:21.             62:25, 68:4.          58:22.
```

learning 44:5.
least 35:8, 43:17,
    51:19.
leave 46:16, 64:1.
lecture 45:4.
Lee-helm 49:23.
legal 4:2.
lengthy 63:9.
less 7:8, 60:18,
    60:19.
lessons 45:2,
    48:9.
letter 8:16, 13:20,
    22:18, 22:19,
    22:20, 22:23,
    23:4, 23:5, 23:6,
    23:9, 28:9, 28:17,
    35:15, 41:14,
    42:2, 42:3, 42:7,
    50:3, 64:16,
    65:22.
letters 7:20, 14:16,
    22:15, 22:22,
    27:14, 27:16,
    28:5, 28:10,
    42:1.
level 13:7, 13:15,
    13:18, 13:19,
    14:5, 32:22,
    37:15, 45:18,
    67:16, 67:20.
levels 15:19,
    33:6.
Lewis 47:12.
Lexapro 10:13,
    10:18.
lie 54:11.
lies 51:6.
life 24:1, 24:14,
    24:16, 25:21,
    26:9, 27:13,
    27:22, 28:1, 28:2,
    32:17, 35:24,
    36:16, 36:25,
    37:7, 37:10,
    37:12, 37:17,
    38:4, 38:6, 41:3,
    45:10.
lifestyle 51:11.
light 3:18, 4:16.

lilo 53:5.
limited 16:6,
    65:4.
line 31:8, 60:21.
lines 46:18.
lips 49:8, 58:13,
    58:15.
list 6:17, 42:18,
    52:21.
listed 64:4, 64:13,
    65:24, 66:13.
listen 43:22.
listened 38:17.
little 2:15, 26:22,
    33:14, 39:3,
    39:10, 48:20.
live 26:19, 27:13,
    59:13, 60:17.
lived 38:12.
lives 29:22, 30:5,
    30:13, 33:3,
    36:11, 52:8, 58:9,
    58:23, 59:9,
    59:11, 60:21.
living 39:8, 47:24,
    58:23, 61:17.
Liz 46:8.
local 3:19.
logical 17:9.
Lombard 1:48.
long 12:8, 24:1,
    27:17, 32:6, 34:4,
    34:6, 43:23,
    49:13.
long-range 53:15.
long-term 51:10.
longer 34:25,
    51:4.
Look 3:12, 22:4,
    36:11, 39:12,
    40:3, 51:7, 51:23,
    51:24, 59:5.
looked 34:21.
looking 26:16,
    26:18, 28:9,
    33:18, 42:22,
    47:19, 57:23,
    61:15.
looks 47:8, 52:10,
    57:19.

Loose 49:8, 55:22,
    58:13, 58:15.
lord 54:4.
lose 26:2, 37:5.
loses 18:23.
lost 26:2, 26:4,
    26:6, 27:3,
    47:21.
lot 7:18, 29:18,
    29:25, 38:3, 38:4,
    48:3, 50:3, 51:15,
    55:25, 56:15,
    56:21, 59:3,
    60:23.
Love 30:24, 30:25,
    36:23, 41:11,
    44:7, 44:13,
    44:16, 46:11,
    46:12, 46:14,
    46:22, 46:23,
    47:4, 47:8, 47:9,
    47:22, 56:5.
loved 47:21, 47:22,
    54:12.
low 55:17.
lowest 14:4.
luck 46:17, 56:12.
Luther 51:15.
lux 51:13.
.
.
< M >.
madness 46:23.
magistrate 18:1.
maintain 19:15,
    24:14.
Major 43:2, 50:20,
    56:10, 58:11,
    59:23, 60:1.
make-up 40:19.
male 61:19, 62:19.
malice 30:23.
man 26:3, 27:4,
    36:6, 37:12, 38:3,
    38:16, 38:20,
    38:21, 38:22,
    38:23, 39:23,
    47:16, 48:8,
    48:10, 49:14,
    49:20, 52:19,

53:25.
management 54:17.
manager 56:6.
mandated 13:2,
  66:12.
mandatory 8:21, 9:1,
  9:2, 9:3, 63:16.
manner 16:21, 17:10,
  19:17, 50:15,
  50:23, 65:3.
Mapquest 62:15.
March 6:18, 13:20,
  13:22, 21:24.
Marina 45:20.
marked 12:10, 12:12,
  54:9.
markings 16:12.
marks 52:17.
Markus 55:12.
marriage 26:2,
  42:17.
married 28:13.
Maryland 1:2, 1:20,
  1:49, 2:9, 14:1.
Massachusetts 61:22,
  61:25, 62:19.
Masterman 54:18.
mate 46:18.
material 16:4,
  16:13, 16:21,
  18:24, 18:25,
  19:2, 24:23,
  29:17, 33:12.
materials 15:16,
  15:24, 16:6, 16:8,
  17:20, 18:19,
  18:20, 19:9, 20:5,
  20:22, 22:25,
  23:2, 30:17.
matter 15:21, 16:4,
  18:11, 25:5, 29:5,
  32:18, 33:11,
  34:18, 43:18,
  44:13, 45:9,
  56:14, 57:4,
  59:16, 60:22,
  64:8, 64:24,
  65:14, 65:25,
  67:9, 68:13.
matters 10:7, 11:9,

14:9, 18:14, 44:5,
  56:4, 68:4.
maxima 54:1.
mea 54:1.
mean 33:19, 33:23,
  62:16.
means 12:6, 19:17.
meant 26:4, 32:4,
  50:3.
measure 43:17.
meat 55:9.
medical 5:16, 6:5.
medication 10:15,
  11:2.
medications 10:8,
  11:3, 63:20.
mediocre 48:24.
member 28:12.
members 4:22, 12:8,
  12:21.
memo 31:8.
memoranda 14:20.
memorandum 6:17,
  22:16.
memory 47:20.
men 54:8.
mental 6:12, 19:23,
  19:24, 23:18,
  23:22, 29:2, 31:6,
  31:24, 32:11,
  34:1, 34:10,
  34:17, 35:5,
  36:19, 37:6,
  37:13, 38:9,
  40:19, 61:5,
  61:21, 62:1,
  63:18, 63:20.
mentally 27:4.
mention 23:5.
mentioned 9:18,
  14:5, 24:1, 58:4,
  60:10.
mentions 6:6.
MEO 45:10.
mercy 47:12.
Merrin 51:16.
mess 17:8.
message 18:3, 20:18,
  58:16.
messages 33:22.

met 35:23, 38:13,
  39:23, 46:20,
  56:21.
method 50:15.
methods 15:24,
  56:24.
Michael 22:18,
  22:20.
microphone 35:16.
middle 49:4.
Mike 39:7, 44:3,
  49:21.
mil-spec 53:15.
military 19:7,
  20:4.
mind 47:9, 54:2,
  55:6, 60:5.
mind-numbing
  48:24.
mine 46:4.
minimum 61:18,
  62:19.
minority 41:5.
minute 14:15, 58:7,
  59:19, 62:23,
  68:5.
minutes 60:10.
mirror 48:10.
Mischa 52:15.
misconduct 23:16,
  23:19.
mission 26:4, 26:6,
  30:24, 53:11.
mist 55:6.
mistake 21:6, 32:10,
  41:10, 50:15.
mistaken 7:23.
mistakes 40:3.
mitigating 19:17.
mixed 44:6.
model 54:25.
moderate 48:16.
modified 17:16.
Mom 43:21.
moment 9:9, 14:11,
  53:5, 61:24.
moments 26:8, 36:11,
  36:12.
monitor 34:3,
  35:6.

monitored 20:13.
monkey 53:15.
monsters 55:7.
monstrosity 41:8.
months 6:25, 7:4,
   9:10, 14:6, 14:8,
   61:2.
mood 55:22.
moon 46:4.
morbidly 25:20.
morning 2:2, 2:7,
   2:19, 2:22, 3:3,
   3:7, 3:13, 3:14,
   5:3, 10:17, 10:19,
   10:21, 35:19,
   35:20, 59:8.
motion 15:6.
motions 17:25.
move 4:23, 51:21,
   52:5.
moved 38:4.
moves 15:3, 24:8.
moving 14:25, 51:13,
   65:4.
MR. AARON 2:19.
MR. EISENBERG 2:7.
MR. MYERS 2:11,
   5:24, 14:19,
   21:17, 21:20,
   22:3, 22:6,
   65:2.
MR. WYDA 3:3, 6:3,
   6:14, 11:8, 22:13,
   23:3, 23:8, 23:14,
   25:6, 25:15, 28:7,
   28:11, 30:7,
   30:10, 30:14,
   30:22, 31:12,
   33:16, 35:9,
   35:12, 41:21,
   62:6, 62:10,
   62:17, 62:25,
   63:8, 63:12, 66:4,
   67:13.
MS. BOARDMAN 3:7,
   3:12, 7:25.
MS. SHAW 35:19,
   41:17.
Mullen 45:16.
multi-step 9:24.

multiple 18:5.
Mumford 47:6.
music 44:9.
MYERS 2:12, 2:13,
   2:16, 5:23, 14:18,
   15:2, 15:7, 15:8,
   17:23, 18:7,
   18:12, 18:16,
   21:14, 22:7, 29:5,
   32:15, 34:19,
   64:15, 64:22,
   65:7, 65:13,
   65:19, 67:9,
   67:10.
myself 48:11, 51:2,
   55:15.
mysterious 45:6.
.
.
< N >.
name 28:5, 28:12,
   28:13, 35:22,
   42:15.
named 17:11, 44:2.
names 12:18, 42:13,
   59:12, 59:13.
naming 17:10.
narcotics 11:2.
nation 34:2, 51:5.
national 13:8,
   15:15, 16:7, 16:9,
   18:17, 18:21,
   20:2, 20:19,
   20:21, 29:12,
   58:18, 58:19,
   67:17.
natural 40:17,
   40:21.
nature 9:15, 40:14,
   46:20, 57:21.
nauseam 48:4.
Navy 27:2.
nearly 15:15, 15:20,
   23:17, 26:11.
necessarily 29:25,
   65:4.
necessary 63:19.
need 5:15, 20:16,
   20:25, 21:1,
   33:21, 34:9,

35:17, 39:19,
   49:2, 57:22,
   60:15, 60:18,
   60:19, 60:20,
   61:13, 62:4, 64:5,
   64:12, 65:9,
   67:3.
needed 38:14, 49:24,
   55:13.
needs 38:23, 41:7.
negative 10:23.
neglect 56:5.
neither 50:3.
New 38:25, 43:3,
   47:15, 51:6,
   59:12, 59:14,
   61:17, 61:19,
   62:11, 62:12,
   62:15, 62:16,
   62:20, 63:3.
Newport 45:15.
newspapers 16:19.
nice 2:10, 2:13,
   2:21, 2:25, 3:6,
   3:9, 3:11,
   49:12.
Nicole 53:8.
Nietzcchean 43:10.
night 40:2, 46:24,
   47:7, 52:18,
   56:6.
Nine 6:24, 7:3, 7:8,
   9:11, 21:1, 21:12,
   29:15, 33:9, 57:9,
   60:4.
nine-year 8:7, 10:5,
   15:8, 20:17,
   23:15, 30:4,
   57:12, 60:24.
Ninja 46:25.
Ninjo 46:25.
no-win 55:16.
No. 1:9, 6:16,
   13:21, 22:16,
   28:9, 41:15, 57:8,
   65:23.
nodding 59:10.
nominal 56:11.
nonacceptance
   36:20.

nondisclosure
    19:11.
none 12:21.
nor 42:13, 43:8,
    43:9, 43:10.
normal 12:16.
normally 60:7.
northeast 62:14.
NORTHERN 1:2.
note 3:15, 3:17,
    8:3, 17:6, 17:24,
    17:25, 19:24,
    21:15, 58:3, 64:3,
    65:19, 66:20,
    66:23, 67:5,
    67:14.
noted 5:20, 6:15,
    9:22, 18:3, 19:13,
    21:2, 29:6, 29:10,
    29:11, 34:19,
    43:4, 64:17.
Nothing 42:12,
    57:3.
notice 42:16.
notified 7:16.
notify 67:3.
noting 9:9, 34:18.
notion 60:16,
    61:8.
notwithstanding
    38:22.
NSA 15:24, 18:22,
    34:9, 59:25,
    67:24.
number 2:4, 41:9,
    43:4, 55:10.
numerous 24:8.
.
.
< O >.
oath 35:17, 51:21.
obese 25:20.
obituary 42:17.
objection 64:23.
objections 5:19,
    5:20, 5:21, 6:2,
    6:17.
obligations 64:25,
    65:24.
obscenities 48:2.

observations
    52:16.
obsessed 26:3,
    31:7.
obsession 31:7,
    32:23.
obsessive 24:21,
    40:13.
obstructing 42:25.
obtain 6:5.
obviously 7:16, 9:3,
    34:16, 35:7,
    58:8.
occurred 60:2.
occurs 6:11,
    61:20.
offense 9:16, 13:7,
    13:15, 13:18,
    13:24, 14:1, 14:5,
    15:12, 17:18,
    19:18, 57:22.
offer 47:25, 51:1,
    56:21.
Office 3:4, 3:8,
    12:2, 12:3, 28:22,
    28:24, 29:1,
    37:21, 67:16.
officer 5:1,
    63:19.
Official 1:47,
    68:17.
officials 12:7.
often 18:25, 26:7,
    36:10.
Okay 10:20, 23:14,
    26:21, 28:8.
old 26:15, 37:9,
    49:14, 51:6,
    58:14.
old-fashioned
    27:18.
Oleg 52:15.
Oliver 46:21.
once 18:23.
one. 38:17.
ones 45:11.
ongoing 64:25.
online 18:5.
Onward 47:23.
op 49:24.

open 49:6.
operation 56:11.
operations 16:1.
operatives 34:23,
    34:24.
opinion 17:24, 25:5,
    52:23.
opinions 8:10, 9:19,
    9:20, 42:14.
opportunity 5:5,
    5:7, 14:12, 14:14,
    22:12, 28:20,
    30:12, 35:21,
    41:19, 41:25,
    42:23.
order 3:19, 11:20,
    12:2, 12:23,
    30:18, 42:18,
    44:6, 52:14, 53:1,
    63:13, 64:13,
    65:16, 66:24.
ordered 61:1,
    66:6.
orders 49:23.
organized 17:9,
    29:7, 38:15.
originally 38:25.
Orwell 54:23.
others 32:18, 42:18,
    43:15, 45:2,
    49:19, 56:16,
    57:15.
Otherwise 4:2, 4:5,
    38:6.
Otisville 61:19,
    62:15, 62:16,
    62:20, 63:5.
OTK 48:20.
outline 8:11.
outside 3:24, 4:11,
    15:16, 16:4,
    26:13, 37:20,
    54:7.
overly 37:4.
overpass 39:9.
override 43:10,
    53:16.
own 14:15, 22:12,
    28:20, 37:10,
    41:19, 41:25,

1    48:23, 55:20,
       67:4.
2    .
     .
3    < P >.
     P-h-o 8:4.
4    page 12:14, 12:15,
       13:6.
5    pages 13:24.
     paid 66:13.
6    pain 37:21, 37:22,
       41:9.
7    paladin 53:14.
     Palmer 44:23.
8    panopticon 54:23.
     paper 6:16, 16:11,
       22:16, 28:9,
9      41:15, 57:8.
10   paradox 48:12.
     Paragraph 6:6, 8:15,
11     12:14, 12:15,
       64:16, 66:21.
12   paragraphs 64:3,
       64:23, 65:21,
13     65:23, 65:24.
     paranoia 51:12.
14   paraphrase 54:8.
     Part 12:12, 12:14,
15     22:16, 24:24,
       25:2, 25:13,
16     25:15, 26:3, 31:1,
       31:4, 31:13,
17     31:17, 31:22,
       32:4, 36:3, 38:5,
18     38:24, 41:14,
       42:23, 55:14.
19   parted 46:20.
     participate 19:8,
20     61:7, 63:18,
       63:22.
21   particular 8:19,
       33:25.
22   parties 7:16, 20:11,
       47:23.
23   partner 16:14,
       45:24.
24   parts 36:4.
     passed 11:11.
25   passionate 31:4.
     past 19:12.

path 47:16, 50:19.
patience 42:15.
patrol 53:15.
pattern 15:14.
pause 56:15, 58:3.
pay 66:11.
paying 21:18,
  58:9.
pending 17:25.
penitent 47:16.
percent 51:15.
perfect 45:21,
  62:22.
Perfection 54:25.
perfectionists
  48:13.
perform 4:1,
  24:18.
performance 67:20.
Perhaps 42:21, 43:2,
  52:13, 56:3,
  64:5.
period 6:25, 12:9,
  23:12, 24:9, 61:2,
  63:14.
permitted 4:5, 7:4,
  12:22, 26:24,
  64:20.
persistent 15:13.
person 27:10, 28:18,
  32:17, 32:21,
  36:9, 36:14,
  36:16, 36:23,
  37:1, 37:2, 37:4,
  48:6.
persona 36:13.
personal 9:16,
  42:14, 57:20,
  58:17.
personally 41:24.
persons 42:13.
phair 45:5.
phew 40:5.
Pho 8:4.
photographed 3:23,
  4:10.
phrase 27:19, 58:11,
  58:14.
phrases 59:21.
physical 6:12,

26:25, 36:19.
physically 27:4,
  37:3.
physician 63:21.
picture 49:11.
Pino 1:38, 2:23,
  33:25, 67:24.
pirate 49:22.
place 25:22.
placed 27:17, 35:17,
  63:14.
places 34:13, 34:25,
  47:3.
plain 50:17.
Plaintiff 1:7,
  1:23.
planning 16:1.
platform 60:14,
  60:18.
play 46:5.
played 23:18,
  49:22.
playing 43:1, 49:17,
  52:18.
plea 6:22, 7:1, 7:4,
  8:16, 11:23,
  13:20, 14:24,
  15:3, 15:4, 21:24,
  22:8, 59:5, 63:15,
  64:4, 64:7, 64:14,
  64:16, 65:13,
  65:22, 66:21.
Please 2:6, 2:8,
  41:23, 45:9, 49:8,
  49:9, 50:18,
  50:21, 51:23,
  54:1.
pled 6:18, 13:9,
  13:21, 27:6,
  32:9.
Plexiglas 40:9,
  40:10.
plus 45:2.
point 5:25, 9:24,
  17:4, 33:7, 35:4,
  41:4, 62:5, 67:8,
  67:12.
poison 48:6.
policy 3:20, 4:8,
  4:15.

poppy 49:1.
portion 12:16.
POS 55:20.
position 13:12,
   40:2, 64:15.
positive 18:24,
   36:5, 56:11.
possible 35:12,
   43:24, 62:11,
   63:2.
possibly 47:3.
posted 18:5.
potential 66:2.
potentially 29:22.
pounds 27:3.
power 47:4, 55:3.
pray 55:18, 57:1.
prayed 40:11.
prayers 54:12.
precarious 58:24.
precautions 35:2,
   60:20.
predator 49:17.
prepare 66:6.
prepared 5:1, 5:7,
   7:14, 23:4, 34:21,
   61:25, 63:25.
preparing 11:20.
preponderance
   65:10.
prescribed 63:20.
prescriptions 6:8.
Present 1:38.
presented 54:2.
presentence 5:1,
   5:6, 5:22, 6:4,
   7:14, 8:17, 10:7,
   11:24, 12:9,
   12:12, 12:17,
   13:6, 13:25,
   19:13, 21:20.
presiding 3:22,
   4:3.
press 38:8.
presses 42:24.
pressing 50:22.
pressure 34:18.
presumably 67:5.
presume 9:23.
pretty 29:23,

33:11.
previously 8:5,
   8:20, 14:5, 18:23,
   59:22.
price 52:12.
pride 28:23, 48:7.
principles 27:23.
print 42:16.
prior 12:18,
   16:15.
prison 7:3, 9:10,
   9:11, 20:17,
   20:23, 21:2,
   21:13, 26:1, 27:2,
   61:15, 66:14.
Prisons 39:4, 61:2,
   61:12, 62:2,
   62:3.
Prius 49:19.
private 42:13.
probably 31:3, 34:8,
   60:7.
probation 4:25,
   12:3, 14:2,
   63:19.
problem 2:16,
   55:15.
Procedure 6:20,
   67:1.
Procedures 11:10,
   67:19.
proceed 5:4, 11:6,
   14:17.
proceeding 10:3,
   42:18.
Proceedings 1:17,
   3:22, 4:4, 4:9,
   11:21, 68:9,
   68:13.
process 3:16, 6:7,
   8:10, 8:11, 9:24,
   12:16, 33:1,
   63:9.
professional 19:22,
   51:11, 61:9,
   64:1.
professionalism
   67:16.
professionally
   23:23, 43:24.

professionals
   29:3.
Professor 45:1.
proffer 16:3,
   17:7.
profoundly 31:23,
   37:15.
program 61:7, 63:18,
   63:23.
programs 19:4.
progress 5:17,
   42:25, 54:9.
promote 21:1,
   21:4.
proper 6:8.
properly 19:9.
property 18:4.
propriety 57:12.
prosecuted 20:23.
prosecutors 28:24.
Protect 11:10,
   11:12, 11:15,
   13:2, 15:25, 20:6,
   48:11, 57:22,
   59:15.
protects 57:17.
proud 27:15.
prove 65:10.
provide 42:18,
   43:16.
provided 6:23,
   7:22.
provides 6:20,
   9:11.
provisions 9:1,
   11:12, 11:13.
Prussian 45:21.
psychological
   61:5.
psychology 61:20.
Public 1:33, 1:35,
   3:4, 3:8, 3:18,
   12:7, 12:8, 19:18,
   20:12, 20:18,
   21:5, 25:5, 28:25,
   32:18, 57:17,
   57:22, 67:15.
publications 64:9,
   64:18.
Pugachev 43:2.

pulled 46:15.
pulling 54:16.
pump 52:2.
punishes 23:15,
    57:15.
punishment 21:1,
    23:16, 27:24.
pupil 49:18.
purple 55:11.
purport 58:7.
purposes 3:25,
    57:18.
Pursuant 3:18, 6:19,
    15:2, 63:15,
    66:25.
pursue 65:3.
push 53:7.
pushing 48:21.
Pushkin 55:25.
Put 17:12, 34:24,
    53:14, 58:14,
    60:21, 63:2, 63:4,
    67:5.
putting 60:13.
.
.
< Q >.
quality 28:23.
quantity 16:19.
question 18:9,
    28:19.
questionable
    56:25.
questions 36:7,
    54:5.
queue 55:15.
quickly 31:9.
quiet 52:3.
quite 33:14, 38:2,
    47:2, 55:25,
    65:8.
quote 24:23,
    24:24.
quoted 31:8.
.
.
< R >.
R. 50:8, 54:19.
Rackham 50:1.
raised 14:10.

rampant 51:11.
range 6:21, 9:9,
    9:10, 9:12, 9:23,
    9:25, 13:4, 13:5,
    14:6, 21:3, 58:1,
    58:2.
ranging 15:24.
ratchet 32:22.
rather 32:19.
rationality 48:15.
Ray 54:21.
RDB-17-0069 1:9.
RDB-17-069 2:4.
reaction 31:20,
    31:21, 31:25,
    39:16.
reactions 19:3.
Read 7:19, 7:22,
    14:16, 22:15,
    22:19, 22:20,
    22:22, 22:23,
    23:2, 23:6, 23:9,
    28:4, 28:16,
    28:17, 28:21,
    35:14, 41:14,
    42:1, 42:2, 42:3,
    47:9, 54:17, 57:8,
    58:6, 59:22,
    59:23, 60:6, 60:8,
    60:9.
ready 5:4, 14:17.
real 26:16, 47:4,
    49:25, 53:5.
reality 56:18.
really 21:18, 29:14,
    34:5, 38:22, 46:6,
    49:3, 58:10,
    60:21, 61:22.
reason 16:16,
    65:6.
reasonable 9:23.
reasonably 18:20.
reasons 11:22,
    21:11, 26:10,
    43:2, 60:4,
    60:15.
rebalancing 52:11.
rec 26:12.
recall 7:5.
receive 61:5.

received 8:4,
    28:10.
recognition 23:16,
    37:8.
recognize 14:12,
    22:10, 32:20,
    59:21, 65:25.
recognized 24:4.
recognizes 36:4.
recommend 61:5,
    61:6, 61:18,
    61:25, 62:7,
    62:18.
recommendation 22:9,
    61:12, 61:13.
recommends 21:12.
recon 53:15.
record 2:6, 3:24,
    8:9, 9:18, 14:3,
    18:11, 18:12,
    19:14, 25:5,
    33:10, 57:7, 64:8,
    65:14, 68:13.
recorded 3:23,
    4:10.
records 5:16, 6:5,
    24:3.
recursive 17:10.
red 50:1.
reference 18:11,
    21:23, 22:24,
    24:20, 25:1, 25:4,
    29:5, 29:13, 58:9,
    59:7, 60:11,
    65:17.
referenced 8:15,
    8:16.
referencing 27:14.
referred 25:2.
referring 31:22.
reflect 19:20,
    33:10, 36:12,
    57:7.
reflected 21:23.
reflects 10:7, 13:7,
    34:18, 67:5,
    67:6.
regaining 50:4.
regard 35:1, 55:21,
    61:9, 64:21.

regarding 16:2,
    49:9, 54:22.
Regardless 16:23,
    43:4.
regards 53:2.
regimen 27:1.
regret 45:9.
regularly 19:8,
    23:12.
rehabilitates
    57:17.
Reibbling 54:18.
reinforced 58:4,
    58:5.
Reinhard 54:19.
rejection 36:21.
relate 36:17,
    37:19.
related 15:21,
    38:6.
relating 22:1.
relationship 56:4.
relationships
    24:14.
relative 43:25.
relax 37:1.
release 6:25, 20:11,
    20:13, 20:14,
    61:15, 63:14,
    64:6, 64:19,
    64:24, 65:2, 65:5,
    65:7, 65:9, 65:11,
    66:2, 66:9.
releases 55:6.
relief 43:16.
religious 26:24.
Remain 44:12,
    52:7.
remaining 15:5.
remains 18:9.
remanded 61:1.
remarks 14:13,
    22:11, 23:20.
remedial 18:25.
remedies 65:3.
remedy 44:11,
    44:25.
Remember 37:16,
    44:23, 45:15,
    49:9, 50:11, 51:3,

53:20, 54:21,
    54:23.
remind 66:6.
reminds 39:17.
removed 34:24.
removing 18:17.
rendered 8:20,
    9:2.
repair 39:22.
repeat 51:20.
repeatedly 15:14,
    19:10, 21:7,
    36:25.
repetitive 17:9.
report 5:1, 5:3,
    5:6, 5:20, 5:22,
    6:4, 7:14, 8:17,
    10:7, 11:24,
    12:17, 13:6,
    13:25, 19:14,
    21:20, 22:25,
    24:20, 28:21,
    29:9, 31:9, 60:7,
    63:24, 66:7.
reported 23:25.
Reporter 1:47,
    68:17.
reports 12:10,
    12:12, 28:22,
    29:2, 31:15,
    42:1.
represent 67:1,
    67:2.
representation
    24:23.
required 11:10,
    19:8, 51:4.
requirements 13:1,
    67:19.
requires 11:15,
    56:5.
requiring 12:2.
research 4:2,
    26:14.
reset 52:11.
respect 4:18, 10:6,
    13:23, 17:25,
    21:1, 21:4, 29:3,
    35:25, 50:11,
    55:21, 57:11,

61:11, 67:18.
respond 30:12.
response 65:7.
response. 9:5.
responses 34:21.
responsibility
    13:17, 27:7.
rest 53:8, 53:17.
result 20:9, 21:6,
    29:25, 48:15.
resulted 29:24.
results 13:14,
    14:6.
retain 15:16,
    16:25.
retained 16:21.
retaining 20:21.
retention 13:8.
return 64:11.
review 5:6, 5:8,
    12:7, 12:20,
    12:22.
reviewed 5:11,
    12:19, 14:20,
    22:24.
revisited 50:1.
revocation 65:5.
Richard 44:22.
Richard D. Bennett
    1:18.
Rick 47:17.
rid 31:16.
Ride 50:6.
rightest 43:2.
rightly 19:20.
rights 66:18.
ripple 35:2.
rise 35:7.
risk 49:24, 59:14.
risks 18:18,
    19:10.
Road 47:24, 49:11,
    55:17, 65:8.
roam 45:12.
Rob 49:17, 49:20.
Robert/joe/ed
    53:3.
Rocca 54:21.
rod 52:22.
rode 53:14.

Rogers 18:23.
role 23:18.
roles 20:3.
rolling 45:24.
Rome 45:12.
room 31:3, 33:24.
root 49:12.
rotate 62:4.
rough 53:19.
round 53:17.
routinely 28:25.
row 23:8.
RPR 1:46, 68:11.
ruined 26:2,
  32:17.
Rule 3:19, 6:19,
  66:25.
Rules 4:17, 6:20,
  17:21, 66:25.
run 52:5, 53:5.
running 52:1.
.
< S >.
sad 38:7.
safe 48:18, 68:2.
sake 65:16.
salesman 43:7.
salute 67:24.
sang 50:15.
satisfied 5:13,
  11:6.
Savage 47:24,
  53:13.
save 54:6.
saved 47:2.
saw 28:8, 29:5,
  31:19, 37:2,
  38:19.
saying 3:17, 26:15,
  29:24, 30:8, 32:8,
  32:9, 32:10.
says 24:22, 31:15,
  44:19, 44:20.
scars 47:15.
Scary 54:3.
scenario 55:16.
schadenfreude
  49:2.
schizophrenia

51:11.
school 24:2.
screwed 46:11.
seal 22:25.
sealed 12:19.
search 18:3.
searching 43:1,
  46:21.
seas 50:5.
seated 2:5, 3:1,
  14:11.
second 9:20, 17:24,
  18:22, 23:8.
secondly 34:14.
secret 15:19,
  51:21.
secrets 34:2.
Section 12:9, 13:9,
  15:11, 57:19.
sections 8:19.
secure 17:21, 18:18,
  34:2.
securing 19:9.
security 16:7, 16:9,
  18:21, 19:15,
  20:2, 20:19,
  26:10, 29:13,
  34:12, 56:11,
  58:18, 67:17.
security-based
  34:20.
seeing 31:20.
seek 42:19, 45:18,
  48:17, 52:6,
  57:1.
seeking 48:12,
  59:15, 64:10.
seemed 29:7.
seemingly 26:10.
seems 27:20,
  64:18.
seen 53:21.
sees 41:3.
seized 17:11.
send 20:18.
sends 44:19.
sense 40:23, 40:24,
  43:9, 46:5,
  48:10.
sensitive 15:16,

15:17, 15:19,
  16:1, 24:22,
  29:17, 33:2,
  33:12.
sentenced 13:10.
sentences 11:14,
  57:23.
Sentencing 2:5,
  6:16, 8:11, 8:15,
  8:18, 11:6, 11:18,
  11:24, 12:4,
  12:21, 14:20,
  15:10, 22:16,
  25:13, 25:16,
  31:8, 34:21.
serious 15:25,
  17:18, 20:23,
  29:23, 29:25,
  54:16, 68:4,
  68:5.
seriousness 15:11.
serocracy 48:25.
serve 24:19, 51:22,
  54:10, 62:4.
served 61:3,
  66:16.
service 23:17,
  27:18.
services 26:24,
  51:4, 54:22.
serving 32:7,
  41:6.
Set 13:6, 13:24,
  52:4, 65:21.
setting 48:25.
settings 24:5,
  27:12.
seven 9:10.
Several 17:13,
  60:6.
severe 33:20, 42:23,
  47:12.
severity 33:6.
shades 46:8.
shadow 51:21.
shall 20:14, 63:18,
  63:19, 63:21,
  63:22, 65:20.
Shambhala 49:11.
share 45:25, 48:5.

shared 24:2.
sharp 51:5.
Shaw 23:5, 23:9,
    35:11, 35:16,
    35:21, 35:22,
    41:13, 41:15,
    42:4.
Shawn 49:21.
shell 45:6.
Sheryl 52:10.
shift 19:4.
ships 49:8, 58:13,
    58:15.
shirt 36:14.
short 50:19.
shouldn't 40:5.
shouting 60:19.
show 26:16.
showed 26:18,
    52:21.
shown 55:1.
shows 26:14.
shut 25:24.
sick 37:3.
side 32:20, 33:24,
    39:13, 39:15,
    52:24, 53:6, 55:4,
    58:25.
sides 66:19,
    66:22.
sideways 50:19.
sign 48:17.
signed 19:10.
significant 42:7.
Sigrid 45:21.
Sigs 46:6.
silence 51:22.
similarly 57:23.
simple 60:22.
simplicity 50:11.
sincerely 53:25.
sing 47:7, 51:16.
sink 49:8, 58:13.
sipping 49:1.
sir 3:14, 5:17,
    12:25, 14:18,
    55:17.
Sirs 53:23, 54:5,
    55:8.
sister 22:21,

61:17.
sisters 50:14.
sites 18:5.
sitting 4:4,
    33:13.
situated 57:23.
situation 31:24,
    35:8.
situations 12:19.
six 16:10, 36:2,
    45:24, 61:16.
size 48:12.
skies 46:20,
    56:20.
skill 13:12.
skip 49:4.
slap 40:10.
small 43:17.
smart 36:21.
smile 52:3.
Smirnoff 55:6.
Smith 11:21, 15:5,
    63:6, 66:5.
sober 51:15.
social 24:4,
    27:12.
socially 23:23,
    24:5.
society 34:8,
    58:15.
solace 43:17.
solid 49:3.
solo 52:1.
solution 54:24.
solve 53:24.
someone 29:6, 34:3,
    36:13, 41:3.
Sometimes 12:7,
    37:14, 40:4,
    54:6.
song 47:7.
soon 44:1, 44:21,
    44:25, 47:18.
sophistication
    50:12.
sort 18:19, 31:13,
    31:18, 32:21.
sought 19:25,
    20:1.
soul 46:4, 47:6.

sound 66:2.
sounds 46:23,
    66:4.
sources 22:2, 29:20,
    59:9.
spaces 15:17,
    18:18.
Speaking 45:14,
    45:16, 45:19,
    45:20, 46:6,
    47:22, 53:22.
speaks 16:22.
Special 1:38, 2:23,
    13:12, 43:11,
    46:10, 51:20,
    65:20, 66:8,
    66:12.
SPECIAL AGENT PINO
    2:22.
Specific 6:19, 6:21,
    20:7, 61:13,
    64:23.
Specifically 3:21,
    6:22, 9:22, 11:14,
    15:11, 20:18,
    64:6, 64:17,
    65:17, 66:21.
spectrum 23:24.
speculate 19:23.
speed 49:2, 50:6.
spelling 42:8.
spend 34:4, 44:11.
spent 38:24, 48:3,
    56:19.
spinning 55:11.
spirit 46:9.
spiritual 26:23.
spoke 47:13.
Sport 55:23.
spot-on 52:16.
Spyder 45:15.
square 45:18.
staff 52:22,
    53:19.
stage 59:2.
stages 31:19.
stand 35:16, 41:23,
    57:3.
standard 63:16.
standing 3:19,

| | | | |
|---|---|---|---|
| 1 | 52:24.<br>stands 68:7. | story 46:22.<br>straight 49:25, | suggesting 21:15.<br>suggestion 25:16, |
| 2 | star 52:8.<br>started 27:1, 30:17, | 56:3.<br>strain 35:6. | 30:23, 63:24.<br>Superman 43:9. |
| 3 | 51:19, 56:14.<br>starting 9:24, | stray 16:20.<br>Street 1:48. | supervised 6:25,<br>20:10, 63:14, |
| 4 | 32:19.<br>stated 16:15, 23:25, | strength 26:18.<br>strengthen 54:10. | 64:6, 64:19,<br>64:24, 65:2, 65:7, |
| 5 | 64:5.<br>statement 7:22, | stress 34:17,<br>35:5. | 65:9, 65:11, 66:2,<br>66:9. |
| 6 | 11:22, 21:24,<br>41:25, 42:12, | strict 17:21.<br>strive 52:6. | supervision 63:16.<br>supplement 22:17. |
| 7 | 58:6, 58:12, 59:6,<br>59:22. | strong 20:18, 26:14,<br>27:21, 68:3. | supplies 38:14.<br>support 18:2, 30:25, |
| 8 | States 1:1, 1:5,<br>2:3, 2:8, 2:12, | stronger 51:8.<br>structure 17:10. | 31:18, 44:3.<br>Supreme 8:11, 8:14, |
| 9 | 8:10, 8:13, 8:23,<br>9:15, 9:19, 9:21, | struggle 41:2.<br>struggled 24:4, | 8:17, 9:19,<br>9:22. |
| 10 | 11:16, 13:9,<br>15:25, 24:9, | 24:14.<br>struggles 19:25, | surprises 7:18,<br>8:8. |
| 11 | 57:19.<br>stationed 24:10. | 23:23.<br>struggling 30:16, | surrender 66:15.<br>suspects 48:23. |
| 12 | statute 66:13.<br>Stay 45:18, 52:3, | 31:2, 34:3,<br>34:5. | swain 52:9.<br>sweet 45:6. |
| 13 | 52:4.<br>stays 40:14. | style 47:6.<br>subject 4:8, 12:7, | swift 20:13.<br>swifty 46:16. |
| 14 | steal 15:15, 20:5.<br>stealing 16:18, | 15:21, 16:4.<br>subjected 55:3. | Swillo 5:2, 5:7,<br>6:6, 7:15, 12:2, |
| 15 | 20:21.<br>stenographic | subjects 15:24,<br>16:6. | 63:24.<br>switch 4:20, |
| 16 | 68:12.<br>step 13:3, 50:17. | submission 23:25,<br>25:16, 41:14, | 53:16.<br>Swo 49:22. |
| 17 | steps 67:20.<br>Steve 53:8, 53:20. | 42:2.<br>submit 29:2, | Swoo 49:21.<br>syndrome 49:1. |
| 18 | stifles 48:25.<br>stipulated 15:23, | 63:21.<br>submitted 7:20, | .<br>. |
| 19 | 16:17.<br>stipulation 59:7. | 14:16, 18:1,<br>22:17, 22:23, | < T >.<br>T. 1:46, 2:3, 22:6, |
| 20 | stole 15:21, 16:10,<br>16:25, 17:20, | 42:8.<br>substance 61:7, | 68:16.<br>table 4:4. |
| 21 | 18:20.<br>stolen 15:18, 16:5, | 61:10, 63:21,<br>63:22. | takeaways 33:25.<br>talked 44:23, 48:3, |
| 22 | 16:22, 17:7,<br>17:13, 18:4. | substantial 19:14.<br>success 50:10. | 51:17, 53:20.<br>talks 37:17, |
| 23 | stomach 37:3.<br>stop 20:2. | successful 27:16,<br>30:19, 32:2. | 37:18.<br>tall 49:1. |
| 24 | storage 17:21.<br>store 45:24. | suddenly 27:11.<br>suffers 23:24. | tame 46:9.<br>tangible 24:23, |
| 25 | stories 39:4.<br>storm 50:9. | sufficient 5:14.<br>suggest 4:15. | 40:23.<br>task 66:5. |

```
 1    tasks 54:11.              60:6.                  train 38:19.
      taxes 56:19.           thoroughly 23:4.         training 19:8,
 2    teaching 46:2.         though 32:14, 43:12,        43:24, 53:3.
      team 26:3, 63:8.          47:11, 51:4,          Transcript 1:17,
 3    technical 42:13.          51:16, 53:7,             68:12.
      technological             55:24.                transform 40:12.
 4       49:7.               thoughts 48:22,          transformed 27:4.
      tempers 23:16.            49:6, 54:10,          transmission 25:12,
 5    Tempus 48:18.             54:12, 54:17,            25:17.
      tend 55:6.                62:24.                transmitted 3:23,
 6    tended 29:12.          Three 5:12, 6:25,           4:10, 17:19.
      tent 39:8.                9:21, 25:20, 40:8,    Trautman 53:9.
 7    terabytes 16:12,          42:16, 61:16,         Travel 54:4.
         34:13.                 63:14, 64:25,         tread 50:22.
 8    term 20:10.               66:17.                treason 23:18.
      terms 3:16, 6:11,      three-year 20:10.        treasured 31:13.
 9       8:9, 9:15, 13:13,   threw 24:16.             treat 18:25.
         18:6, 18:7, 20:14,  throughout 8:23,         treated 35:25.
10       22:9, 24:7, 32:14,     24:13, 27:22.         treating 50:2,
         58:22, 66:1,        throws 31:24.               63:21.
11       67:24.              till 47:7.               treatment 19:25,
      territory 60:2.        timid 42:25.                20:1, 61:6, 61:10,
12    terrorists 16:2.       tire 39:22.                 61:21, 63:18.
      testified 16:14.       Title 9:15.              trees 47:20.
13    testing 63:22.         Today 2:5, 7:18,         Trial 1:27.
      Thanks 46:2, 46:3,        10:3, 10:15,          tricky 55:2.
14       53:3.                  10:20, 10:24,         tried 26:21, 27:2,
      THE DEFENDANT 3:14,        11:7, 13:10,            31:15, 31:16,
15       5:9, 5:12, 5:15,       22:19, 22:24,            37:22.
         7:6, 7:11, 9:5,        25:25, 27:8,          tries 40:16,
16       9:7, 10:9, 10:11,      27:10, 27:12,            40:19.
         10:14, 10:16,          27:24, 42:20,         trouble 39:14,
17       10:18, 10:22,          47:18, 58:5.             39:15, 49:15.
         10:25, 11:4,        together 36:1,           troubled 30:3, 30:4,
18       12:25, 42:6,           40:11, 48:3.             59:16.
         42:11.              token 7:7.               troubles 44:4.
19    theme 63:1.            Tom 44:22.               troubling 29:14.
      themselves 2:6,        tomorrow 47:18.          truce 47:25.
20       31:12, 32:22,       took 7:20, 50:19,        true 27:20, 27:21.
         59:2, 60:14.           55:17, 59:25.         truly 43:14, 52:23,
21    theory 55:1.           tools 53:4.                 54:12.
      They've 55:25,         tooth 30:22.             trust 13:12, 19:18,
22       67:22.              top 15:19, 52:17.           20:12, 21:8,
      thinking 30:12,        torrent 48:1.               56:4.
23       56:15.              total 13:18, 14:5,       trusted 20:6.
      third 13:18.              54:24.                truth 51:8.
24    Thomas 42:20,          totally 33:16.           Try 23:14, 26:19,
         44:22.              towards 30:23,              30:18, 39:3,
25    thorough 5:3, 6:16,       35:23, 39:2.             43:15, 44:25,
         28:22, 29:2,        tragic 60:2.               48:11, 49:13.
```

trying 24:16, 34:10,
   39:9, 39:13,
   41:10, 48:11,
   65:12.
tune 50:15.
tune-up 48:22.
tunnel 46:12.
turbulent 32:19.
turn 48:12, 48:13.
turned 4:6, 40:24,
   46:24, 53:16.
tweet 25:2, 25:6,
   25:18.
Twitter 18:3.
two 8:10, 8:19,
   9:19, 9:20, 10:8,
   11:3, 15:20,
   31:21, 36:3,
   49:5.
two-level 13:11,
   13:16.
type 19:2.
typical 41:1.
tyranny 48:24.
.
.
< U >.
ulfberht 46:3.
Ulma 45:1.
ultimate 50:11.
umbra 51:13.
unauthorized 18:18,
   18:19, 50:17.
unbecoming 54:2.
unbreached 48:14.
uncanny 50:16.
unchecked 48:15.
Uncle 44:18, 55:8.
unconventional
   50:16.
underestimate
   25:22.
underneath 39:8.
understanding
   49:3.
understands 3:17,
   4:17.
undertake 34:20.
undetected 19:16.
undiagnosed 37:6.

unfortunate 35:7.
unfortunately
   38:5.
unintentional
   32:9.
United 1:1, 1:5,
   2:3, 2:8, 2:12,
   8:10, 8:13, 8:23,
   9:15, 9:19, 9:21,
   11:16, 13:9,
   15:25, 57:19.
universals 44:12.
unlawfully 18:17,
   20:21.
unless 3:22, 4:5.
unorthodox 50:16.
unparalleled
   42:22.
untempered 48:14.
until 4:23.
untreated 23:22,
   37:7.
unwelcoming 55:4.
unworthy 42:25.
upheld 8:14.
upholding 8:18.
upside 40:24.
upward 13:11.
uses 31:7.
using 17:16.
usual 48:23.
.
.
< V >.
v. 8:13.
V/R 50:6, 53:22,
   54:4.
vanity 48:7.
vary 7:15.
Venus 45:6.
verbal 9:5.
verify 5:5.
verses 51:9.
Version 54:3.
versus 2:3, 9:20.
Via 49:15.
victim 51:8.
Victoria 44:3.
view 5:25, 41:4,
   57:4, 60:20, 62:5,

67:8, 67:12.
violate 19:16,
   20:14, 20:15,
   21:7.
violated 65:11.
violating 19:10,
   20:12.
violation 4:8, 4:14,
   13:8, 66:2.
visiting 23:11.
visitors 4:12.
vodka 55:5.
voice 45:5.
voids 24:16.
volitional 48:15.
volume 19:2, 52:2.
voluntary 66:15.
vs 1:8.
.
.
< W >.
W. 1:48.
wages 66:14.
waived 66:20.
waiver 66:22.
walk 34:13.
walked 38:12,
   46:23.
walking 43:5,
   47:16.
wanted 37:20, 40:9,
   46:1, 47:1, 47:6,
   48:20, 55:23.
wants 22:23, 36:23,
   44:19, 65:14.
War 58:14.
warrant 18:3.
Washington 2:17,
   3:10, 11:18, 12:4,
   12:8.
watch 44:21.
watched 40:12.
watchful 56:3.
water 47:15.
wear 36:13.
wearing 25:25.
wears 25:25.
Wednesday 2:14,
   3:11, 4:20, 4:23,
   22:17.

week 4:20.
weekend 37:19.
weeping 55:11.
well-being 26:23,
   26:25.
whatever 38:18.
whatsoever 40:25.
wherever 41:5.
whether 4:9, 4:14,
   57:25, 61:18,
   64:1.
whoever 17:11.
whole 36:23, 37:10,
   40:6, 41:3.
whom 58:9.
wife 35:10, 35:23.
wilderness 47:11.
willful 13:8.
William 54:19.
Wilson 54:20.
win 53:1.
winds 50:5.
wingman 45:25.
winter 47:7.
wired 49:13.
Wisdom 55:18,
   57:1.
wisely 56:20.
wish 36:5, 41:24,
   47:20, 53:12.
withdraw 7:4, 7:9.
withdrawal 32:3.
within 17:12, 57:25,
   66:23.
without 3:16, 32:25,
   33:11, 49:4.
wives 12:18, 42:4.
Wolf 55:12.
woman 27:16,
   45:22.
wonder 46:17.
wonderful 45:21.
word 29:9, 31:6,
   50:3.
wording 64:20.
words 48:18, 49:9,
   51:1, 54:21,
   55:15.
wore 53:13.
work 2:25, 16:5,

16:8, 20:4, 24:17,
   24:18, 31:4, 31:8,
   37:16, 37:23,
   38:19, 39:1,
   39:13, 39:20,
   39:21, 40:22,
   45:17, 46:10,
   51:3, 51:21,
   54:12, 55:14,
   67:23, 67:25.
workable 66:3.
worked 16:7,
   39:21.
working 20:2,
   38:24.
workplaces 17:1.
Works 54:6.
World 32:1, 32:2,
   32:4, 40:7, 45:12,
   51:3, 56:2, 58:14,
   59:15, 60:14,
   60:18, 60:20.
worst 26:8, 48:23.
worth 16:11, 24:24,
   38:5, 39:24,
   39:25, 41:5,
   53:18.
worthy 56:23.
wounds 43:23.
woven 64:14,
   64:19.
wrapping 44:17.
written 18:23.
wrongdoing 27:7.
wrongs 41:11.
Wyda 3:3, 3:6, 6:1,
   11:5, 14:13,
   22:14, 23:2,
   24:12, 25:12,
   28:3, 28:16,
   28:22, 29:17,
   41:18, 60:10,
   62:5, 62:22,
   62:24, 63:5,
   65:18, 67:3,
   67:11.
.
.
< X >.
Xinis 8:4.

.
.
< Y >.
yanking 54:15.
year 6:19, 8:5,
   11:12, 26:11,
   60:4.
years 6:24, 6:25,
   7:3, 7:8, 8:12,
   9:10, 9:11, 9:21,
   15:15, 21:2,
   21:13, 23:17,
   25:20, 26:1,
   29:15, 33:9, 36:2,
   37:9, 38:17,
   38:24, 40:8,
   44:25, 53:21,
   58:4, 61:16,
   63:14, 66:17.
yield 52:7.
York 38:25, 59:13,
   59:14, 62:16,
   62:20.
yourself 7:21, 40:3,
   55:3.
youth 24:3.
.
.
< Z >.
Zachary 2:12.
Zachary A. Myers
   1:25.
Zamyatin 54:23.
zeal 48:13.
zealots 48:14.